## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ISLANDS MECHANICAL CONTRACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENVIRONMENTAL CHEMICAL CORPORATION, and ASPEN AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Case No. _____ |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, THE UNITED STATES OF AMERICA, for the use and benefit of ISLANDS MECHANICAL CONTRACTOR, INC. ("IMC"), hereby sues Defendants, ENVIRONMENTAL CHEMICAL CORPORATION ("ECC") and ASPEN AMERICAN INSURANCE COMPANY ("Surety"), and states as follows:

### PARTIES, JURISDICTION, AND VENUE

1.     This is an action for damages pursuant to the Miller Act (40 U.S.C. § 3131, *et seq.*) seeking payment for labor and materials furnished at the Hurricane Matthew repairs Phase 4A & B, Water Tower Demo, Fencing and Lighting, AUTEC located in the Andros, Bahamas.

2.     IMC is a Florida Corporation organized under the laws of the State

1

of Florida with its principal place of business located in Middleburg, Florida. As required by the Miller Act, IMC brings this in the name of the United States of America for the use of IMC. See 40 U.S.C. § 3133 (b)(3)(A).

3.      Surety is a corporation organized under the laws of the State of Texas with its principal place of business located in Rocky Hill, Connecticut.

4.      ECC is a foreign corporation organized under the laws of the State of Kentucky with its principal place of business located in Burlingame, California.

5.      This Court has jurisdiction over this action under the Miller Act. *See* 40 U.S.C. §§ 3131 & 3133.

6.      Venue is proper in this Court as a portion of the contract performance occurred in this district *See* 40 U.S.C. § 3133(b)(3)(B).  Payment from ECC to IMC was required to take place in Clay County, Florida.

<u>FACTUAL BACKGROUND</u>

7.      ECC and NAVFAC Southeast ("NAVFAC") entered into prime contract number N62470-13-D-6020 wherein IMC agreed to perform certain work at the NAVFAC AUTEC Facility for the Hurricane Matthew repairs Phase 4A & B, Water Tower Demo, Fencing and Lighting Project in Andros, Bahamas ("Project").

8.      IMC entered into a Subcontract Agreement wherein IMC agreed to perform a certain portion of the construction work for the Project

2

("Subcontract"). A true and correct copy of the Subcontract is attached hereto as Exhibit A.

9.      All conditions precedent to the maintenance of this action have been performed, excused, or waived.

<u>COUNT I – MILLER ACT PAYMENT BOND</u>

10.     Paragraphs 1 through 9 are incorporated herein as though fully set forth herein.

11.     ECC, as principal, and Surety, as surety, executed a payment bond required by the Miller Act securing payment for labor and materials furnished on the Project ("Payment Bond"). ECC and Surety are jointly and severally liable under the Payment Bond for payment for labor and materials furnished to the Project. A true and correct copy of the Payment Bond is attached hereto as Exhibit B.

12.     IMC properly furnished all labor and materials to the Project as required by the Subcontract.

13.     IMC requested payment from ECC for all of the labor and materials IMC furnished for the Project, but ECC has not made payment in full to IMC for all of the labor and materials that IMC provided.

14.     IMC is a proper claimant under the Payment Bond since it is an unpaid first tier subcontractor. *See* 40 U.S.C. § 3133(b)(1).

15.     IMC furnished the last of its labor and materials to the Project on

or about January 26, 2024.

16.     More than 90 days have elapsed since IMC furnished the last of its labor and materials for which this claim is made.

17.     It has been less than one year since IMC furnished the last of its labor and materials for the Project.

18.     IMC is entitled to payment of $255,702.36 due for labor and materials furnished by IMC for the Project pursuant to the Miller Act.

19.     ECC and Surety are obligated under the Payment Bond to pay IMC for the labor and materials furnished by IMC and for which ECC has failed to make payment.

WHEREFORE, THE UNITED STATES OF AMERICA, for the use and benefit of ISLANDS MECHANICAL CONTRACTOR, INC. respectfully demands judgment against ENVIRONMENTAL CHEMICAL CORPORATION and ASPEN AMERICAN INSURANCE COMPANY, jointly and severally, awarding monetary damages in the amount of $255,702.36 plus   applicable interest,  costs,  and such other and further relief as this Court deems just and proper, and demands trial by jury of all issues so triable.

Respectfully submitted this 7th day of October, 2024.

**JASON D. KATZ, P.A.**

/s/Jason Katz

Jason Katz, Esq.
Florida Bar No. 013594
Primary E-mail: jason@jkatzlaw.com
Secondary E-mail: lietty@jkatzlaw.com
Secondary E-mail: casey@jkatzlaw.com
3325 S University Dr, Ste 210
Davie, FL 33328
Telephone:  (954) 494-5732
Facsimile:  (954) 589-0798
***Attorneys for Plaintiff***

5

**EXHIBIT A**

Ver: 2014

## Continuing Services Agreement

| Seller/Subcontractor: Islands Mechanical Contractor (IMC)<br>POC Name: Sean Turnage<br>Address: 3070 Blanding Blvd.<br>Middleburg, Fl 32068<br>Phone: 904-406-6100<br>e-mail address:<br>STurnage@IslandsMechanical.com | Environmental Chemical Corporation (ECC)<br>1240 Bayshore Highway, Burlingame, CA 94010<br>Attn: Christian Canon- Director, Contracts & Procurement.<br>ccanon@ecc.net<br>ECC Lakewood Office<br>303-298-7607 | Agreement #:<br>IMC.CSA. GCC-MAC.5720 |
|---|---|---|
| Seller's U.S Taxpayer ID (FEIN) #:<br><br>or Foreign Business License #: | DPAS Rated #: NA<br>(See Part B - U.S. Government Terms and Conditions, Section 2 for details).<br><br>Prime Contract Client & Contract NAVFAC Southwest #N62470-13-D-6020 | Date: May 17, 2018 |

There are no exemptions for business receipt tax, income tax, withholdings, duties, licenses, permits, registrations, and fees (taxes) imposed by any Government Entity including the Host Nation for the project and work. Subcontractor is to include the cost of any and all taxes required by any Government Entity or the Host Nation in its offers under this CSA. In addition to other terms and conditions of the subcontract agreement, the requirements of section 2.12 Compliance with Laws and section 5.2 Tax Exemption of ECC's terms and conditions (of the subcontract document included with this RFP) shall be strictly enforced.

Subcontractors are strictly forbidden from engaging in any business transactions, in the course of executing its obligations under this Agreement, with the Government or any business entity from the Countries of Cuba, Iran, Sudan, North Korea, and Burma.   See Part B, Term 5 of this Agreement.

Type of Business: _____ International  X  U.S Firm

U.S Firm Subcategories: _____LB  **X** SB  _____SDB  _____WOSB  _____HUBZone  _____VOSB  _____SDVOSB
_____Non-SDB Alaska Native Corporations (ANCs) / Indian Tribes

**No changes to this Agreement shall be binding upon either party unless incorporated in a written modification to this Agreement signed by ECC's contractual representative or designee.**

In Witness Whereof, the duly authorized representatives of ECC and the Subcontractor have executed this Agreement on the Dates shown.

ECC

Islands Mechanical Contractor (IMC)

_____
Director Contracts & Procurement
Name / Title

_____
Date

Sean Turnage   CFO
Name / Title

5/21/2018
Date

List of Attachments
Attachment 1 - Statements of Work  /Schedules  /Pricing
Attachment 2 – Standard Form 1413
Attachment 3 – Wage Determination
Attachment 4 – Representations and Certifications
Attachment 5 – Lien Waivers
Attachment 6 – Subcontractor Certificate of Insurance
Attachment 7 – ESQ Policies and Sub Profile / Safety Form

Attachment 8 – Bonds & Letters of Credit.

Ver: 2014

The Work, including the statement of work and completion schedule, is defined by Work Authorization, Attachment 1 will be performed in accordance with this Agreement and any referenced documents of this Agreement.

## PART A.  GENERAL TERMS AND CONDITIONS

### 1.0     SCOPE OF WORK / TERM / CONTRACT DOCUMENTS

1.1     Contract Documents.  The Contract Documents consist of this Agreement, the Agreement Summary Page, all Parts and Terms and Conditions included in this Agreement, the Work Authorization Documents, and all other Attachments to this Agreement.

1.2     Scope of Work.  Subcontractor agrees to timely and accurately perform all construction, design, services, duties, and obligations as specified in the Contract Documents, including but not limited to those items listed in **Attachment 1 – Work Authorizations (WA)**, and to procure and furnish all services, labor, materials, equipment and other facilities required or inferable there from (the "Work").

1.3     Term.  The term for this Agreement is the same as the Term of the Prime Contract identified on the Cover Page of this Agreement.

1.4     In the event that the Subcontractor fails to maintain its part of the schedule of the Work, it shall, without additional compensation, work such that Subcontractor's work is in accordance with such schedule.

### 2.0     SUBCONTRACTOR'S RESPONSIBILITIES

2.1     **Skill and Ability**.  The Subcontractor agrees to furnish its best skill and judgment in the performance of the Work, to timely perform all of its Work efficiently and with the requisite expertise, skill, competence, and ability, to satisfy the requirements of the Contract Documents and Project schedule requirements, and to cooperate with ECC so that ECC may fulfill its obligations to the Client.

2.2     **List of subcontractors and suppliers**.  For each WA, the Subcontractor shall provide ECC with a list of its proposed subcontractors and suppliers, and be responsible for taking field dimensions, providing tests, obtaining required permits related to the Work, ordering of materials and all other actions as required to meet the schedule requirements contained in Attachment 1, time being of the essence.

2.3     **Independent Contractor**.  Subcontractor shall be an independent contractor in the performance of the Work hereunder, and Subcontractor shall maintain complete control of its employees and operations.  Neither Subcontractor nor anyone employed by Subcontractor shall be deemed the agent, representative, or employee of ECC in the performance of work hereunder.  Nothing in the Contract Documents shall be construed to create a contractual relationship between subcontractor and Client, or between any other persons or entities besides ECC and the Subcontractor.

2.4     **Subcontractor's Representative**. Subcontractor's Representatives for Technical and Contractual matters are:

| Technical | |
|-----------|---|
| | |
| | |
| Contractual | |
| | |

**Notices:**  Unless otherwise agreed to in advance and in writing between the Parties, all notices, requests, demands, changes, deficiencies, delays, claims, disputes or other communications which are required or may be given pursuant to the terms of the Contract Documents will be in writing and will be deemed to have been duly provided if delivered by hand or mailed by certified or registered mail to the address and Designated Representative listed above.

2.5     Key Personnel**:**  Subcontractor shall furnish the following key personnel (Key Personnel) for this Project with the understanding that off-site personnel shall remain involved with the Project at all times:

| On-Site | |
|---------|---|
| | |
| | |
| Off-Site | |
| | |

Subcontractor shall not be permitted to change its Key Personnel without prior written request and approval of ECC. Subcontractor shall be assessed liquidated damages of $4,867 for any unauthorized change, which figure represents a reasonable good faith estimate of the time that ECC will spend to re-train, integrate and bring a replacement person up to speed on the project progress.  Requests for any change of Key Personnel must be provided to ECC twenty-five (25) workdays prior to the proposed change in personnel, accompanied by the credentials of the proposed replacement.

2.6     Site Examination.  Subcontractor shall, prior to commencing the Work, examine the Site and familiarize itself with the Work, the laws, rules, and regulations relating to the Project; the participants in the Project; and the contractual and regulatory provisions of governmental agencies, the Client, and ECC affecting the participants in the Project and the Work.  No allowance will be made to Subcontractor for not having made such examination and review, or for requirements which a reasonable examination, inquiry, or review would have disclosed.  Subcontractor shall promptly report to ECC any errors, inconsistencies, omissions, or violations of legal requirements Subcontractor discovers.  Subcontractor shall be liable to ECC for any damages resulting from any such errors, inconsistencies, omissions, or violations of legal requirements which Subcontractor discovers or should have reasonably discovered, and fails to report to ECC.

2.7     **Self performance of Work.**

Subcontractor shall not voluntarily or involuntarily transfer, assign, broker or subcontract this Agreement or any portion of its Work without the prior written consent of ECC.

Subcontractor shall self perform at least 50% of the dollar amount of the Work, awarded in each Work Authorization, and shall not subcontract an amount greater than 50% of the dollar amount of the Work, awarded in each WA,  without prior written permission from ECC.  ECC reserves the right to request proof of self performance, including but not limited to documented evidence of work performed such as QC logs, payroll records, equipment ownership records, plans and schedules or other proof of self performance.  If ECC determines that subcontractor is not self performing, but is merely passing through a portion of the work greater than 50%, ECC shall have the right to terminate the contract for default, withhold payment, and/or enter into negotiations with Subcontractor for a deductive modification to this Agreement.

2.8     **Health and Safety.**

    a.     Subcontractor acknowledges that it is familiar with the Work, the inherent hazardous conditions of each Project Site, and the necessity for the safety of its personnel and others during the performance of its work.  Subcontractor shall comply with all applicable safety laws and regulations including, but not limited to, federal and state occupational, safety and health acts, in particular the applicable provisions of OSHA.  If required by ECC, Subcontractor shall comply with the more stringent of those safety programs and procedures.  Subcontractor shall provide evidence of its drug testing policy as well as a statement as to the last date it had any accidents.

    b.     Subcontractor agrees to abide by both its own internal Health and Safety and Quality Control Plans as well as by ECC's Health and Safety and Quality Control Plans.  All Subcontractor employees, to include initial, added, and replacement personnel, must participate in a site orientation session led by ECC's safety representative and complete all site specific safety training required, prior to commencing with any work duties.  The subcontractor further agrees to ensure that all subcontractor personnel and lower tier subcontractors under their control understand the pertinent requirements of the Health and Safety and Quality Control Plans.

    c.     Any accidents, or injuries, or quality incidents to Subcontractor's employees or operations shall be promptly reported by Subcontractor on the proper and correct OSHA and state/local forms, if any.  Subcontractor understands and agrees that all Subcontractor injuries, OSHA violations, or other Health and Safety Environmental, Safety, and Quality (ESQ) incidents or accidents shall be documented into the Subcontractor's record, and not to ECC's.  The recording of workers compensation issues for the Subcontractor's employees shall also accrue to the Subcontractor's record and not ECC's.

    d.     A copy of ECC's site-specific Health and Safety and Quality Control Plans can be provided on request to Subcontractor and verbally discussed prior to initiation of field activities at the Project site.  Subcontractor shall comply with the provisions of ECC's Health and Safety Work and ESQ Plans.  This provision is not intended to create any rights in parties other than ECC and Subcontractor, and this provision shall not create any duty or obligation of ECC to employees, agent, or consultants and subcontractors of the Subcontractor.

    e.     ECC may provide health and safety monitoring at the Project Site.  The Subcontractor shall provide its own Personal Protective Equipment (PPE).  If inadvertently or at any time hereunder Subcontractor relies on any PPE supplied by ECC, Subcontractor agrees, for itself and on behalf of its employees, that ECC's duty of care shall be limited to providing equipment that conforms to regulatory standards at the time the PPE is used by Subcontractor or its employees.  ECC does not endorse, warrant, or assume any responsibility whatsoever for the adequacy of those standards in protecting users from adverse health effects arising from exposure to hazardous wastes and/or toxic substances while performing any activities pursuant to the Contract Documents.  Except as expressly provided herein, ECC does not assume any responsibility whatsoever for the safety of Subcontractor's personnel or operations.

    f.     Subcontractor agrees to bind all of its lower-tier subcontractors to all applicable Health and Safety terms and provisions of the Contract Documents.  Subcontractor further agrees that all notifications and other communications required by the Health and Safety clauses shall be made through ECC.

    g.     Repeat, willful or significant safety violations of ECC's, Subcontractor's, or Client's Safety terms may result in an immediate termination, for default, of this Agreement.

    h.    **Notification of Accident or Injury**.  Subcontractor shall provide prompt written notice to ECC of any accident which results in property damage exceeding $500, which has caused any personal injury, or that could have resulted in serious bodily injury, whether or not such injury actually did occur.

2.9    **Warranty.**

    a.    Subcontractor represents and warrants that the rates charged for the materials, goods, and/or services supplied as a part of the Work or pursuant to the Contract Documents shall be no higher than Subcontractor's current rates to any other client for the same quality and quantity of such materials, goods, or services.  All representations and warranties of Subcontractor together with its service warranties and guarantees, if any, shall run to ECC and ECC's clients.  The foregoing warranties shall survive any delivery, inspection, acceptance, or payment by ECC.

    b.    Removal of Liens:  Subcontractor shall neither file nor cause to be filed any lien with respect to the work performed hereby and waives any right to file or cause such a lien to be filed.  In the event any such claim has been asserted against Subcontractor, ECC, or its client, or any lien has been filed with respect to the work performed, further payment shall not become due until all such claims or liens have been released and/or discharged without cost or expense to ECC.  If Subcontractor fails to cause any such lien to be expunged with ten (10) days after written demand by ECC to remove such lien or notice of suit or other proceeding from any property, ECC shall be entitled to use whatever means in its discretion it may deem appropriate to cause such removal or dismissal, together with all reasonable attorney's fees that shall be immediately due and payment to ECC by the Subcontractor and may be set off against any payments due to Subcontractor.

2.10    **Standard of Care.**

    a.    Subcontractor agrees and warrants that all of its Work: (a) will conform with the terms of the WA and other Contract Documents; (b) will be performed in a good, skillful, and workmanlike manner; (c) will be performed by the proper number of experienced, skilled, and licensed personnel, qualified by education and/or experience to perform their assigned tasks; and (d) to the extent professional services are rendered, will conform to the standard of care, skill, and diligence exercised by other similar professionals performing the same or similar services.

    b.    Subcontractor shall furnish competent, skilled employees experienced in the type of Work to be performed.  Subcontractor shall provide equipment, material and personnel fully capable of performing immediate first line emergency, accident and spill response activities.  Subcontractor shall, when requested by ECC, promptly remove any person considered by ECC to be incompetent, unsatisfactory, or undesirable.  No personnel that are removed shall return to the jobsite at any time during the life of the project without the express written consent of ECC.   In the event a Subcontractor employee that has been removed under this Clause returns or attempts to return to the project, ECC may elect to immediately terminate this Agreement.

    c.    In addition to other warranties contained in the Contract Documents, the Subcontractor warrants that the Work will conform to the requirements of the WA and other Contract Documents, and will be free from any defects in equipment, material, design, or workmanship performed by the Subcontractor or any Subcontractor or supplier at any tier.

    d.    Subcontractor shall be responsible for professional certification of any applicable drawings, specifications, or schematics.  Subcontractor shall have their professional design engineer or subcontracted professional design engineer certify and approve all design documents.

2.11    **Correction of Defective Work.**

    a.    Subcontractor agrees to correct any Work that is found not to be in conformance with the requirements of the Contract Documents within a period of one year from the date of final acceptance of the Project by the Client.

    b.    Subcontractor shall, within seven (7) calendar days of receipt of written notice from ECC that the Work is not in conformance with the WA and other Contract Documents, take meaningful steps to commence correction of such nonconforming Work, including the correction, removal or replacement of the nonconforming Work and any damage caused to other parts of the Work or the Project affected by the nonconforming Work.  If Subcontractor fails to commence the necessary steps within such seven (7) calendar day period, ECC, in addition to any other remedies provided under the Task Order, may commence correction of such nonconforming Work with its own forces.  If ECC does perform such corrective Work, Subcontractor shall be responsible for all reasonable costs incurred by ECC in performing such correction. If the nonconforming Work creates an emergency requiring an immediate response, the seven (7) day period identified herein shall be deemed inapplicable.

    c.    The one year period referenced in § 2.11(a) above applies only to Subcontractor's obligation to correct nonconforming Work and is not intended to constitute a period of limitations for any other rights or remedies ECC may have regarding Subcontractor's obligations under the Contract Documents.

2.12    **Compliance with Laws.**  Subcontractor agrees to be bound by, and at its own costs comply with, all federal, state and local laws, ordinances, codes, and regulations (Laws) applicable to the Work.  Subcontractor shall be liable to ECC and the Client for all loss, cost, and expenses attributable to any acts of or omissions by the Subcontractor, its employees and agents resulting from the failure to comply with Laws, including, but not limited to, all fines, penalties, or corrective measures.

Ver: 2014

2.13    **Confidentiality.**   Unless otherwise provided and except in the case of emergencies, Subcontractor shall direct all communications regarding the project to ECC.  Subcontractor further agrees that its personnel and subcontractors will maintain the confidentiality of the Project.  Subcontractor's personnel shall not disclose any data or information to any party other than ECC personnel concerning the Project Site or the Project, including, without limitation, the nature or results of the Work performed by Subcontractor hereunder, and Subcontractor shall direct all third party inquiries or comments to an ECC representative.  Subcontractor agrees that it shall not communicate directly with ECC's Client regarding any ECC-Subcontractor matters.  Subcontractor agrees that any unauthorized communications with ECC's Clients shall be deemed a material breach of the Contract Documents.

2.14    **Disclosure.**   The Subcontractor shall not publicly disclose any information and shall not issue any news releases, advertisements, publications, papers, or marketing materials concerning any aspect of the Project, the Work, or the Contract Documents without the express prior written approval of ECC's authorized representative.  Subcontractor shall bind its lower tier subcontractors to these Disclosure restrictions and requirements.

2.15    **Protection of Owner's Property.**  Subcontractor understands and agrees that it is to safeguard and not harm, damage, or destroy in any way the property and other facilities and structures of ECC or its Client, including those adjacent thereto, and those connected in any way with the Work or the Project.

2.16    **Ownership of Documents.**  All maps, photographs, drawings, reports, test results, specifications, and other documents, materials, and electronic data prepared or furnished by Subcontractor to ECC under this Agreement ("Work Product") are deemed to be the property of ECC, and ECC shall retain the ownership and property interests therein, including the copyrights thereto.  ECC shall have the right to obtain and use all Work Product.

**3**.    **ECC's AUTHORIZED REPRESENTATIVE**

The following authorized representatives are hereby designated for this Project:

| Contractor: | ECC |
|---|---|
| Technical: | |
| | |
| Contractual: | Gurmeet Chadha, Contracts Director gchadha@ecc.net 303-298-7607 Chris Canon, Director, Contracts & Procurement ccanon@ecc.net  303-298-7607 |

**NO CHANGES TO THIS AGREEMENT SHALL BE BINDING UPON EITHER PARTY UNLESS INCORPORATED IN A WRITTEN MODIFICATION TO THE AGREEMENT AND SIGNED BY ECC'S CONTRACTUAL REPRESENTATIVE OR DESIGNEE.**

**Notices:**

Unless otherwise agreed to in advance and in writing between the Parties, all notices requests, demands, changes, deficiencies, delays, claims, disputes or other communications which are required or may be given pursuant to the terms of the Contract Documents (NOTICES) will be in writing and will be deemed to have been duly provided if delivered by email, hand delivered, or mailed by certified or registered mail to the address and Designated Representative listed above.

**4. SCHEDULE**

4.1    **Final Completion Date**.  Subcontractor is required to complete all of its Work within the time requirements and prior to the date for final completion as described by each applicable Work Authorization (Final Completion Date), time being of the essence. ECC has the right to pursue any remedies for any delays to the Work or the Project caused in whole or in part by Subcontractor.

4.2    **Progress Schedule**.  The Subcontractor shall timely provide ECC with all scheduling information necessary for scheduling of the Work in a form acceptable to ECC.  In consultation with the Subcontractor, ECC shall prepare the schedule for performance of the Work (the Progress Schedule) and shall revise and update such schedule, as necessary, as the Work progresses.  Subcontractor shall be bound by the Progress Schedule.  The Progress Schedule and all subsequent changes and additional details shall be submitted to the Subcontractor promptly and reasonably in advance of the required performance.  ECC shall have the right to determine and, if necessary, change the time, order, and priority in which the various portions of the Work shall be performed and all other matters relative to the Work.

**5. AGREEMENT AMOUNT**

5.1    **Agreement Amount.**  The Agreement Amount, as set forth in the WA documents, includes all taxes, permits, fees, costs of insurance, and bonding, and other charges incident to the Work unless specifically agreed to otherwise herein.

5.2    **Tax Exemption.**  Tax exemptions and/or exemptions from import duties applicable to the Subcontractor's work (if any) are stipulated in the Bidding Documents, ie RFP / Scope of Work, provided by ECC to the Subcontractor and/or contained within the WA

Ver: 2014

documents of this agreement. If there is no exemption or the exemption application is rejected by the State or Host Nation, Subcontractor shall pay any and all such taxes. If a tax rebate is made directly to Subcontractor for which Subcontractor has already received a payment by ECC, Subcontractor shall credit ECC either on the next invoice or promptly submit payment to ECC within five (5) business days.

## 6. CHANGES IN THE WORK

6.1 **Change Orders**. ECC may, by written Change Order to Subcontractor, make changes, additions, or deductions to the Work. If any such change causes any increase or decrease in the cost of, or time required for performance of the WA Amount, an equitable adjustment may be made to the price or schedule, or both, and this Agreement shall be modified in writing accordingly. Equitable adjustments for Changes that are Govt. Client-imposed, will be made in accordance with Term 9 of this Agreement. The failure by Subcontractor to request in writing a Change Order in advance of performing changed or extra work prevents ECC from considering cost and time saving measures and alternatives. Therefore, Subcontractor hereby waives any right to compensation for any changed or extra work performed without prior written authorization from ECC's authorized representative. Additionally, Subcontractor waives any compensation for work performed on a time-and-materials basis on any day for which records of labor, materials and equipment are not kept and submitted to ECC's project manager for approval.

6.2 **Basis of Change Order**. In the event of any Change Order increasing or decreasing the cost of the Work or the WA Amount, the amount of increase or decrease shall be determined as follows:

a. By mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation and approval by ECC;
b. By unit prices stated in the Contract Documents or subsequently agreed upon;
c. By cost to be determined in a manner agreed upon by the Parties; or
d. By determining the reasonable actual costs of and/or savings to those performing the work or services attributable to the change, including a reasonable allowance for overhead and profit.
e. With respect to all Change Orders, Subcontractor shall keep and present, in such form as ECC may require and request, an itemized accounting together with all appropriate supporting data. ECC shall have the right to audit Subcontractor's costs for any Change Order or proposed Change Order upon reasonable notice and within normal business hours.

For all Change Order proposals, whether provided by Subcontractor in accordance with Term 6 or Term 9 of this Agreement, indirect rates will be based upon audit evidence or will be capped as follows. Subcontractors must either use their DCAA approved forward-pricing rate or rates obtained via formal audit process by a third party accounting firm, along with a fee justified by using weighted guidelines. If Subcontractor is not able to produce DCAA approved rates or provide ECC with formal, third-party audit documentation, the Subcontractor's total markup including the subcontractor's fee shall not exceed 15% markup on costs for all changes and claims.

6.3 **Change Order form.** All Change Orders agreed to and signed by ECC or proposed or requested by Subcontractor shall be finalized on standard ECC-prepared Work Authorization modification forms.

6.4 **Accord and Satisfaction.** Agreement on any Change Order shall constitute a final settlement and an accord and satisfaction of all costs and changes to the Work or the applicable schedule date(s) relating to or arising out of the change in the Work that are the subject of the Change Order, including but not limited to all claims for direct and indirect costs, impacts, overtime, accelerations, inefficiencies, congestion, trade stacking, delays, interference, lost productivity, additional work, and the effect or accumulation of the changed work or services on any other work, services, or activities.

6.5 **Option for Increased Quantity**. ECC may increase the quantity of supplies called for in the WA and other Contract Documents at the unit price specified therein. ECC may exercise the option by written notice to the Subcontractor at any time prior to final closeout of this Agreement. Delivery of the added items shall continue at the same rate as the like items called for under the Contract Documents, unless the Parties otherwise agree.

6.6 **Option to Extend Services**. For Agreements with a fixed Term, ECC may require continued performance of the Work or any services within the limits and at the rates specified in the WA and other Contract Documents. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. This option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed twelve (12) months. ECC may exercise the option by written notice to the Subcontractor at any time prior to final closeout of this Agreement.

## 7. INVOICING / PAYMENT

7.1 **Invoices**. Subcontractor shall invoice ECC directly on a monthly basis for Work completed under the terms of the WA and other Contract Documents and in accordance with the following.

a. **Lien Waivers and Releases**. With each interim invoice or payment application, Subcontractor will attach and include a signed **Interim Waiver of Lien and Release** substantially in the form included herein as **Attachment 5 – Lien Waivers** from Subcontractor and all of its subcontractors and subconsultants performing any part of the Work. With its final invoice or payment application, Subcontractor will attach and include a signed **Final Waiver of Lien and Release** substantially in the form included as **Attachment 5** from Subcontractor and all of its subcontractors and subconsultants performing any part of the Work. Submission of

Ver: 2014

these signed Interim and Final Waivers of Lien and Releases are absolute conditions precedent to any payment otherwise due Subcontractor, and failure to submit such documents shall result in the withholding of payment from Subcontractor until such documents are properly submitted.

b.    **Late Invoices**.  Subcontractor's failure to invoice ECC within ninety (90) days of Subcontractor's completed Work shall result in Subcontractor's waiver of rights as to request payment for any work completed under the associated WA and not invoiced.

c.    **Denial**.  A denial of all or a portion of Subcontractor's invoice by Client shall preclude Subcontractor from having any claim against ECC for the denied portion of the invoice.

d.    **Time of Submission.**  Subcontractor' invoices must be submitted to ECC by the _____ day of each month (the 5th day if blank) in order to be submitted to the Client with ECC's invoice.  Failure to submit invoice by that date will result in payment being delayed.  ECC will submit the Subcontractor's invoice with its next monthly invoice to the Client, and payment will be made promptly upon the Client's payment to ECC, i.e., Subcontractor gets paid promptly after ECC gets paid.

e.    **Payment from Client is Condition Precedent to Payment to Subcontractor.**  Subcontractor shall bear the risk of non-payment by Client for any or all of its Work.  ECC shall have no obligation to make any payment to Subcontractor for any interim or final invoice or payment application, or any part thereof, until such time as ECC has first received payment for such work or services from its Client, and to the extent permissible by applicable State law, receipt of such prior payment by ECC from Client is an absolute condition precedent to any payment otherwise being due or owed to Subcontractor by ECC.

f.    **Format**.  All invoices must contain the following information:  Job number, Purchase Order (P.O.) or Agreement number; ECC point of contact; Subcontractor point of contact and phone number; and Project name and location.  Failure to include this information on the face of the invoice may result in payment being delayed.

g.    **Bank Wiring Instructions**.  Please Provide instructions for electronic funds transfer payments:

| Bank Information | |
|---|---|
| | |
| | |
| Wire Instructions | |
| | |

h.    **Notification of All Incurred Costs**.  On all fixed unit rate WAs, Subcontractor shall notify ECC in writing when it believes that the costs it expects to incur under the Contract Documents in the next sixty (60) days, when added to all costs previously incurred, will exceed seventy five percent (75%) of the total amount allotted to the contract by ECC.  When incurred costs reach seventy five percent (75%) of the not-to-exceed (NTE) value, ECC may issue a Modification to the Agreement to amend the NTE value.  This notification to ECC is mandatory and failure to do so may be considered a material breach of this Agreement.

7.2    **No Advance Payments**.  Under no circumstances are advance payments to the Subcontractor permitted.

7.3    **Offsets**.  Subcontractor agrees and understands that ECC may deduct from any payments otherwise due to the Subcontractor the amount of any liquidated or unliquidated claim or amounts due to ECC or Client from Subcontractor, whether arising under this Agreement or other unrelated agreements.

7.4    **Right to Withhold**.  ECC may withhold from current and future payments due Subcontractor amounts necessary to protect ECC from loss if in the good faith opinion of ECC, the following events have occurred or are likely to occur:

a.    Claims filed by any lower tier subcontractor or supplier of Subcontractor.
b.    Claims filed by an employee or trust fund of Subcontractor or lower tier subcontractors.
c.    Damage by Subcontractor to the Work of another subcontractor or a third party.
d.    Reasonable doubt that Subcontractor can complete the Work for the unpaid Agreement WA Amount.
e.    Subcontractor is in default of any term or provision of the Contract Documents.
f.    Notice by the Government of any wage and/or law violations.

7.5    **Retention**.  As security for the proper completion of the Work, ECC may retain ten percent 10% of each progress payment until final completion and acceptance of all Subcontractor's Work by Client and ECC.  If Subcontractor fails to maintain bonds or LOC required by this Agreement, ECC may increase retention as noted in 8.3.  Retention shall be released after expiration of the contract warranty period (typically 12 months) and upon Subcontractor's satisfaction of (a) all submittals and/or reports required by the Contract Documents; (b) satisfactory completion, replacement, or repair of all punchlist and defective, deficient or incomplete work, (c) proof of payment to lower tier subcontractors and laborers; (d) submission of proper certified payrolls.  ECC may make early releases of retention in whole or in part at its sole discretion.

7.6    **Payment is Not Acceptance**.  Payment by ECC to Subcontractor shall not be deemed to be acceptance by ECC, or Client, of Subcontractor's Work.

7.7    **Certified Payrolls**.  Subcontractor will furnish to ECC, if applicable, certified payroll lists for all construction labor provided on-site which falls under the provision of the Davis-Bacon Act.  Certified Payroll shall be submitted weekly to ECC's Authorized Representative / ECC Contract Administrator or designee specified within seven (7) days following the close of the relevant pay period.  Submission of proper certified payrolls shall be considered a Condition Precedent to payment for any work performed during the relevant pay period.  Subcontractor is responsible for verifying their tiered subcontractors correctly fill out and forward certified payroll forms to ECC.  Progress payments may not be allowed if Certified Payrolls are not current.

7.8    **Audit**.  At any time prior to final payment, ECC may request an audit of the invoices or payment applications and substantiating material.  Each payment previously made shall be subject to reduction to the extent of amounts on preceding invoices or payment applications that are found by ECC not to have been properly payable and shall also be subject to reduction for overpayments or to increase for under payments.  The final invoice or payment application, and supporting documentation, shall be submitted by the Subcontractor as promptly as practicable following completion of the Work, but in no event, later than ninety (90) days from the date of completion, unless longer period is first approved in writing by ECC.  At all reasonable times during the performance of this Agreement, if applicable, Subcontractor shall furnish promptly, upon the request of ECC, details of design, development, and test data of the Work being performed for ECC's review.

7.9    **Acceptance of Final Payment.**  Acceptance of final payment by Subcontractor shall constitute a waiver of all Claims by Subcontractor through the date of final payment except those previously made in writing and identified by Subcontractor as being unsettled on the Final Waiver of Lien and Release.

# 8.  INDEMNIFICATION, INSURANCE, WAIVER OF SUBROGATION AND BONDS

8.1    **Indemnification**.

   a.    Subcontractor agrees to indemnify, save harmless, and defend ECC, its officers, directors, agents, and employees (Indemnified Parties) from and against any and all liabilities, claims, damages, penalties, fines, forfeitures, suits, and the costs incident thereto (including without limitation costs of defense, settlement, and attorney's fees) which any of the Indemnified Parties may hereafter incur, become responsible for, or pay out as a result of (a) death or bodily or personal injury to any person or destruction or damage to any property (including loss of use), (b) contamination of, or adverse effects on the environment, or (c) any actual or alleged violation of any law, statute, ordinance, rule, regulation or order, caused by Subcontractor's, or its officer's, director's, agent's or employee's, negligent or willful acts or omissions in the performance of work or by the breach of any term or provision set forth in the Contract Documents.

   b.    **Intellectual Property Rights**.  Subcontractor shall indemnify ECC and its officers, directors, agents and employees against any liability, including costs and attorney fees, for infringement of any U.S. patent, copyright, trademark or other proprietary right  arising out of the manufacture or delivery of supplies, the performance of services, or the construction, modification, alteration, or repair of real property under this Agreement.  Subcontractor shall provide written notice within ten (10) days of becoming aware of any claim or notice of patent, copyright, trademark, trade secret, or other proprietary infringement.  Patent indemnification shall include all goods and services used by Subcontractor under this Agreement.

   c.    In all such cases where the indemnity provisions of the Contract Documents apply, Subcontractor and/or its insurer shall, upon demand by ECC, provide a competent defense of all indemnified claims and shall remain responsible for all of the costs of defense of the claim, and any damages awarded to the claimant by settlement, mediation, arbitration, litigation, or otherwise.

8.2    **Insurance Requirements**.

   a.    **Types of Insurance**.  Without prejudice to Subcontractor's liability to indemnify ECC as stated in any indemnification provision contained in the Contract Documents, Subcontractor shall procure at its expense and maintain for the duration of this Agreement, and ensure that any of its subcontractors used in connection with this Agreement procure and maintain, the insurance policies required below with financially responsible insurance companies, licensed in the State or Country of the Project, and with policy limits not less than those indicated below:

   i.    Workers' Compensation: As required by Federal and State Workers' Compensation and Occupational Disease Laws including where applicable including where applicable, coverage under the United States Longshoremen's and Harbor Workers' Act (USL&H), the Jones Act, and the Defense Base Act (DBA).

   ii.    Employer's Liability: $2,000,000 minimum per occurrence.

   iii.    Commercial General Liability: $2,000,000 per occurrence.

   iv.    Automobile Liability:  $500,000 per person; $1,000,000 per occurrence; $50,000 per occurrence for property damage.

   v.    Professional Liability:  If Subcontractor is performing professional services, coverage for damages caused by any acts, errors, and omissions:  $1,000,000 per occurrence.  For errors and omission relative to design services, the coverage requirements specified in Part E take precedence.

   vi.    Builder's Risk as required:  Equal to cumulative value of the Agreement Amount.

vii.     Pollution Liability:  If Subcontractor is performing drilling, excavating or other intrusive work, $1,000,000 minimum per occurrence.

viii.    All others as required by State Law.

b.      **Coverage.**

i.      Worker's Compensation and Employer's Liability Policy must include the Broad Form All States Endorsement.

ii.     General Liability:  (1) Must be written on a Commercial Form; (2) Must include Premises/Operations, Independent Contractors, and Products/Completed Operations coverage; (3) Must include a Broad Contractual Liability Endorsement; (4) The Subcontractor is responsible for determining the need for and, where needed, provide coverage for Railroad Protective Liability (wherever applicable); and (5) Subcontractor's insurance policy shall be specially endorsed to add ECC as an additional named insured, but only with respect to liability arising from the performance of work hereunder.

c.      Subcontractor agrees to procure and maintain all forms of insurance required by state, federal or international law.

d.      **Additional Insured**.  ECC shall be named as an additional insured on all Builder's Risk, Comprehensive General Liability, and Automobile Liability policies, and Subcontractor shall provide proof that ECC has been named as an additional insured upon request of ECC.

e.      **Waiver of Subrogation**.  All policies shall be endorsed to provide that underwriters and insurance companies of Subcontractor shall not have any right of subrogation against ECC or Client or any of its parents, subsidiaries, agents, employees, invitees, subcontractors, insurers, underwriters, and such other parties as they may designate.

f.      Insurance certificates shall include specific language as required by Client, if any.

g.      **Insurance-Work on a Government Installation**.  For Work or Projects on a Government Installation, the Subcontractor shall, at its own expense, provide and maintain during the entire performance of this Agreement, at least the kinds and minimum amounts of insurance required in the Prime Contract between ECC and its Client, and shall bind all its lower tier subcontractors to this provision and ensure that they also shall provide and maintain the insurance required in the Prime Contract.   For purposes of meeting these requirements, ECC shall make available to Subcontractor upon request the applicable insurance provisions of the Prime Contract.

h.      Before commencing work under the Agreement, the Subcontractor shall notify ECC in writing that the required insurance has been obtained, and Subcontractor shall provide current Certificates of Insurance to ECC prior to initiation of any work hereunder.  Such Certificates of Insurance shall reflect all of the required coverage and endorsements.

i.      Subcontractor shall also supply complete copies of all insurance policies to ECC promptly upon request.

j.      The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting ECC's interest shall not be effective:  (1) for such period as the laws of the State in which this Agreement is to be performed prescribe; or (2) until thirty (30) days after the insurer or Subcontractor gives written notice to ECC, whichever period is longer.

k.      The Subcontractor shall bind all its subcontractors performing any of the Work on the Project to the insurance provisions of the Contract Documents, including the provisions contained in this Section 8.2, and shall require all lower tier subcontractors to provide and maintain the insurance required herein.  The Subcontractor shall maintain a copy of all lower tier subcontractors' proofs of required insurance, and shall make copies available to ECC upon request.

l.      Workers' Compensation Insurance (Defense Base Act) is applicable if the Defense Base Act applies and the Work is performed under a public work contract outside the United States, or the Agreement or Project will be approved or financed under the Foreign Assistance Act.  In such instance, the Subcontractor shall: (a) provide, before commencing performance under this Agreement, such workers' compensation insurance or security as the Defense Base Act (42 U.S.C. 1651 et seq.) requires; and (b) continue to maintain it until performance is completed.  The Subcontractor shall insert, in all lower tier subcontracts under this Agreement to which the Defense Base Act applies, a clause similar to this clause (including this sentence) imposing upon those lower tier subcontractors this requirement to comply with the Defense Base Act.

m.      Current Certificates of Insurance must be provided to ECC prior to initiation of any work hereunder.  Such Certificates of Insurance shall reflect all of the required coverage and endorsements and shall indicate that ECC will be provided with thirty (30) days advance written notice of any material change or cancellation.

n.      Insurance carried by ECC, its officers, agents, and employees shall be deemed to be excess insurance and Subcontractor's insurance shall be deemed primary for all purposes despite any conflicting provision in Subcontractor's policies to the contrary.  If Subcontractor fails to provide or maintain the specified insurance, the Subcontractor will defend, indemnify and hold harmless ECC, its officers, directors, agents and employees to the extent necessary to afford the same protection as would have been provided by the specified insurance.  ECC does not represent or warrant that the types or limits of insurance adequately protect Subcontractor's interest or sufficiently cover Subcontractor's liability.

o.    Failure to maintain the insurance coverage as required by this Section 8 shall be deemed to be a material breach of this Agreement.

**8.3    Payment and Performance Bonds and Irrevocable Standby Letters of Credit -** A Subcontractor performance bond or letter of credit is mandatory for all subcontract awards exceeding $500,000 and for lesser amounts if so stated by ECC's RFP or Work Authorization (Attachment 1 – Work Authorization).  The following summarizes the guidelines for providing an acceptable surety instrument. Article 13 of Schedule C provides additional information and requirements.

**a. Bonds**  - If subcontractor opts to provide bonds, Subcontractor must provide both payment and performance bonds, in the penal sum of at least the total amount of the associated WA award and it must meet all applicable statutory requirements of the State of the Project location, the bonds must be provided on the forms included herein as Attachment 8 and issued by a Surety that is on the United States Department of the Treasury's list of approved sureties, has a rating of "A" or better, is licensed in the State of the Project, and is otherwise accepted by ECC.  Subcontractor shall provide the required bonds to ECC prior to commencement of the Work and as a condition precedent to any payment otherwise due Subcontractor under the Contract Documents.  The cost incurred by Subcontractor to secure the bonds is included in the stated total Agreement Amount for each WA.  If the WA contract price increases, an additional amount equal to one hundred percent (100%) of the increase will be provided either through an increase in the penal amount or the furnishing of additional bonds.

**b. Standby Letters of Credit (LOC)** – For work taking place outside of the United States or as determined by ECC, a LOC meeting all of the requirements and format provided in Attachment 8 of this Agreement, may be provided by Subcontractor instead of Bonds.  The LOC must be in place prior to commencement of any Work.  If Subcontractor commences with Work, including mobilization, in advance of fulfilling this requirement or fails to provide an approved LOC within 30 days of execution of the related WA, ECC reserves the right to terminate this Agreement or increase payment retention, at its sole discretion, to recover up to 20% of the total associated WA Amount.

It is the Subcontractors responsibility to ensure its LOC remains valid, with no interruptions, until the time the Subcontractor completes all its obligations under the associated WA, including all warranty obligations.  If Subcontractor is required to renew or extend a LOC period, it must provide ECC with evidence of its renewal or extension.  If such evidence is not provided, ECC may terminate Subcontractor for default and/or immediately make a claim on the original LOC, prior to its expiration, and retain the funds until adequate evidence of the renewed LOC is provided.

## 9.  CLAIMS / DELAY

**9.1    Notice and Performance**.  If any dispute arises between ECC and Subcontractor involving performance of the Work or any alleged change in the Work or arising out of the Contract Documents or the Project, Subcontractor, unless directed otherwise in writing by ECC, shall timely perform the disputed work and shall give written notice of a claim for additional compensation for the Work within forty eight (48) hours after commencement of the disputed work.  If Subcontractor's failure to give written notice within the 48 hours prejudices ECC's ability to recover the funds from the Client, Subcontractor agrees that it will receive no extra compensation for the disputed work.

**9.2    Prime Contract**.  Notwithstanding the foregoing, if the Prime Contract between ECC and its Client contains notice provisions that are more stringent than those contained in this Agreement, then Subcontractor shall comply with the provisions of the Prime Contract and, in addition, shall give ECC proper notice to comply with the provisions of the Prime Contract.  For purposes of meeting these provisions, ECC shall make a copy of the applicable portions of the Prime Contract available to Subcontractor upon request.

**9.3    Differing Site Conditions, Client Changes**.  With regard to claims arising from differing conditions, changes directed by the Client or others, or which otherwise are not solely the fault of ECC, Subcontractor shall be entitled to such portion of the additional compensation received by ECC from Client on account of such matters as is equitable under all of the circumstances.  Subcontractor agrees to be bound by Client's determination and by the determination in any proceeding in which Client is involved, regardless of whether Subcontractor was a party to such proceeding.  Subcontractor and ECC shall cooperate in the prosecution of such claims, and Subcontractor shall pay a pro rata share of the costs and expenses incurred in connection therewith, to the extent that said claim is made by ECC on behalf of Subcontractor, regardless of the amount of recovery, if any, paid to Subcontractor.  Nothing herein shall require ECC to pursue such a claim on behalf of Subcontractor.  Note that claims related to Differing Site Conditions will only be valid if Subcontractor notified ECC in writing of the differing conditions prior to disturbance of said conditions.

**9.4    Markup**.  ECC shall be entitled to a markup on any Subcontractor claim.  The markup shall include but is not limited to ECC's DCAA General and Administrative (G&A) rate and profit.  Subcontractor agrees that Client's settlement offers always includes ECC's G&A markup, at minimum.

**9.5    Resolution of claims**.  ECC shall respond in writing to timely Subcontractor claims as soon as possible.  If applicable, ECC shall submit Subcontractor's claim to Client for consideration as a request for equitable adjustment or claim to the Prime Contract.

**9.6    Requirements for Immediate Notice**.  The Subcontractor shall give ECC immediate notice in writing regarding the following: (a) Any action, including any proceedings before a federal, state or local governmental or civilian agency, filed against the Subcontractor arising out of the performance of this Agreement; (b) Any claim by a third party against the Subcontractor, the cost and expense of which is, or may be allowable under this Agreement; (c) Any hazardous waste spill or release.  In the event of the

Ver: 2014

occurrence of any of the above, the Subcontractor shall immediately furnish to ECC copies of all pertinent papers and documents received by the Subcontractor with respect to such action or claim.

9.7 **Prime Contract Liquidated Damages or Delay Damages**. If ECC suffers any costs, including those under the Prime Contract for liquidated damages, and / or other damages for delays, ECC may recover such costs and damages from Subcontractor in proportion to Subcontractor's responsibility for such delay and damages. Any damages for delay caused by Subcontractor shall be deducted by ECC from the agreed price for said work, subject however, to the options of ECC to terminate the Agreement for default or convenience as herein elsewhere provided.

9.8 **Client Delays**. ECC shall not be liable to the Subcontractor for delay to Subcontractor's Work by the act, neglect or default of the Client, or by reason of strikes, lockouts, or on account of any acts of God, or any other cause, beyond ECC's control but ECC will cooperate with Subcontractor to enforce any just claim against the Client for delay.

9.9 **ECC Delays**. Should Subcontractor's work be delayed solely by ECC, Subcontractor may request an equitable adjustment, if such delay (i) is not also due to the fault, error, omission, or negligence of Subcontractor, its lower tier subcontractors or subconsultants, or those for whom Subcontractor is responsible; (ii) directly affects the performance of the Work, (iii) was not reasonably foreseeable and mitigatable, (iv) causes Subcontractor to achieve completion of the Work beyond the Final Completion Date, which must be supported by critical path schedule analysis, and (v) cannot otherwise be reduced or eliminated by a work around plan. Subcontractor must provide ECC written notification of the delay so that ECC's ability to mitigate the delay is not prejudiced. Subcontractor acknowledges its obligation to take all reasonable actions to mitigate damages resulting from such delays. Under no circumstances will ECC be liable for damages resulting from delays to Subcontractors work caused by the Govt. or delays caused by other parties such as Material Vendors or other Subcontractors.

9.10 **Recovery from Client**. In the event that ECC in its sole discretion shall seek compensation from the Client as a result of any delay, Subcontractor shall be entitled to an equitable portion of any amount recovered by ECC less an equitable share of the cost of pursuing said claim. This provision shall be the sole remedy that Subcontractor shall have for any delays experienced on the Project caused in whole or in part by the Client. This provision shall not be construed to require ECC to pursue any claim against the Client or any other party. Should ECC seek compensation or time from the Client as a result of any delay it shall not constitute a waiver of ECC's right to assert that such delay is partially or solely caused by Subcontractor.

9.11 **Subcontractor Remedy**. To the greatest extent permitted by law, the remedies set forth at subsections 9.8, 9.9, and 9.10 shall constitute Subcontractor's exclusive remedies for delay, disruption, acceleration, or similar issues relating to schedule or timely performance (Delay Claims), regardless of cause. Unless allowed under the Prime Contract between ECC and Client, and accepted and paid for by Client, in no instance shall ECC be liable to Subcontractor for: (1) profit on any delay, acceleration, or impact costs, (2) loss of anticipated profit, (3) indirect expenses, (4) home office overhead whether calculated pursuant to the *Eichleay* formula or other method, (5) consequential damages, including without limitation, lost work, lost opportunities, or insolvency, (6) claims preparation expenses or expert fees, and (7) costs calculated on a *quantum meruit* or "total cost" basis.

## 10. TERMINATION FOR CONVENIENCE

10.1 ECC may, at its option, and for any reason or no reason, terminate for convenience the Subcontractor's Work in whole or, from time to time, in part, at any time by written notice to Subcontractor. Such notice shall specify the extent to which the performance of Work is terminated and the effective date of such termination.

10.2 Upon receipt of such notice Subcontractor shall: (a) immediately discontinue the affected Work on the date and to the extent specified in the notice and place no further orders or sub-subcontracts for materials, service, or facilities, other than as may be required for completion of such portion of the Work that is not terminated; (b) promptly obtain cancellation upon terms satisfactory to ECC on all purchase orders, sub-subcontracts, rentals, or any other agreements existing for the performance of the terminated work or assign those agreements to ECC as directed; (c) assist ECC in the maintenance, protection, and disposition of Work in progress, plant, tools, equipment, property, and materials acquired by Subcontractor or furnished by Subcontractor under this Agreement; and (d) complete performance of the Work which is not terminated

10.3 Upon any such termination, ECC shall have no liability for any damages, including loss of anticipated profits. As its sole right and remedy, Subcontractor shall be paid the following: (a) all amounts due and not previously paid to Subcontractor for the Work completed in accordance with the Contract Documents prior to such notice of termination, and for Work thereafter completed as specified in such notice; (b) reasonable administrative costs of settling and paying claims arising out of the termination of Work under sub-subcontracts or purchase orders; (c) reasonable costs incurred in demobilization and the disposition of residual material, plant and equipment; (d) and a reasonable profit on items (b) and (c) of this paragraph. Termination for Convenience proposal must be submitted within the time period stated in the Termination for Convenience notification, and if no such time period is specified, within 120 days of Notice of the Termination for Convenience. Failure to submit a proposal within the time period stated will result in Subcontractor's Waiver of its rights under this clause.

## 11. TERMINATION FOR DEFAULT

11.1 If Subcontractor is in material default under any provisions of the Contract Documents, including, but not limited to, failure, refusal, or neglect to provide all submittals as set forth in the Subcontract documents, supply materials/equipment by due dates as set forth in the Subcontract Documents, required skilled personnel and labor to complete the Work within the schedule set forth within the

Ver: 2014

Subcontract Documents, or to promptly correct, replace or repair defective items, material or workmanship, ECC may give Subcontractor written notice describing the default and immediately terminate all or part of the Work if ECC deems it appropriate, or ECC may provide a cure period to remedy the default. If a cure period is granted and Subcontractor does not remedy the default within the period prescribed in the notice, ECC may terminate all or any part of the Work under this Agreement, and may then complete or have others complete all such terminated work. In addition to partial or complete termination of noted elements of the Subcontractor's scope of work, ECC may, as an alternative and at its discretion, following the same notification requirements for Termination stated above, provide the Subcontractor with "Scope Execution Assistance" relative to an element or elements of the Subcontractor's scope of work.  This includes, but is not limited to the following:

    a.  Procurement of materials and equipment when Subcontractor's failure to do so is impacting or will impact the project schedule critical path.

    b.  Providing of labor resources or other subcontractors to augment the Subcontractor's labor force and progress on the project. This may be initiated for reasons such as to aid with Subcontractor's schedule recovery or ensure sufficiently trained and qualified persons are assigned to the work when Subcontractor has failed to do so. Interference by the subcontractor with the work or access of the additional labor resources or other subcontractors will be grounds for immediate termination; whereby ECC will immediately proceed with drawing the letter of credit/bank guarantee furnished by the subcontractor.

    c.  Providing of design assistance on Design or Design / Build Subcontracts when the Subcontractor has failed in those contract deliverables relative to quality, acceptance by Client, or failure to meet the design submittal schedule.

    d.  Paying a deposit for equipment and/or materials that are required for the execution of the project, but where the subcontractor has been unable to pay such deposit to their vendor or lower-tiered subcontractor to get the items ordered. Any such deposit paid by ECC will be deducted from the balance to be paid to subcontractor for their work. In the event that the specified equipment and/or material fail to meet the WA specifications and requirements; ECC may deduct from the subcontractor's progress payments, retention, balance of contract, and/or letter of credit/bank guarantee; the amount of such deposit paid by ECC.

In case of such termination or scope execution assistance, Subcontractor shall not be entitled to receive further payment until the terminated work is completed and accepted by ECC and Client.  If the costs incurred by ECC, including costs incurred by ECC in performing additional services to complete the Work, exceed the unpaid balance of the WA Amount, Subcontractor shall reimburse ECC the excess within ten (10) days after receipt of an invoice therefore.  Subcontractor can expect the back-charge relative to terminated scope or scope execution assistance will equate to all direct costs incurred by ECC from third party entities (subcontractors, vendors, consultants, etc) along with ECC indirect costs incurred as a result of managing the termination or scope execution assistance actions.  This ECC indirect cost amount will equate to approximately 15% of the total direct costs incurred.

To the extent Subcontractor in good faith disputes any portion of such invoice, ECC shall pay the undisputed portion and the disputed portion shall be resolved pursuant to the Disputes provisions of the Contract Documents.  If the unpaid amount due Subcontractor for the Work completed prior to termination exceeds the costs and charges to complete, ECC will pay such excess to Subcontractor.  The rights and remedies provided in this clause are in addition to the rights and remedies provided by law, equity, or under any other provisions of the Contract Documents.

11.2    **Tools, Equipment, Facilities**.  In the event the Subcontractor is terminated for default, ECC may use all or part of Subcontractor's construction tools, and facilities at the site, and any materials, permanent equipment, and supplies in the performance of the Work, without payment to Subcontractor otherwise than by the extent such use of Subcontractor's items causes a reduction of cost of completing the Work.  If Subcontractor's compensation under this Agreement is on a cost reimbursable basis, Subcontractor will be reimbursed for use of construction equipment at the lowest applicable rate provided for herein or at prevailing rental rates if no rate is specified, and the cost of Subcontractor's materials used.

11.3    **Remaining Materials, Equipment**.  If ECC performs work under this Section 11, or subcontracts such work to be performed, immediately upon completion of the Work any remaining materials, implements, equipment, appliances or tools not consumed or incorporated in performance of the Work, and furnished by, belonging to, or delivered to the Project by or on behalf of the Subcontractor, shall be returned to the Subcontractor in substantially the same condition as when they were taken, normal wear and tear excepted.

11.4    **Bankruptcy or Insolvency**.  This Agreement may be terminated upon five (5) days written notice by ECC if Subcontractor (i) becomes insolvent or involved in a liquidation or termination of its business, (ii) is generally not paying its debts as they become due, (iii) commences any proceedings relating to such party under any federal or state law relating to bankruptcy, insolvency, reorganization or similar laws, (iv) applies for the appointment of a trustee, liquidator, or receiver of any part of its assets, (v) has a proceeding commenced against it relating to the appointment of a trustee, liquidator or receiver or pursuant to any proceedings under any federal or state law relating to bankruptcy, insolvency, reorganization, or similar laws (if not dismissed within 30 days of filing), (vi) becomes involved in an assignment for benefit of its creditors, (vii) becomes adjudicated bankrupt, or (viii) defaults on payment obligations owed to other business or teaming partners of ECC.

Ver: 2014

**11.5    Converted to Termination for Convenience**.  If after termination, it is determined that the Subcontractor was not in default, or that the default was excusable, the rights and obligations of the Parties shall be the same as if the termination had been issued for convenience.

**11.6    Consequential Damages Waiver**.  In no event will ECC be liable to Subcontractor for any special, indirect or consequential damages, however any such liability may arise in connection with the Project, the Work, or this Agreement.

**11.7    Cumulative Rights and Remedies**.  The rights and remedies of ECC in this Section are in addition to any other rights and remedies provided by law or under this Agreement.

**11.8    Definition of Default**.  Default shall be considered any material breach by Subcontractor of any duty under the Agreement, including, but not limited to the following:

   a.  Failure to commence work when required.
   b.  Failure to properly man the Project.
   c.  Failure to diligently and properly prosecute the Work, or maintain the schedule.
   d.  Failure to provide quality work.
   e.  Failure to perform change order work as directed by ECC.
   f.  Failure to pay lower tier subcontractors in a timely manner.
   g.  Failure to provide and maintain insurance and bonds as required by the Contract Documents.
   h.  Failure to provide product warranties and guarantees as required by the Contract Documents.
   i.  Repeat, willful or significant safety violations
   j.  Repeat, willful or significant Ethics violations, including but not limited to Fraud, Misrepresentation, or Theft.

## 12.  DISPUTE RESOLUTION

**12.1    Negotiation** – ECC and Subcontractor agree to enter into negotiation to resolve any dispute.  Both Parties agree to negotiate in good faith to reach a mutually agreeable settlement within a reasonable amount of time.

**12.2    Mediation.**  Mediation shall be a condition precedent prior to initiating any arbitration proceedings.  Unless the Parties agree otherwise, mediation shall be conducted by a neutral party mutually accepted by both parties and shall be held in San Mateo County or San Francisco, California and conducted pursuant to JAMS International Mediation Rules.  The Parties shall share all mediation fees equally, but this requirement does not include legal representation.  If the Parties cannot agree on a neutral mediator, the matter shall be submitted to the JAMS for mediation.

**12.3    Arbitration if Negotiation / Mediation Not Successful**.  If negotiations and mediation efforts are unsuccessful in resolving any dispute between the Parties, then the matter shall be submitted to binding Arbitration in accordance with this Article 12, unless the parties mutually agree otherwise in writing.

**12.4    Arbitration Provisions -** Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration, in San Mateo County or San Francisco, California, before a single arbitrator for claims $5,000,000 or below and three arbitrators for claims that exceed $5,000,000, unless the parties mutually agree otherwise, in writing. Each Party hereto accepts jurisdiction of the courts within the State of California for the purposes of enforcing the aforementioned arbitration proceedings, only.  The decision of the arbitrator shall be final and binding upon both parties, who hereby agree to comply herewith. The arbitration shall be administered by JAMS pursuant to its Engineering and Construction Arbitration Rules & Procedures for disputes over $250,000.00 and for disputes of $250,000.00 and less, the Engineering and Construction Arbitration Rules & Procedures for Expedited Arbitration.  The Parties shall bear their own costs and fees, including attorney's fees, arbitrator fees and arbitration filing fees and administration expenses, incurred or necessitated by the arbitration proceedings.  This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction.

**12.5    Notice of Demand -** Notice of the demand for arbitration shall be filed in writing with the other Party to this Agreement and with the JAMs.  The demand for arbitration shall be made within a reasonable time after written notice of the claim or dispute has been given, and in no event shall it be made after such claim, dispute or other matter in question would be barred by the applicable statute of limitations.

**12.6    Award**.  The award rendered by the arbitrator(s) shall be final and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction.

**12.7    Work Continuation and Payment**.  Pending final resolution of any disputed payment or Change Order requested by Subcontractor, any claim, or any negotiation, arbitration, mediation, or litigation (if applicable), and unless otherwise agreed in writing, Subcontractor shall proceed diligently with the timely performance of its Work and all obligations under the WA and other Contract Documents, and subject to the provisions contained herein, ECC shall continue to make payment to Subcontractor of any non-disputed amounts in accordance with the WA and other Contract Documents.

**12.8    No Limitations of Rights or Remedies**.  Nothing in this Agreement shall limit any rights and remedies not expressly waived by ECC which ECC may have under law or any payment or performance bonds.

Ver: 2014

## 13.  MISCELLANEOUS

13.1  **Assignments and Subcontracts**.  This Agreement shall inure to the benefit of and be binding upon each of the Parties hereto and their respective successors and assigns.  It may not be assigned in whole or in part by either Party without the prior written consent of the other Party, except upon the merger, consolidation, sale or other transfer of all or substantially all of the assets of either Party.  Subcontractor is prohibited from awarding work to any lower tier subcontractors who do not self perform their scope of work.  If ECC learns that there are 3rd or 4th tier subcontractors operating on the Project, ECC retains the right to stop work of these lower tier subcontractors, and terminate subcontractor's agreement in whole or in part, and re-assign that scope of work of other entities at Subcontractor's cost.

13.2  **Hotline**.  Subcontractor shall contact the ECC Hotline in the event of any suspected irregularity or impropriety under this Agreement.  The Hotline telephone contact number is (650) 347-1555, extension 20111; and the email address is: Hotline@ecc.net.

13.3  **Applicable State Law And Compliance**.  This Agreement shall be governed by and construed in accordance with the laws of the State of California. Subcontractor agrees to comply with the applicable provisions of any federal, state or local law or ordinance and all orders, rules and regulations issued there under.

13.4  **Severability And Waiver**.  The partial or complete invalidity of any one or more provisions of the Contract Documents shall not affect the validity or continuing force and effect of any other provisions.  The failure of ECC to insist, in any one or more instances, upon the performance of any of the terms, covenants or conditions of the Contract Documents or to exercise any right herein, shall not be construed as a waiver or relinquishment of such term, covenant, condition or right as respects further performance, under any federal, state, or local law.

13.5  **Force Majeure**.  The obligation of each Party to perform under this Agreement shall be excused during each period of delay arising from causes beyond the control and without the fault or negligence of the Party.  Examples of such causes include: (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and (9) unusually severe weather.  Notice of Force Majeure must be provided as soon as practicable of the event, and parties must resume performance within three (3) business days of conclusion of said event.

13.6  **Inconsistencies And Omissions**.  Should inconsistencies or omissions appear in the Contract Documents, it shall be the duty of the Subcontractor to notify ECC in writing within three (3) working days of the Subcontractor's discovery thereof.  Upon receipt of said notice, ECC shall instruct the Subcontractor as to the measures to be taken and the Subcontractor shall comply with ECC's instructions.  Each party has reviewed the Contract Documents and any question of interpretation shall not be resolved by any rule of interpretation providing for interpretation against the drafting party.  This Agreement shall be construed as though drafted by both Parties.

13.7  **Statutory Costs**.  In the event suit, action or arbitration is instituted to enforce any right granted herein, and on appeal, if any, each party shall bear its own fees and costs.

13.8  **Order of Precedence**.  The Contract Documents are meant to be complementary.  In the event, however, of any inconsistency, conflict, or ambiguity between or among the Contract Documents, or between the Contract Documents and applicable laws, codes, rules, ordinances, and lawful orders, Subcontractor shall be required to (1) follow all applicable U.S. Government terms and conditions, FAR requirements and FAR, DFAR, and FAR Agency Supplements; (2) provide the better quality or greater quantity of Work, and (3) comply with the more stringent requirement (in favor of ECC), unless specified otherwise herein or directed otherwise by ECC in writing.

13.9  **Entire Agreement**.  The Parties hereby agree that this Agreement, including all of the Contract Documents, shall constitute the entire agreement and understanding between the Parties hereto and shall supersede and replace any and all prior or contemporaneous representations, agreements or understandings of any kind, whether written or oral, relating to the subject matter hereof.

Ver: 2014

## PART B - U.S. GOVERNMENT TERMS AND CONDITIONS

*These terms and conditions are applicable to all U.S. Government subcontracts; in the event the Agreement is not a U.S. Government Subcontract, these Part B terms and conditions are not applicable to the Agreement or the Work of Subcontractor, and all other requirements of the Contract Documents shall control.*

## PART I - FAR CLAUSES

1.    **DEFINITIONS**

As used throughout this Agreement, the following terms shall have the meanings set forth below:

a.    The terms "Subcontractor" or "Subcontractor" mean the party executing this Agreement and associated WAs with ECC;

b.    The terms "Contractor", "Purchaser" or "ECC" means Environmental Chemical Corporation;

c.    The terms "Government" or "Client" mean the United States of America;

d.    The terms "Sub-subcontractor" or "Lower-tier Subcontractor" mean any person or company contracting with the Subcontractor to perform a portion of the Work called for by this Agreement;

e.    The terms "Subcontract" or "Agreement" means this Agreement, including all exhibits and attachments, whether physically attached or incorporated by reference;

f.    The term "Prime Contract" means the Government Contract under which this Order is issued.

g.    The term "Contracting Officer" means that person executing the Prime Contract on behalf of the Government and any other officer or civilian employee of the Government who is a properly designated as a Contracting Officer for purpose of administering or terminating the Prime Contract;

h.    The term "FAR" means the Federal Acquisition Regulation, the term "DFARS" means the Department of Defense FAR Supplement, and "FAR AGENCY SUPPLEMENT" means the FAR supplements of other Federal agencies, including the various military departments and subsidiary commands thereof. All such documents are obtainable from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. and/or from the particular agency responsible from promulgation of the regulation at issue.

i.    "Subcontract Data Requirements List" or "SDRL" are the data requirements established by the CDRL requirements of the Prime Contract; to the extent such Prime Contract CDRL requirements are within the scope of Work performed by Subcontractor under a Task Order.

j.    "Subcontract Line Item Number" or "SLIN" identify the specific supplies and services and prices and costs for each, mirroring the Contract Line Item Numbers of the Prime Contract at Part I, § B thereof.

2.    **DPAS**.  If this is a rated order certified for national defense use, the Subcontractor is required to follow all the provisions of the Defense Priorities and Allocation System (DPAS) regulations (15 CFR 700).  The DPAS rating for this Agreement will be on the cover page of this agreement.

3.    **FAR REQUIREMENTS.**

a.    Subcontractor shall comply fully with all applicable Federal Acquisition Regulation requirements.  In particular, Subcontractor shall, when required, execute and deliver to ECC all representations and certifications ("reps and certs") and other documents, and take all such other actions, which may be required by FAR provisions. All such "Reps and Certs" shall be updated upon ECC's request.  If applicable, Subcontractor shall comply with the Davis-Bacon Act, or, if applicable, the Service Contract Act, by paying all covered workers in accordance with the wage determination(s). FAR contract provisions, which are required to be "flowed down" to Subcontractor in the case of Federal projects, shall be deemed to be incorporated herein by reference and apply to any work performed under this Agreement.  Certain portions of the clauses or certain clauses themselves may be self-deleting due to the nature of the Work to be performed. Where there are any compliance time requirements in the clause these time frames are reduced by fifty percent (i.e. 1 year becomes 6 months, 90 days becomes 45 days, etc.) for this Agreement. In all cases citations should be construed to apply to the Subcontractor as they apply to ECC as prime contractor.  The sum and substance of each regulation shall also be applied to all additional lower-tiered subcontractors, vendors or entities utilized to perform any work under this Agreement, and Subcontractor shall include this provision in all other contracts.    The terms "Contractor" and "Contracting Officer" as used in the clauses incorporated by this reference shall be deemed to refer to the "Subcontractor," "Government," and "Contracting Officer" as used in the clauses incorporated by this reference shall be deemed to refer to the "Subcontractor," "ECC," and "ECC's Contract Administrator" respectively.

b.    The Subcontractor has no right of direct appeal to the Government Contracting Officer or the Government.    Therefore, when "dispute" or "Dispute Clause" is referenced in any clause, it shall be deemed to be a dispute between the Subcontractor and ECC. The Prime Contract between ECC and Government agency is incorporated by reference, and is available upon request by Subcontractor.

4.    **TERMINATION FOR CONVENIENCE.**

Subcontractor may be terminated at any time, upon reasonable notice, with or without cause.  In the event of a termination for convenience, the rights and remedies of the Parties shall be governed by applicable Termination for

Ver: 2014

Convenience principles in accordance with FAR 49.2 through 49.6, as applicable.

## 5.    RESTRICTIONS ON CERTAIN FOREIGN PURCHASES

Subcontractors are strictly forbidden from engaging in any business transactions, in the course of executing its obligations under this Agreement, with the Government or any business entity from the Countries of Cuba, Iran, Sudan, North Korea, and Burma.  Forbidden transactions include any purchase of materials, supplies, equipment, services etc.  The shipment of goods through these countries is also strictly forbidden.  Subcontractors are strictly forbidden from bringing any materials or equipment from these countries to the ECC / Govt. project sites associated with this agreement.  These restrictions must be passed down by the Subcontractor to all of its lower tier suppliers and vendors.  The regulation which specifies these restrictions is FAR 52.225-13.   For information about enforcement of these restrictions and penalties associated with violations of said restrictions, please visit the Office of Foreign Assets Control Website at http://www.treasury.gov/resource-center/sanctions/Programs/Pages/Programs.aspx or contact ECC's Contracts Manager, Chris Canon, at ccanon@ecc.net

## 6.    Purchases. AGREEMENT CLAUSES – FAR

a.    The following clauses of the FAR, DFARS and FAR AGENCY SUPPLEMENTS set forth below are hereby incorporated by reference in this Agreement.  The obligations of ECC to the Government as provided in said clauses shall be deemed to be the obligations of

Subcontractor to ECC. Clauses referenced below shall be those in effect on the effective date of this Agreement and the affiliated WAs. If there is a conflict or addition in a clause in effect on the effective date of this Agreement and a clause of the Prime Contract, the Prime Contract clause shall govern.

b.    Wherever necessary to make the context of the clauses set forth in this Section applicable to this Agreement, the term "Contractor" shall mean Subcontractor; the term "Subcontractor" shall mean Lower-tier Subcontractor; the term "Contract" shall mean this Agreement; and the terms "Government," " Contracting Officer," and equivalent phrases shall mean ECC. However, the terms "Government" and "Contracting Officer" do not change (1) in the phrases "Government Property," "Government-Owned Property," "Government Equipment," "Government-Furnished Property," and "Government-Owned Equipment;" (2) when a right, act, authorization, or obligation can be granted or performed only by the Government or the Prime Contract Contracting Officer or his duly authorized representative; (3) when access to proprietary financial information or other proprietary data is required; (4) when title to property is to be transferred directly to the Government; (5) where specifically modified as noted below; and (6) in FAR's 52.215-2, 52.227-1, and 52.227-2.

c.    Clauses Applicable to All Orders or Agreement may be seen at http://farsite.Hil.af.mil/VFFARa.htm.

### FEDERAL ACQUISITION REGULATION CONTRACT CLAUSES

N62470-13-D-6020

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|------------|------------|-----------|-----------|
| 0001 | N/A | N/A | N/A | Government |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|------|------------|------------|
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-5 | Inspection Of Services Cost-Reimbursement | APR 1984 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2008 |

CLAUSES INCORPORATED BY FULL TEXT

5252.223-9300  INSPECTION BY REGULATORY AGENCIES (JUN 1994)

Work performed under this contract is subject to inspection by State and Federal Government Regulatory agencies including those described below.

Permission has been granted by the Navy permitting Federal and State occupational health and safety officials to enter Navy shore installations, without delay and at reasonable times, to conduct routine safety and health investigations.  Permission also extends to safety and health investigations based on reports of unsafe conditions. Occupational Health and Safety Administration (OSHA) officials may also investigate accidents or illnesses involving the Contractor's employees.  Inspections may also be carried out by the Department of Labor to inspect for compliance with labor laws.

The Contractor shall cooperate with regulatory agencies and shall provide personnel to accompany the agency inspection or review teams.  Contractor personnel shall be knowledgeable concerning the work being inspected, and participate in responding to all requests for information, inspection or review findings by regulatory agencies.

Section F - Deliveries or Performance

DELIVERY OR PERFORMANCE

F1      PLACE OF PERFORMANCE
The place of performance shall be designated on each individual task ordered issued.

F3      WORK SCHEDULE

(a) The contractor shall arrange its work to minimize interference with the normal occurrence of Government business. All work schedules will be subject to negotiations during the task order award process.

(b) Service Interruptions: If any utility services must be disconnected (even temporarily) due to scheduled contract work, the contractor shall coordinate with the designated Government representative.

F4      PRE-PERFORMANCE CONFERENCE
Prior to commencing work for each task order, the contractor may be required to meet with the Contracting Officer and/or designated technical personnel at a mutually agreeable time to discuss and develop mutual understandings concerning scheduling and administering work.

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|---------------|----------|-----------------|-----|
| 0001 | POP 14-JUN-2013 TO 13-JUN-2014 | N/A | N/A FOB: Destination | |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.242-15 Alt I | Stop-Work Order (Aug 1989) - Alternate I | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-55 | F.O.B. Point For Delivery Of Government-Furnished Property | JUN 2003 |

CLAUSES INCORPORATED BY FULL TEXT

52.242-14    SUSPENSION OF WORK (APR 1984)

(a) The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience of the Government.

(b) If the performance of all or any part of the work is, for an unreasonable period of time, suspended, delayed, or interrupted (1) by an act of the Contracting Officer in the administration of this contract, or (2) by the Contracting Officer's failure to act within the time specified in this contract (or within a reasonable time if not specified), an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) necessarily caused by the unreasonable suspension, delay, or interruption, and the contract modified in writing accordingly. However, no adjustment shall be made under this clause for any suspension, delay, or interruption to the extent that performance would have been so suspended, delayed, or interrupted by any other cause, including the fault or negligence of the Contractor, or for which an equitable adjustment is provided for or excluded under any other term or condition of this contract.

(c) A claim under this clause shall not be allowed—

(1) For any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved (but this requirement shall not apply as to a claim resulting from a suspension order); and

(2) Unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the suspension, delay, or interruption, but not later than the date of final payment under the contract.

(End of clause)

Section G - Contract Administration Data

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports | JUN 2012 |

CLAUSES INCORPORATED BY FULL TEXT

N62470-13-D-6020

CLAUSES INCORPORATED BY FULL TEXT

5252.201-9300   CONTRACTING OFFICER AUTHORITY (JUN 1994)

       In no event shall any understanding or agreement between the Contractor and any Government employee other than the Contracting Officer on any contract, modification, change order, letter or verbal direction to the Contractor be effective or binding upon the Government.  All such actions must be formalized by a proper contractual document executed by an appointed Contracting Officer.  The Contractor is hereby put on notice that in the event a Government employee other than the Contracting Officer directs a change in the work to be performed, it is the Contractor's responsibility to make inquiry of the Contracting Officer before making the deviation.  Payments will not be made without being authorized by an appointed Contracting Officer with the legal authority to bind the Government.

CLAUSES INCORPORATED BY FULL TEXT

5252.216-9300  APPOINTMENT OF ORDERING OFFICER(S) (OCT 1996)

Ordering Officers under this contract are authorized by the Contracting Officer to execute delivery/task orders provided the total price for the delivery/task order does not exceed the individual Contracting Officer(s) warrant limitations.  The ordering officers and their specific authority shall be stated in this contract or in an appointment letter.

CLAUSES INCORPORATED BY FULL TEXT

5252.242-9300 GOVERNMENT REPRESENTATIVES (OCT 1996)

a.   The contract will be administered by an authorized representative of the Contracting Officer. In no event, however, will any understanding or agreement, modification, change order, or other matter deviating from the terms of the contract between the contractor and any person other than the Contracting Officer be effective or binding

upon the Government, unless formalized by proper contractual documents executed by the Contracting Officer prior to completion of this contract. The authorized representative as indicated hereinafter:

X   1.  The Contracting Officer's Representative (COR) will be designated by the Contracting Officer as the authorized representative of the Contracting Officer. The COR is responsible for monitoring performance and the technical management of the effort required hereunder, and should be contacted regarding questions or problems of a technical nature.

X   2.  The designated Contract Specialist will be the Administrative Contracting Officer's representative on all other contract administrative matters. The Contract Specialist should be contacted regarding all matters pertaining to the contract or delivery orders.

X   3.  The designated Property Administrator is the Administrative contracting Officer's representative on property matters. The Property Administrator should be contacted regarding all matters pertaining to property administration.

The Contracting Officer's Representative(s) (COR) and Navy Technical Representatives (NTR) for this contract are: To be designated at time of contract award or upon issuance of individual task orders issued under this contract.

Payment will be made by:

To be designated at time of contract award or upon issuance of individual task orders issued under this contract.

**1. GENERAL**

(d) Price: Each proposed FFP TO will indicate the detail of pricing information to be provided. Normally, a competitive proposed TO will require only a lump sum or unit price offer, but the Contracting Officer reserves the right to obtain a more detailed cost breakdown of labor, materials, equipments, overhead, and profit at any time. In case of discrepancy between a unit price and an extended price, the unit price will be presumed to be correct, subject, however, to correction to the same extent and in the same manner as any other mistake.

(e) Cost: For each proposed CPAF TO the following shall be provided: (1) A detailed cost estimate showing direct and indirect costs. Additional backup cost data shall be provided as appropriate. Unless otherwise directed, the breakdown shall be in sufficient detail to permit an analysis of all material, labor, equipment, subcontract and overhead costs, as well as fee and shall cover all work involved in the project. (2) Dollar amount and type of proposed subcontracts. (3) Total estimated cost-plus-fixed fee.

G-6      DELEGATION OF AUTHORITY TO ADMINISTRATIVE CONTRACTING OFFICER (ACO)
Delegation functions shall be designated as necessary in each task order.

G-7      CONTRACTING OFFICER'S REPRESENTATIVE (COR) AND NAVY TECHNICAL REPRESENTATIVE (NTR)

The COR for this contract will be identified at the time of award of the contract. The NTR will be designated upon issuance of individual task orders, as appropriate.  A Contracting Officer's Representative (COR) and Navy Technical Representative (NTR) are NOT a Contracting or Ordering Officer and DO NOT have authority to take any action, either directly or indirectly, that would change the pricing, quantity, quality, place of performance, delivery schedule, or any other terms and conditions of the contract (or task order), or to direct the accomplishment of effort which goes beyond the scope of the Statement of Work in the contract (or task order). The COR is technically responsible for monitoring of contractor performance and is the sole technical point of contact for the contract. However, a Navy Technical Representative (NTR) may be assigned to assist the COR in executing inspection and monitoring duties wherein the surveillance and monitoring burden of the contract is significant. The Contracting Officer may also appoint, in writing, an alternate COR to perform the responsibilities and functions of the absent COR.

G-8      TECHNICAL DIRECTION

As provided by the above paragraph, performance of work under this contract is subject to the written technical direction of the Contracting Officer's Representative (COR) and Navy Technical Representative (NTR), who shall be specifically appointed by the Contracting Officer in writing. "Technical Direction" means a directive to the Contractor that approves approaches, solutions, designs, or refinements; fills in details or otherwise completes the general description of the work or documentation items; shifts emphasis among work areas or tasks; or furnishes similar instructions to the Contractor. Technical direction includes requiring studies and pursuit of certain lines of inquiry regarding matters within the general tasks and requirements in the Statement of Work of the task order. The

COR and NTR do not have the authority to, and shall not, issue any instruction purporting to be technical direction which:

(1) Constitutes an assignment of additional work outside the Statement of Work;

(2) Constitutes a change as defined in the Changes Clause;

(3) In any manner causes an increase or decrease in the total estimated cost

(4) Changes any of the expressed terms, conditions, or specifications of the task order;

(5) Interferes with the Contractor's rights to perform the terms and conditions of the order, or;

(6) Authorizes the Contractor to incur costs in excess of the estimated cost or other limitations on costs set forth in this contract. All technical direction shall be issued in writing by the COR, NTR, or Contracting Officer. When, in the opinion of the contractor, the COR, NTR, or any other Government official other than the Contracting Officer, requests effort outside the existing scope of the contract (or task order), the contractor shall promptly notify the Contracting Officer in writing. No action shall be taken by the contractor under such direction until the Contracting Officer has issued a modification to the contract (or task order) or has otherwise resolved the issue.

G-9      Deleted

G-12     TRAVEL COSTS

Performance under this contract may require travel by contractor personnel. Personnel travel shall be negotiated at the task order level as needed. If travel is required, the contractor is responsible for making all needed arrangements for personnel. This may include medical examinations and security clearances. For cost reimbursement task orders, the Government will reimburse the contractor for allowable travel costs incurred by the contractor in performance of the contract as follows:

(1) Air. The contractor shall be reimbursed for the actual cost of air transportation provided that such costs are the lowest customary standard, coach or equivalent, airfare offered during normal business hours unless higher fares are justified in accordance with FAR 31.205-46(d).

(2) Privately Owned Conveyance. Reimbursement for the use of privately owned conveyance by the contractor's personnel will be at the rate in effect at time of travel under the Joint Travel Regulations and will include all necessary tolls when such travel is necessary for performance under this contract.

(3) Auto Rental. Reimbursement of the use of rental cars (most economical class available consistent with the need) by the contractor's personnel will be actual cost.

(4) Other Public Transportation. The use of other public transportation by the contractor's personnel will be reimbursed at actual cost.

(5) Personnel in Travel Status. Official travel status is defined as travel necessary in performance of the task order and shall be reimbursed under the applicable task order. However, such reimbursement shall not exceed eight labor hours per individual while in travel status during one calendar day. Travel outside regular duty hours shall not be reimbursed except when it involves the performance of work while traveling and is carried out under arduous conditions or results from an event that could not be scheduled or controlled administratively by either the contractor or Government.

(6) Per Diem. Expenses for subsistence and lodging shall be reimbursed to the contractor only to the extent where overnight stay is necessary and authorized by the delivery order for performance under this contract. Incurred costs shall be considered to be reasonable and allowable only to the extent that they do not exceed, on a daily basis, the maximum per diem rates in effect at the time of travel set forth in the Federal Travel Regulations, Joint Travel Regulations and Standardized Regulations set forth in FAR 31.105-46(a)(2).

(7) Military Air. Contractor personnel are authorized to utilize Military Air transportation at the direction of the Contracting Officer.

(8) If performance extends more than 180 days, the contractor personnel will be subject to reduced per diem/lodging rates. The contractor shall be expected to use prudent business judgment. The following travel shall not be reimbursed hereunder.

(a) travel performed for personal convenience; and

(b) daily travel to and from work at the designated work site.

H-2     <u>PROPOSAL PREPARATION COSTS</u>

The costs for preparation of cost proposals and technical proposals and for various administrative costs applicable to all contract task orders will not be allowed as a direct charge under this contract.  Additionally, the Government will not issue a separate task order for overall Program Management.  Program Management should be captured and charged under individual task orders.  The Contractor shall not assume that all the Program Management Key Personnel listed in the PWS will be budgeted for each task order.  The locations, quantities, and frequency of the work cannot be predetermined and may vary throughout the course of the contract.

N62470 13 D 6020

Page 31 of 48

H 5     HOLIDAYS

All or a portion of the effort under this contract will be performed on a Government installation. Listed below are the holidays observed by the Federal Government. The Contractor will not be allowed to work on the Government installation on these days, without approval of the contracting officer.

NAME OF HOLIDAY TIME OF OBSERVANCE

| New Year's Day | 1 January |
|---|---|
| Martin Luther King, Jr. Day | Third Monday in January |
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | 4 July |
| Labor Day First | First Monday in September |
| Columbus Day | Second Monday in October |
| Veteran's Day | 11 November |
| Thanksgiving Day | Fourth Thursday in November |
| Christmas Day | 25 December |

In the event any of the above holidays occur on a Saturday or a Sunday, then such holiday shall be observed by the Contractor in accordance with the practice as observed by the assigned Government employees at the using activity. If the contractor is prevented from performance as the result of an Executive Order or an administrative leave determination applying to the using activity, such time may be charged to the contract as direct cost provided such charges are consistent with the contractor's accounting practices.

H-6     NOTICE OF CONSTRUCTIVE CHANGES

No order, statement or direction of the Contracting Officer, the authorized representative of the Contracting Officer whether or not acting within the limits of his authority, or any other representative of the Government, shall constitute a change under the "Changes" clause of this contract or entitle the Contractor to an equitable adjustment of the contract price or delivery schedule, unless such change is issued in writing and signed by the Contracting Officer.

No representative of the Contracting Officer shall be authorized to issue a written change order under the "Changes" clause of this contract. The Contractor shall be under no obligation to comply with any orders or directions not issued in writing and signed by the Contracting Officer.

H-8     Deleted

H-9     GOVERNMENT FURNISHED PROPERTY

The Government may furnish to the contractor, for use in connection with this contract, various property to be identified on the individual task orders. Each task order, as applicable, will identify the property, quantity, original acquisition value, and place of delivery.

H-10     SECURITY WARNING

The contract, or the performance thereof, may involve access to information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C. Sections 793 and 794. Transmitting or revealing classified contents, or classified matter to which access may be had, in any manner to an unauthorized person is prohibited by law.
NOTE: The prospective contractor's attention is particularly invited to the clause entitled "Military Security Requirements."

H-11     REQUIRED INSURANCE
Within fifteen (15) days after award of this contract, the Contractor shall furnish the Contracting Officer a Certificate of Insurance as evidence of the existence of the following insurance coverage in amounts not less than the amount specified below in accordance with the FAR 52.228-05, "INSURANCE-WORK ON A GOVERNMENT INSTALLATION (JAN 1997)" clause, Section I. This insurance must be maintained during the entire performance period.

1. Comprehensive General Liability: $500,000 coverage
2. Automobile Liability: $200,000 per person; $500,000 per occurrence for bodily injury; $20,000 per occurrence for property damage.
3. Workmen's Compensation: As required by Federal and State Workers' compensation and occupational disease statutes.
4. Employer's Liability Coverage: $100,000, except in states where workers' compensation may not be written by private carriers.
5. Other as required by state law.

Above insurance coverage are to extend to Contractor personnel operating Government owned equipment and vehicles. The Certificate of Insurance shall provide for thirty (30) days written notice to the Contracting Officer by the insurance company prior to cancellation or material change in policy coverage. Other requirements and information are contained in the aforementioned "Insurance" clause.

H-12     SECTIONS INCORPORATED BY REFERENCE

Sections K, L and M, as completed by the contractor, will be incorporated by reference into contracts resulting from this solicitation. All representations made by the contractor in its offer are binding until completion of this contract. Sections K, L and M are not physically included in contract award in accordance with FAR 15.204-1 as a means of reducing paperwork. Copies of sections K, L and/or M will be retained in the contract file.

H-13     DFARS 228.102-1(4)(a) PERFORMANCE AND PAYMENT BONDS FOR CONSTRUCTION CONTRACTS

The requirement for performance and payment bonds is waived for cost reimbursement contracts. However, for cost type contracts with fixed-price construction subcontracts over $30,000, require the prime contractor to obtain from each of its construction subcontractors

(i) a payment bond in favor of the prime contractor sufficient to pay labor and material costs; and
(ii) A performance bond in an equal amount, if available at no additional cost.

H-14    SECURITY REQUIREMENTS

The company awarded this contract must be eligible for a secret facility clearance. If security clearances are a requirement for a specific tasking, it will be annotated on the task order.

H-15    PROJECT LABOR AGREEMENTS

If a project is deemed suitable for a project labor agreement, the Government may include the provision 52.222-33, Notice of Requirement for Project Labor Agreement and the clause 52.222-34, Project Labor agreement in a request for task order proposal.


CLAUSES INCORPORATED BY FULL TEXT


5252.223-9301  WILDLIFE PRESERVATION (Jun 1994)

(Insert name of activity) is a designated (insert description of designation). Before commencing work which may disturb wildlife, the Contractor shall obtain all necessary state, local and federal permits. Following is a list of applicable restrictions: WILL BE COMPLETED AS APPLICABLE AT THE TASK ORDER LEVEL

Section I - Contract Clauses

<u>52.232-99 DEVIATION</u>
FAR clause 52.232-99, Providing Accelerated Payment to Small Business Subcontractors (DEVIATION) is hereby added to the solicitation per policy memorandum M-12-16 (July 11, 2012) and implemented August 15, 2012

PROVIDING ACCELERATED PAYMENT TO SMALL BUSINESS SUBCONTRATCORS (DEVIATION 2012-O0014) (August 2012)

This clause implements the temporary policy provided by OMB Policy Memorandum M-12-16, Providing Prompt Payment to Small Business Subcontractors, dated July 11, 2012.

    a.   Upon receipt of accelerated payments from the Government, the contractor is required to make accelerated payments to small business subcontractors to the maximum extent practicable after receipt of a proper invoice and all proper documentation from the small business contractor.

    b.   Include the substance of this clause, including this paragraph (b), in all subcontracts with small business concerns.

The acceleration of payments under this clause does not provide any new rights under the Prompt Payment Act.

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JAN 2012 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | SEP 2006 |
| 52.203-7 | Anti-Kickback Procedures | OCT 2010 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | OCT 2010 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | APR 2010 |
| 52.203-15 | Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 | JUN 2010 |
| 52.204-2 Alt II | Security Requirements (Aug 1996) - Alternate II | APR 1984 |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper | MAY 2011 |
| 52.204-7 | Central Contractor Registration | FEB 2012 |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | JAN 2011 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | FEB 2012 |
| 52.204-11 | American Recovery and Reinvestment Act--Reporting Requirements | JUL 2010 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | DEC 2010 |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters | FEB 2012 |
| 52.210-1 | Market Research | APR 2011 |

| 52.210-1 | Market Research | APR 2011 |
|---|---|---|
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-10 | Commencement, Prosecution, and Completion of Work | APR 1984 |
| 52.211-13 | Time Extensions | SEP 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | APR 2008 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.215-2 | Audit and Records--Negotiation | OCT 2010 |
| 52.215-2 Alt I | Audit and Records--Negotiation (Oct 2010) Alternate I | MAR 2009 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-10 | Price Reduction for Defective Certified Cost or Pricing Data | AUG 2011 |
| 52.215-12 | Subcontractor Certified Cost or Pricing Data | OCT 2010 |
| 52.215-15 | Pension Adjustments and Asset Reversions | OCT 2010 |
| 52.215-17 | Waiver of Facilities Capital Cost of Money | OCT 1997 |
| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other than Pensions | JUL 2005 |
| 52.215-21 | Requirements for Certified Cost or Pricing Data or Information Other Than Certified Cost or Pricing Data--Modifications | OCT 2010 |
| 52.215-23 Alt I | Limitations on Pass-Through Charges | OCT 2009 |
| 52.219-8 | Utilization of Small Business Concerns | JAN 2011 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (JAN 2011) Alternate I | OCT 2001 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.219-28 | Post-Award Small Business Program Rerepresentation | APR 2012 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 |
| 52.222-6 | Davis Bacon Act | JUL 2005 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | JUN 2010 |
| 52.222-9 | Apprentices and Trainees | JUL 2005 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | JUL 2005 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-16 | Approval of Wage Rates | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | MAR 2007 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-29 | Notification Of Visa Denial | JUN 2003 |
| 52.222-30 | Davis-Bacon Act--Price Adjustment (None or Separately Specified Method) | DEC 2001 |
| 52.222-35 | Equal Opportunity for Veterans | SEP 2010 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | OCT 2010 |
| 52.222-37 | Employment Reports on Veterans | SEP 2010 |
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act | DEC 2010 |
| 52.222-42 | Statement Of Equivalent Rates For Federal Hires | MAY 1989 |
| 52.222-50 | Combating Trafficking in Persons | FEB 2009 |
| 52.222-54 | Employment Eligibility Verification | JAN 2009 |
| 52.223-3 | Hazardous Material Identification And Material Safety Data | JAN 1997 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | MAY 2011 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |

| 52.223-10 | Waste Reduction Program | MAY 2011 |
| 52.223-11 | Ozone-Depleting Substances | MAY 2001 |
| 52.223-12 | Refrigeration Equipment and Air Conditioners | MAY 1995 |
| 52.223-15 | Energy Efficiency in Energy-Consuming Products | DEC 2007 |
| 52.223-17 | Affirmative Procurement of EPA-Designated Items in Service and Construction Contracts | MAY 2008 |
| 52.223-18 | Encouraging Contractor Policies To Ban Text Messaging While Driving | AUG 2011 |
| 52.225-9 | Buy American Act--Construction Materials | SEP 2010 |
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | NOV 2011 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUN 2008 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |
| 52.225-21 | Required Use of American Iron, Steel, and Manufactured Goods--Buy American Act--Construction Materials | OCT 2010 |
| 52.225-23 | Required Use of American Iron, Steel, and Manufactured Goods--Buy American Act--Construction Materials Under Trade Agreements | NOV 2011 |
| 52.227-1 | Authorization and Consent | DEC 2007 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | DEC 2007 |
| 52.227-4 | Patent Indemnity-Construction Contracts | DEC 2007 |
| 52.227-14 | Rights in Data--General | DEC 2007 |
| 52.227-17 | Rights In Data-Special Works | DEC 2007 |
| 52.228-2 | Additional Bond Security | OCT 1997 |
| 52.228-3 | Worker's Compensation Insurance (Defense Base Act) | APR 1984 |
| 52.228-4 | Workers' Compensation and War-Hazard Insurance Overseas | APR 1984 |
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.228-11 | Pledges Of Assets | JAN 2012 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | OCT 1995 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | OCT 2010 |
| 52.229-2 | North Carolina State and Local Sales and Use Tax | APR 1984 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.229-6 | Taxes--Foreign Fixed-Price Contracts | JUN 2003 |
| 52.230-2 | Cost Accounting Standards | OCT 2010 |
| 52.230-6 | Administration of Cost Accounting Standards | JUN 2010 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-17 | Interest | OCT 2010 |
| 52.232-20 | Limitation Of Cost | APR 1984 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) -  Alternate I | APR 1984 |
| 52.232-25 | Prompt Payment | OCT 2008 |
| 52.232-27 | Prompt Payment for Construction Contracts | OCT 2008 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.232-36 | Payment by Third Party | FEB 2010 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-1 Alt I | Disputes (Jul 2002) -  Alternate I | DEC 1991 |
| 52.233-3 Alt I | Protest After Award (Aug 1996) -  Alternate I | JUN 1985 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-4 | Physical Data | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |

| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-14 | Availability and Use of Utility Services | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-18 | Work Oversight in Cost-Reimbursement Construction Contracts | APR 1984 |
| 52.236-19 | Organization and Direction of the Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-25 | Requirements for Registration of Designers | JUN 2003 |
| 52.237-2 | Protection Of Government Buildings, Equipment, And Vegetation | APR 1984 |
| 52.242-1 | Notice of Intent to Disallow Costs | APR 1984 |
| 52.242-3 | Penalties for Unallowable Costs | MAY 2001 |
| 52.242-4 | Certification of Final Indirect Costs | JAN 1997 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-1 | Changes--Fixed Price | AUG 1987 |
| 52.243-2 | Changes--Cost-Reimbursement | AUG 1987 |
| 52.243-2 Alt III | Changes--Cost-Reimbursement (Aug 1987) -  Alternate III | APR 1984 |
| 52.243-4 | Changes | JUN 2007 |
| 52.243-6 | Change Order Accounting | APR 1984 |
| 52.243-7 | Notification Of Changes | APR 1984 |
| 52.244-2 | Subcontracts | OCT 2010 |
| 52.244-2 Alt I | Subcontracts (Oct 2010) -  Alternate I | JUN 2007 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 | Subcontracts for Commercial Items | DEC 2010 |
| 52.245-1 | Government Property | AUG 2010 |
| 52.245-9 | Use And Charges | AUG 2010 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.246-20 | Warranty Of Services | MAY 2001 |
| 52.246-21 | Warranty of Construction | MAR 1994 |
| 52.246-25 | Limitation Of Liability--Services | FEB 1997 |
| 52.247-1 | Commercial Bill Of Lading Notations | FEB 2006 |
| 52.247-63 | Preference For U.S. Flag Air Carriers | JUN 2003 |
| 52.247-64 | Preference for Privately Owned U.S. - Flag Commercial Vessels | FEB 2006 |
| 52.248-1 | Value Engineering | OCT 2010 |
| 52.248-3 | Value Engineering-Construction | OCT 2010 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | APR 2012 |
| 52.249-6 | Termination (Cost Reimbursement) | MAY 2004 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.249-14 | Excusable Delays | APR 1984 |
| 52.251-1 | Government Supply Sources | AUG 2010 |
| 52.252-6 | Authorized Deviations In Clauses | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |

| 252.203-7000 | Requirements Relating to Compensation of Former DoD Officials | SEP 2011 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2008 |
| 252.203-7002 | Requirement to Inform Employees of Whistleblower Rights | JAN 2009 |
| 252.203-7003 | Agency Office of the Inspector General | APR 2012 |
| 252.203-7004 | Display of Fraud Hotline Poster | SEP 2011 |
| 252.204-7000 | Disclosure Of Information | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | DEC 2006 |
| 252.215-7000 | Pricing Adjustments | DEC 1991 |
| 252.215-7002 | Cost Estimating System Requirements | FEB 2012 |
| 252.216-7004 | Award Fee Reduction or Denial for Jeopardizing the Health or Safety of Government Personnel. | SEP 2011 |
| 252.216-7005 | Award Fee | FEB 2011 |
| 252.219-7003 | Small Business Subcontracting Plan (DOD Contracts) | SEP 2011 |
| 252.222-7002 | Compliance With Local Labor Laws (Overseas) | JUN 1997 |
| 252.222-7004 | Compliance With Spanish Social Security Laws and Regulations | JUN 1997 |
| 252.222-7006 | Restrictions on the Use of Mandatory Arbitration Agreements | DEC 2010 |
| 252.223-7001 | Hazard Warning Labels | DEC 1991 |
| 252.223-7002 | Safety Precautions For Ammunition And Explosives | MAY 1994 |
| 252.223-7003 | Changes In Place Of Performance--Ammunition And Explosives | DEC 1991 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.223-7006 | Prohibition On Storage And Disposal Of Toxic And Hazardous Materials | APR 2012 |
| 252.223-7008 | Prohibition of Hexavalent Chromium | MAY 2011 |
| 252.225-7001 | Buy American Act And Balance Of Payments Program | OCT 2011 |
| 252.225-7002 | Qualifying Country Sources As Subcontractors | JUN 2012 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2012 |
| 252.225-7013 | Duty-Free Entry | DEC 2009 |
| 252.225-7017 | Photovoltaic Devices | JUN 2012 |
| 252.225-7021 | Trade Agreements | JUN 2012 |
| 252.225-7030 | Restriction On Acquisition Of Carbon, Alloy, And Armor Steel Plate | DEC 2006 |
| 252.225-7043 | Antiterrorism/Force Protection Policy for Defense Contractors Outside the United States | MAR 2006 |
| 252.225-7045 | Balance of Payments Program--Construction Material Under Trade Agreements | MAY 2012 |
| 252.226-7001 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns | SEP 2004 |
| 252.227-7013 | Rights in Technical Data--Noncommercial Items | FEB 2012 |
| 252.227-7016 | Rights in Bid or Proposal Information | JAN 2011 |
| 252.227-7022 | Government Rights (Unlimited) | MAR 1979 |
| 252.227-7023 | Drawings and Other Data to become Property of Government | MAR 1979 |
| 252.227-7025 | Limitations on the Use or Disclosure of Government-Furnished Information Marked with Restrictive Legends | MAR 2011 |
| 252.227-7030 | Technical Data--Withholding Of Payment | MAR 2000 |
| 252.227-7033 | Rights in Shop Drawings | APR 1966 |
| 252.227-7037 | Validation of Restrictive Markings on Technical Data | APR 2012 |
| 252.227-7039 | Patents--Reporting Of Subject Inventions | APR 1990 |

| 252.228-7006 | Compliance With Spanish Laws and Insurance | DEC 1998 |
| 252.229-7002 | Customs Exemptions (Germany) | JUN 1997 |
| 252.229-7003 | Tax Exemptions (Italy) | MAR 2012 |
| 252.229-7004 | Status of Contractors as a Direct Contractor (Spain) | JUN 1997 |
| 252.229-7005 | Tax Exemptions (Spain) | MAR 2012 |
| 252.229-7006 | Value Added Tax Exclusion (United Kingdom) | DEC 2011 |
| 252.229-7007 | Verification of United States Receipt of Goods | JUN 1997 |
| 252.229-7008 | Relief From Import Duty (United Kingdom) | DEC 2011 |
| 252.231-7000 | Supplemental Cost Principles | DEC 1991 |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports | JUN 2012 |
| 252.232-7005 | Reimbursement Of Subcontractor Advance Payments--DOD Pilot Mentor--Protege Program | SEP 2001 |
| 252.232-7008 | Assignment of Claims (Overseas) | JUN 1997 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |
| 252.232-7011 | Payments in Support of Emergencies and Contingency Operations | JUL 2010 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7001 | Contract Drawings, and Specifications | AUG 2000 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7005 | Airfield Safety Precautions | DEC 1991 |
| 252.236-7012 | Military Construction on Kwajalein Atoll--Evaluation Preference | MAR 1998 |
| 252.242-7004 | Material Management And Accounting System | MAY 2011 |
| 252.242-7005 | Contractor Business Systems | FEB 2012 |
| 252.242-7006 | Accounting System Administration | FEB 2012 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | JUN 2012 |
| 252.245-7002 | Reporting Loss of Government Property | APR 2012 |
| 252.245-7003 | Contractor Property Management System Administration | APR 2012 |
| 252.245-7004 | Reporting, Reutilization, and Disposal | APR 2012 |
| 252.246-7002 | Warranty of Construction (Germany) | JUN 1997 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |
| 252.251-7000 | Ordering From Government Supply Sources | NOV 2004 |
| 5252.232-9301 | INVOICING PROCEDURES ELECTRONIC | NOV 2009 |
| 5252.236-9301 | SPECIAL WORKING CONDITIONS AND ENTRY TO WORK AREA | OCT 2004 |
| 5252.236-9301 | SPECIAL WORKING CONDITIONS AND ENTRY TO WORK AREA | OCT 2004 |
| 5252.236-9303 | Accident Prevention | NOV 1998 |
| 5252.236-9304 | Utilities for Construction and Testing | JUN 1994 |
| 5252.236-9310 | Record Drawings | OCT 2004 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-12   LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of * for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

* AMOUNT WILL BE ESTABLISHED AT THE TASK ORDER LEVEL AS APPLICABLE AND NECESSARY

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.215-19     NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

(a) The Contractor shall make the following notifications in writing:

(1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.

(2) The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

(b) The Contractor shall--

(1) Maintain current, accurate, and complete inventory records of assets and their costs;

(2) Provide the ACO or designated representative ready access to the records upon request;

(3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

(4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.216-7     ALLOWABLE COST AND PAYMENT (JUN 2011)

(a) Invoicing.

(1) The Government will make payments to the Contractor when requested as work progresses, but (except for small business concerns) not more often than once every 2 weeks, in amounts determined to be allowable by the Contracting Officer in accordance with Federal Acquisition Regulation (FAR) subpart 31.2 in effect on the date of this contract and the terms of this contract. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost for performing this contract.

(2) Contract financing payments are not subject to the interest penalty provisions of the Prompt Payment Act. Interim payments made prior to the final payment under the contract are contract financing payments, except interim payments if this contract contains Alternate I to the clause at 52.232-25.

(3) The designated payment office will make interim payments for contract financing on the 30th day after the designated billing office receives a proper payment request.

In the event that the Government requires an audit or other review of a specific payment request to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the specified due date.

(b) Reimbursing costs. (1) For the purpose of reimbursing allowable costs (except as provided in subparagraph (b)(2) of the clause, with respect to pension, deferred profit sharing, and employee stock ownership plan contributions), the term "costs" includes only--

(i) Those recorded costs that, at the time of the request for reimbursement, the Contractor has paid by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(ii) When the Contractor is not delinquent in paying costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for--

(A) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made--

(1) In accordance with the terms and conditions of a subcontract or invoice; and

(2) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

(B) Materials issued from the Contractor's inventory and placed in the production process for use on the contract;

(C) Direct labor;

(D) Direct travel;

(E) Other direct in-house costs; and

(F) Properly allocable and allowable indirect costs, as shown in the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(iii) The amount of financing payments that have been paid by cash, check, or other forms of payment to subcontractors.

(2) Accrued costs of Contractor contributions under employee pension plans shall be excluded until actually paid unless--

(i) The Contractor's practice is to make contributions to the retirement fund quarterly or more frequently; and

(ii) The contribution does not remain unpaid 30 days after the end of the applicable quarter or shorter payment period (any contribution remaining unpaid shall be excluded from the Contractor's indirect costs for payment purposes).

(3) Notwithstanding the audit and adjustment of invoices or vouchers under paragraph (g) of this clause, allowable indirect costs under this contract shall be obtained by applying indirect cost rates established in accordance with paragraph (d) of this clause.

(4) Any statements in specifications or other documents incorporated in this contract by reference designating performance of services or furnishing of materials at the Contractor's expense or at no cost to the Government shall be disregarded for purposes of cost-reimbursement under this clause.

(c) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(d) Final indirect cost rates. (1) Final annual indirect cost rates and the appropriate bases shall be established in accordance with Subpart 42.7 of the Federal Acquisition Regulation (FAR) in effect for the period covered by the indirect cost rate proposal.

(2)(i) The Contractor shall submit an adequate final indirect cost rate proposal to the Contracting Officer (or cognizant Federal agency official) and auditor within the 6-month period following the expiration of each of its fiscal years. Reasonable extensions, for exceptional circumstances only, may be requested in writing by the Contractor and granted in writing by the Contracting Officer. The Contractor shall support its proposal with adequate supporting data.

(ii) The proposed rates shall be based on the Contractor's actual cost experience for that period. The appropriate Government representative and the Contractor shall establish the final indirect cost rates as promptly as practical after receipt of the Contractor's proposal.

(iii) An adequate indirect cost rate proposal shall include the following data unless otherwise specified by the cognizant Federal agency official:

(A) Summary of all claimed indirect expense rates, including pool, base, and calculated indirect rate.

(B) General and Administrative expenses (final indirect cost pool). Schedule of claimed expenses by element of cost as identified in accounting records (Chart of Accounts).

(C) Overhead expenses (final indirect cost pool). Schedule of claimed expenses by element of cost as identified in accounting records (Chart of Accounts) for each final indirect cost pool.

(D) Occupancy expenses (intermediate indirect cost pool). Schedule of claimed expenses by element of cost as identified in accounting records (Chart of Accounts) and expense reallocation to final indirect cost pools.

(E) Claimed allocation bases, by element of cost, used to distribute indirect costs.

(F) Facilities capital cost of money factors computation.

(G) Reconciliation of books of account (i.e., General Ledger) and claimed direct costs by major cost element.

(H) Schedule of direct costs by contract and subcontract and indirect expense applied at claimed rates, as well as a subsidiary schedule of Government participation percentages in each of the allocation base amounts.

(I) Schedule of cumulative direct and indirect costs claimed and billed by contract and subcontract.

(J) Subcontract information. Listing of subcontracts awarded to companies for which the contractor is the prime or upper-tier contractor (include prime and subcontract numbers; subcontract value and award type; amount claimed during the fiscal year; and the subcontractor name, address, and point of contact information).

(K) Summary of each time-and-materials and labor-hour contract information, including labor ategories, labor rates, hours, and amounts; direct materials; other direct costs; and, indirect expense applied at claimed rates.

(L) Reconciliation of total payroll per IRS form 941 to total labor costs distribution.

(M) Listing of decisions/agreements/approvals and description of accounting/organizational changes.

(N) Certificate of final indirect costs (see 52.242-4,
Certification of Final Indirect Costs).

(O) Contract closing information for contracts physically completed in this fiscal year (include contract number, period of performance, contract ceiling amounts, contract fee computations, level of effort, and indicate if the contract is ready to close).

(iv) The following supplemental information is not required to determine if a proposal is adequate, but may be required during the audit process:

(A) Comparative analysis of indirect expense pools detailed by account to prior fiscal year and budgetary data.

(B) General Organizational information and Executive compensation for the five most highly compensated executives. See 31.205-6(p). Additional salary reference information is available at http://www.whitehouse.gov/omb/procurement_index_exec_comp/.

(C) Identification of prime contracts under which the contractor performs as a subcontractor.

(D) Description of accounting system (excludes contractors required to submit a CAS Disclosure Statement or contractors where the description of the accounting system has not changed from the previous year's submission).

(E) Procedures for identifying and excluding unallowable costs from the costs claimed and billed (excludes contractors where the procedures have not changed from the previous year's submission).

(F) Certified financial statements and other financial data (e.g., trial balance, compilation, review, etc.).

(G) Management letter from outside CPAs concerning any internal control weaknesses.

(H) Actions that have been and/or will be implemented to correct the weaknesses described in the management letter from subparagraph G) of this section.

(I) List of all internal audit reports issued since the last disclosure of internal audit reports to the Government.

(J) Annual internal audit plan of scheduled audits to be performed in the fiscal year when the final indirect cost rate submission is made.

(K) Federal and State income tax returns.

(L) Securities and Exchange Commission 10-K annual report.

(M) Minutes from board of directors meetings.

(N) Listing of delay claims and termination claims submitted which contain costs relating to the subject fiscal year.

(O) Contract briefings, which generally include a synopsis of all pertinent contract provisions, such as: Contract type, contract amount, product or service(s) to be provided, contract performance period, rate ceilings, advance approval requirements, pre-contract cost allowability limitations, and billing limitations.

(v) The Contractor shall update the billings on all contracts to reflect the final settled rates and update the schedule of cumulative direct and indirect costs claimed and billed, as required in paragraph (d)(2)(iii)(I) of this section, within 60 days after settlement of final indirect cost rates.

(3) The Contractor and the appropriate Government representative shall execute a written understanding setting forth the final indirect cost rates. The understanding shall specify (i) the agreed-upon final annual indirect cost rates, (ii) the bases to which the rates apply, (iii) the periods for which the rates apply, (iv) any specific indirect cost items treated as direct costs in the settlement, and (v) the affected contract and/or subcontract, identifying any with advance agreements or special terms and the applicable rates. The understanding shall not change any monetary ceiling, contract obligation, or specific cost allowance or disallowance provided for in this contract. The understanding is incorporated into this contract upon execution.

(4) Failure by the parties to agree on a final annual indirect cost rate shall be a dispute within the meaning of the Disputes clause.

(5) Within 120 days (or longer period if approved in writing by the Contracting Officer) after settlement of the final annual indirect cost rates for all years of a physically complete contract, the Contractor shall submit a completion invoice or voucher to reflect the settled amounts and rates. The completion invoice or voucher shall include settled subcontract amounts and rates. The prime contractor is responsible for settling subcontractor amounts and rates included in the completion invoice or voucher and providing status of subcontractor audits to the contracting officer upon request.

(6)(i) If the Contractor fails to submit a completion invoice or voucher within the time specified in paragraph (d)(5) of this clause, the Contracting Officer may--

(A) Determine the amounts due to the Contractor under the contract; and

(B) Record this determination in a unilateral modification to the contract.

(ii) This determination constitutes the final decision of the Contracting Officer in accordance with the Disputes clause.

(e) Billing rates. Until final annual indirect cost rates are established for any period, the Government shall reimburse the Contractor at billing rates established by the Contracting Officer or by an authorized representative (the cognizant auditor), subject to adjustment when the final rates are established. These billing rates--

(1) Shall be the anticipated final rates; and

(2) May be prospectively or retroactively revised by mutual agreement, at either party's request, to prevent substantial overpayment or underpayment.

(f) Quick-closeout procedures. Quick-closeout procedures are applicable when the conditions in FAR 42.708(a) are satisfied.

(g) Audit. At any time or times before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of cost audited. Any payment may be (1) Reduced by amounts found by the Contracting Officer not to constitute allowable costs or (2) Adjusted for prior overpayments or underpayments.

(h) Final payment. (1) Upon approval of a completion invoice or voucher submitted by the Contractor in accordance with paragraph (d)(4) of this clause, and upon the Contractor's compliance with all terms of this contract, the Government shall promptly pay any balance of allowable costs and that part of the fee (if any) not previously paid.

(2) The Contractor shall pay to the Government any refunds, rebates, credits, or other amounts (including interest, if any) accruing to or received by the Contractor or any assignee under this contract, to the extent that those amounts are properly allocable to costs for which the Contractor has been reimbursed by the Government. Reasonable expenses incurred by the Contractor for securing refunds, rebates, credits, or other amounts shall be allowable costs if approved by the Contracting Officer. Before final payment under this contract, the Contractor and each assignee whose assignment is in effect at the time of final payment shall execute and deliver--

(i) An assignment to the Government, in form and substance satisfactory to the Contracting Officer, of refunds, rebates, credits, or other amounts (including interest, if any) properly allocable to costs for which the Contractor has been reimbursed by the Government under this contract; and

(ii) A release discharging the Government, its officers, agents, and employees from all liabilities, obligations, and claims arising out of or under this contract, except--

(A) Specified claims stated in exact amounts, or in estimated amounts when the exact amounts are not known;

(B) Claims (including reasonable incidental expenses) based upon liabilities of the Contractor to third parties arising out of the performance of this contract; provided, that the claims are not known to the Contractor on the date of the execution of the release, and that the Contractor gives notice of the claims in writing to the Contracting Officer within 6 years following the release date or notice of final payment date, whichever is earlier; and

(C) Claims for reimbursement of costs, including reasonable incidental expenses, incurred by the Contractor under the patent clauses of this contract, excluding, however, any expenses arising from the Contractor's indemnification of the Government against patent liability.

(End of clause)

52.216-7   ALLOWABLE COST AND PAYMENT (DEC 2002) -- ALTERNATE I (FEB 1997)

(a) Invoicing.

(1) The Government will make payments to the Contractor when requested as work progresses, but (except for small business concerns) not more often than once every 2 weeks, in amounts determined to be allowable by the Contracting Officer in accordance with Federal Acquisition Regulation (FAR) Subpart 31.2 in effect on the date of this contract and the terms of this contract. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost for performing this contract.

(2) Contract financing payments are not subject to the interest penalty provisions of the Prompt Payment Act. Interim payments made prior to the final payment under the contract are contract financing payments, except interim payments if this contract contains Alternate I to the clause at 52.232-25. (3) The designated payment office will make interim payments for contract financing on the 30th day after the designated billing office receives a proper payment request. In the event that the Government requires an audit or other review of a specific payment request to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the specified due date.

(b) Reimbursing costs.

(1) For the purpose of reimbursing allowable costs (except as provided in paragraph (b)(2) of this clause, with respect to pension, deferred profit sharing, and employee stock ownership plan contributions), the term "costs" includes only-

(i) Those recorded costs that, at the time of the request for reimbursement, the Contractor has paid by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(ii) When the Contractor is not delinquent in paying costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(A) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(1) In accordance with the terms and conditions of a subcontract or invoice; and

(2) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

(B) Materials issued from the Contractor's inventory and placed in the production process for use on the contract;

(C) Direct labor;

(D) Direct travel;

(E) Other direct in-house costs; and

(F) Properly allocable and allowable indirect costs, as shown in the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(iii) The amount of progress and other payments to the Contractor's subcontractors that either have been paid, or that the Contractor is required to pay pursuant to the clause of this contract entitled "Prompt Payment for Construction Contracts." Payments shall be made by cash, check, or other form of payment to the Contractor's subcontractors under similar cost standards.

(2) Accrued costs of Contractor contributions under employee pension plans shall be excluded until actually paid unless-

(i) The Contractor's practice is to make contributions to the retirement fund quarterly or more frequently; and

(ii) The contribution does not remain unpaid 30 days after the end of the applicable quarter or shorter payment period (any contribution remaining unpaid shall be excluded from the Contractor's indirect costs for payment purposes).

(3) Notwithstanding the audit and adjustment of invoices or vouchers under paragraph (g) of this clause, allowable indirect costs under this contract shall be obtained by applying indirect cost rates established in accordance with paragraph (d) of this clause.

(4) Any statements in specifications or other documents incorporated in this contract by reference designating performance of services or furnishing of materials at the Contractor's expense or at no cost to the Government shall be disregarded for purposes of cost-reimbursement under this clause.

(c) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(d) Final indirect cost rates.

(1) Final annual indirect cost rates and the appropriate bases shall be established in accordance with Subpart 42.7 of the Federal Acquisition Regulation (FAR) in effect for the period covered by the indirect cost rate proposal.

(2)(i) The Contractor shall submit an adequate final indirect cost rate proposal to the Contracting Officer (or cognizant Federal agency official) and auditor within the 6-month period following the expiration of each of its fiscal years. Reasonable extensions, for exceptional circumstances only, may be requested in writing by the Contractor and granted in writing by the Contracting Officer. The Contractor shall support its proposal with adequate supporting data.

(ii) The proposed rates shall be based on the Contractor's actual cost experience for that period. The appropriate Government representative and the Contractor shall establish the final indirect cost rates as promptly as practical after receipt of the Contractor's proposal.

(3) The Contractor and the appropriate Government representative shall execute a written understanding setting forth the final indirect cost rates. The understanding shall specify (i) the agreed-upon final annual indirect cost rates,

(ii) the bases to which the rates apply,

(iii) the periods for which the rates apply,

(iv) any specific indirect cost items treated as direct costs in the settlement, and

(v) the affected contract and/or subcontract, identifying any with advance agreements or special terms and the applicable rates. The understanding shall not change any monetary ceiling, contract obligation, or specific cost allowance or disallowance provided for in this contract. The understanding is incorporated into this contract upon execution.

(4) Failure by the parties to agree on a final annual indirect cost rate shall be a dispute within the meaning of the Disputes clause.

(5) Within 120 days (or longer period if approved in writing by the Contracting Officer) after settlement of the final annual indirect cost rates for all years of a physically complete contract, the Contractor shall submit a completion invoice or voucher to reflect the settled amounts and rates.

(6)(i) If the Contractor fails to submit a completion invoice or voucher within the time specified in paragraph (d)(5) of this clause, the Contracting Officer may-

(A) Determine the amounts due to the Contractor under the contract; and

(B) Record this determination in a unilateral modification to the contract.

(ii) This determination constitutes the final decision of the Contracting Officer in accordance with the Disputes clause.

(e) Billing rates. Until final annual indirect cost rates are established for any period, the Government shall reimburse the Contractor at billing rates established by the Contracting Officer or by an authorized representative (the cognizant auditor), subject to adjustment when the final rates are established. These billing rates-

(1) Shall be the anticipated final rates; and

(2) May be prospectively or retroactively revised by mutual agreement, at either party's request, to prevent substantial overpayment or underpayment.

(f) Quick-closeout procedures. Quick-closeout procedures are applicable when the conditions in FAR 42.708(a) are satisfied.

(g) Audit. At any time or times before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of cost audited. Any payment may be-

(1) Reduced by amounts found by the Contracting Officer not to constitute allowable costs; or

(2) Adjusted for prior overpayments or underpayments.

(h) Final payment.

(1) Upon approval of a completion invoice or voucher submitted by the Contractor in accordance with paragraph (d)(5) of this clause, and upon the Contractor's compliance with all terms of this contract, the Government shall promptly pay any balance of allowable costs and that part of the fee (if any) not previously paid.

(2) The Contractor shall pay to the Government any refunds, rebates, credits, or other amounts (including interest, if any) accruing to or received by the Contractor or any assignee under this contract, to the extent that those amounts are properly allocable to costs for which the Contractor has been reimbursed by the Government. Reasonable expenses incurred by the Contractor for securing refunds, rebates, credits, or other amounts shall be allowable costs if approved by the Contracting Officer. Before final payment under this contract, the Contractor and each assignee whose assignment is in effect at the time of final payment shall execute and deliver-

(i) An assignment to the Government, in form and substance satisfactory to the Contracting Officer, of refunds, rebates, credits, or other amounts (including interest, if any) properly allocable to costs for which the Contractor has been reimbursed by the Government under this contract; and

(ii) A release discharging the Government, its officers, agents, and employees from all liabilities, obligations, and claims arising out of or under this contract, except-

(A) Specified claims stated in exact amounts, or in estimated amounts when the exact amounts are not known;

(B) Claims (including reasonable incidental expenses) based upon liabilities of the Contractor to third parties arising out of the performance of this contract; provided, that the claims are not known to the Contractor on the date of the execution of the release, and that the Contractor gives notice of the claims in writing to the Contracting Officer within 6 years following the release date or notice of final payment date, whichever is earlier; and

(C) Claims for reimbursement of costs, including reasonable incidental expenses, incurred by the Contractor under the patent clauses of this contract, excluding, however, any expenses arising from the Contractor's indemnification of the Government against patent liability.

(End of clause)

(End of clause)

52.217-9    OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 15 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60months.
(End of clause)

52.222-2    PAYMENT FOR OVERTIME PREMIUMS (JUL 1990)

(a) The use of overtime is authorized under this contract if the overtime premium cost does not exceed          or the overtime premium is paid for work --

(1) Necessary to cope with emergencies such as those resulting from accidents, natural disasters, breakdowns of production equipment, or occasional production bottlenecks of a sporadic nature;

(2) By indirect-labor employees such as those performing duties in connection with administration, protection, transportation, maintenance, standby plant protection, operation of utilities, or accounting;

(3) To perform tests, industrial processes, laboratory procedures, loading or unloading of transportation conveyances, and operations in flight or afloat that are continuous in nature and cannot reasonably be interrupted or completed otherwise; or

(4) That will result in lower overall costs to the Government.

(b) Any request for estimated overtime premiums that exceeds the amount specified above shall include all estimated overtime for contract completion and shall--

(1) Identify the work unit; e.g., department or section in which the requested overtime will be used, together with present workload, staffing, and other data of the affected unit sufficient to permit the Contracting Officer to evaluate the necessity for the overtime;

(2) Demonstrate the effect that denial of the request will have on the contract delivery or performance schedule;

(3) Identify the extent to which approval of overtime would affect the performance or payments in connection with other Government contracts, together with identification of each affected contract; and

(4) Provide reasons why the required work cannot be performed by using multishift operations or by employing additional personnel.

* Insert either "zero" or the dollar amount agreed to during negotiations. The inserted figure does not apply to the exceptions in paragraph (a)(1) through (a)(4) of the clause.

(End of clause)

52.229-8    TAXES--FOREIGN COST-REIMBURSEMENT CONTRACTS (MAR 1990)

(a) Any tax or duty from which the United States Government is exempt by agreement with the Government of _____, or from which the Contractor or any subcontractor under this contract is exempt under the laws of _____, shall not constitute an allowable cost under this contract. TO BE SPECIFIED AS APPROPRIATE AT THE TASK ORDER LEVEL

(b) If the Contractor or subcontractor under this contract obtains a foreign tax credit that reduces its Federal income tax liability under the United States Internal Revenue Code (Title 26, U.S. Code) because of the payment of any tax or duty that was reimbursed under this contract, the amount of the reduction shall be paid or credited at the time of such offset to the Government of the United States as the Contracting Officer directs.

(End of clause)

(End of clause)

52.244-2    SUBCONTRACTS (OCT 2010)

(a) Definitions. As used in this clause--

Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(b) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (c) or (d) of this clause.

(c) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that—

(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or

(2) Is fixed-price and exceeds—

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

(d) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts:

**Cost Reimbursement, Time and Material, Labor-hour type**

(e)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (b), (c), or (d) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate certified cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting—

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason certified cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's certified cost or pricing data in determining
the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's certified cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.

(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination—

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

(g) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).

(h) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(i) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(j) Paragraphs (c) and (e) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:

_____

_____

(End of clause)

52.252-2     CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.amet.gov/far

(End of clause)

252.225-7041    CORRESPONDENCE IN ENGLISH (JUNE 1997)

The Contractor shall ensure that all contract correspondence that is addressed to the United States Government is submitted in English or with an English translation.

(End of clause)

252.247-7023    Transportation of Supplies by Sea (MAY 2002)

(a) Definitions.  As used in this clause --

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned  by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b)(1) The Contractor shall use U.S.-flag vessels when transporting any supplies by sea under this contract.

(2) A subcontractor transporting supplies by sea under this contract shall use U.S.-flag vessels if--

(i) This contract is a construction contract; or

(ii) The supplies being transported are--

(A) Noncommercial items; or

(B) Commercial items that--

(1) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it contracts for f.o.b. destination shipment);

(2) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(3) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(c) The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that --

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(d) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules.  The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract.  Requests shall contain at a minimum --

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag  vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted.  Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(e) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Maritime Administration, Office of Cargo Preference, U.S. Department of Transportation, 400 Seventh Street SW., Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information:

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(f) The Contractor shall provide with its final invoice under this contract a representation that to the best of its knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer.  The Contractor shall describe these shipments in the following format:

| ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL_____

(g) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract.  In the event there

has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(h) In the award of subcontracts for the types of supplies described in paragraph (b)(2) of this clause, the Contractor shall flow down the requirements of this clause as follows:

(1) The Contractor shall insert the substance of this clause, including this paragraph (h), in subcontracts that exceed the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(2) The Contractor shall insert the substance of paragraphs (a) through (e) of this clause, and this paragraph (h), in subcontracts that are at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(End of clause)

5252.228-9305  NOTICE OF BONDING REQUIREMENTS (DEC 2000)

Within * days of receipt of award, the bidder/offeror to whom the award is made shall furnish the following bond(s) each with satisfactory security:

*A Performance Bond (Standard Form 25).  The performance bond shall be in a penal sum equal to 100% percent of the contract price.
*A Payment Bond (Standard Form 25A).  The payment bond shall be in a penal sum equal to 100% of the contract price.

Any surety company holding a certificate of authority from the Secretary of Treasury as an acceptable Surety on Federal bonds will be accepted.  Individual sureties will be permitted as prescribed in FAR 28.203 and FAC 5252.228-9300.  Alternative types of security in lieu of furnishing sureties on performance and/or payment bonds will be permitted as prescribed in FAR 28.204, and will be held for at least one year after the completion of the contract.  Additional bond security may be required as prescribed in FAR 52.228-2.  Bonds shall be accompanied by a document authenticating the agent's authority to sign bonds for the surety company.

The contract time for purposes of fixing the completion date, default and liquidated damages shall begin to run    * days from the date of award, regardless of when performance and payment bonds or deposits in lieu of surety are executed. * FILL-INS TO BE COMPLETED AS NEEDED AT THE TASK ORDER LEVEL

5252.229-9304  TAX RELIEF (JUN 1994)

Price contained in the bids are exclusive of all taxes and duties which the U. S. Government is exempted from by virtue of any tax agreements between the U. S. Government and the Contractor's Government.  Relief from Italian taxes and duties for the Prime Contractor only is provided in accordance with an Agreement of 5 March 1952 between the Government of the United States of America and Italy.  The Contractor's obligation to pay the tax or duty is not removed by the Agreement; however, the Contractor may obtain relief from certain taxes and duty by contacting the Italian Ministry of Industry.  With reference to the value added tax (IVA) which became effective in Italy on 1 January 1973, Article 72 of the IVA implementing decree authorizes an exemption from the total accumulated amount of IVA tax on all goods supplied and services rendered to U. S. military commands, provided, however, that the United States of America shall not be liable for the interest on any such sums accruing to the Contractor under such agreement because of delay or failure on the part of the Italian Government to pay such refunds.

(b)  Use of AE 302 forms is hereby authorized.  The purpose of the AE 302 procedure is to obtain exemption from taxes and custom duties which the U. S. Government and Government of Italy have agreed shall not be applicable to defense purchases by or on behalf of the U. S. Forces in Italy. Signature on the AE 302 form by an authorized U. S. official only represents certification that the goods and materials imported into Italy are solely for the use of the U. S. Forces; this signature does not and is not intended to alter the other terms and conditions of this contract, including the terms concerning transfer of title of the goods and materials.  <u>USE OF THE AE 302 PROCEDURES</u> <u>SHALL NOT BE</u> <u>CAUSE TO ASSERT ANY CLAIM, INCLUDING DELAYS INCIDENT TO OBTAINING U. S. AUTHORIZED</u> <u>OFFICIALS TO CERTIFY THE AE 302 FOR EACH SHIPMENT.</u>  (End of Clause)

5252.232-9300        CONTRACTOR ACCOUNTING SYSTEM--SEGREGATION OF COSTS (JUN 1994)

The Contractor shall employ an accounting system for this contract to identify and record site specific costs on a site specific activity basis. Site specific cost documentation must be readily retrievable and sufficiently identifiable to enable cross-referencing with payment vouchers.

5252.245-9302, LIMITED ASSUMPTION OF RISK BY GOVERNMENT (JUN 1994)

a.  Title of all work in place shall be in the Government, and title to all property intended for incorporation in the work shall vest in the Government upon delivery thereof to the site of the work.  The term "Government-owned property" as used in this clause refers to such work in place and to such other property as to which title has vested in the Government and includes any property furnished or rented to the Contractor by the Government. Upon completion of the work, any such Government-owned property not a part of the work (except property rented to, or furnished without charge to the contractor by the Government) shall become the property of the Contractor.  The vesting of title in the Government, as provided in this paragraph, shall in no way relieve the Contractor of any obligations otherwise provided in this contract in respect to such Government-owned property except as expressly stated in paragraph (b) of this clause.

b.  The Contractor represents that the contract price does not include the cost of insurance, nor any provision for a reserve, covering the risk assumed by the Government under this paragraph.

The Government assumes the risk of loss or damage to such Government-owned property (including expenses incidental to such loss or damage) which results directly or indirectly from the explosion of Government-owned or controlled munitions (including, without limitations, ammunition, bombs, powder, dynamite and other explosives), whether or not caused by negligence, except that the Government does not assume at any time the risk of, and the Contractor shall be responsible for, such loss or damage (1) which is in fact covered by insurance or for which contractor is otherwise reimbursed, or (2) which results from disregard of proper instructions of the Contracting Officer, on the part of any of the Contractor's directors, officers or any other representatives having supervision or direction of all or  substantially all the Contractor's operations under this contract.

c.  In the event of loss or damage to Government-owned property resulting from the risk assumed by the Government hereunder, the Contracting Officer shall determine whether, and to what extent, such property shall be rebuilt, repaired or replaced by the Contractor or otherwise.   Should this determination cause an increase or decrease in the cost of doing the work under this contract or time required for its performance, an equitable adjustment shall be made as provided in the changes clause of the contract.

d.  The provisions contained in the statement of work under "PERMITS AND RESPONSIBILITIES," are to be deemed modified by this clause only to the extent required to give effect to the limited assumption of risk provided in this clause.

<u>ATTACHMENTS</u>
TABLE OF CONTENTS

LIST OF ATTACHMENTS

JL1 – UFGS SECTION 01 33 10.05 20, DESIGN SUBMITTAL PROCEDURES (See http://www.wbdg.org/)

JL4 - Distribution of Work, Attachment

JL11 with Attachment 1 Rev.1 – Small Business Subcontracting Plan

N62470-13-D-6020
P00007
Page 2 of 2

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

**SUMMARY OF CHANGES**

SECTION I - CONTRACT CLAUSES

The following have been added by reference:

252.211-7007
252.245-7001

(End of Summary of Changes)

Ver: 2014

## PART C – CONSTRUCTION AND DEMOLITION SERVICES TERMS AND CONDITIONS

The following additional terms and conditions shall apply when construction or demolition services are included within Subcontractor's Work.

1.      **Meetings**.  At the request of ECC, Subcontractor shall attend meetings with ECC, Client, and/or separate design professionals or contractors of ECC or Client to discuss design and/or construction issues which may arise during the Project.

2.      **Supervision**.  At all times during the performance of the Work, Subcontractor shall provide a competent resident Project Manager, who is an employee of Subcontractor, and any necessary assistants, all satisfactory to ECC.  ECC has the right to review the qualifications of the proposed Project Manager, and to approve or disapprove the assignment, such approval not to be unreasonably withheld. If all of Subcontractor's workers are not fluent in English, Subcontractor shall provide a Project Manager who is fluent in English and in the language spoken by those workers.   If the Project Manager is replaced by the Subcontractor, ECC shall have right of approval for such replacement, such approval not to be unreasonably withheld by ECC.  Subcontractor's Project Manager shall represent Subcontractor, and (1) all directions given to the Project Manager shall be as binding as if given to Subcontractor, and (2) all decisions made by the Project Manager shall be as binding as if made by Subcontractor.

3.      **Substitutions**.  Subcontractor shall not make any substitutions in the Work or procedures or methods specified by Client, ECC or the Contract Documents for performing the Work unless it first receives written approval for such substitution from ECC.

4.      **Sub-subcontractors**.  Subcontractor shall employ only Sub-Subcontractors who are duly licensed and qualified to perform the Work consistent with the Contract Documents.   Subcontractor agrees that each Sub-Subcontractor shall be fully bound to Subcontractor in the same manner as Subcontractor is bound to ECC for all the requirements of the Contract Documents to the extent applicable to the Sub-Subcontractor's scope of work.

5.      **Sub-subcontractor work**.  Subcontractor assumes responsibility to ECC for the proper performance of the Work of Sub-Subcontractors and any acts and omissions in connection with such performance. Subcontractor shall coordinate the activities of all Sub-Subcontractors. Nothing in this Agreement is intended or deemed to relieve Subcontractor from responsibility for the Work performed by its Sub-Subcontractors, or create any legal or contractual relationship between Client or ECC and any Sub-Subcontractor, including but not limited to any third-party beneficiary rights.

6.      **Startup, Testing, Commissioning**.  If required as part of Subcontractor's Work, Subcontractor shall be responsible for the start-up, testing, and commissioning of the Work, and shall train Client's personnel with respect to the operation and maintenance of the Work.

7.      **Tests and Inspections**.

a.      All materials furnished and services performed pursuant hereto shall be subject to inspection and test by ECC and its agents and by its clients at all times and places, during the period  of performance, and in any event before acceptance.

b.      All data furnished to Subcontractor for the purposes of developing a proposal are for informational purposes only.  Subcontractor warrants it has had ample opportunity to review the specifications, visit the site(s) and perform tests as required.  All dimensions shown of existing or designed work and all dimensions for work now in place shall be verified by the Subcontractor by actual measurement of existing and proposed work.  If the Subcontractor fails to inspect the specifications and site in accordance with the above, and ECC is later held liable to the Client or others because of the Subcontractor's failure, then subcontractor shall reimburse ECC for the resulting costs and damages.

8.      **Submittals**.

a.      The Subcontractor promptly shall submit for approval to ECC all Shop Drawings, samples, product data, manufacturers' literature and similar submittals required by the WA and other Contract Documents.  The Subcontractor shall be responsible to ECC for the accuracy and conformity of its submittals to the Agreement Documents.  The Subcontractor shall prepare and deliver its submittals to ECC in a manner consistent with the Progress Schedule and in such time and sequence so as not to delay ECC or others in the performance of the Work.  The approval of any Subcontractor submittal shall not be deemed to authorize deviations, substitutions or changes in the requirements of the Contract Documents unless express written approval is obtained from ECC and Client authorizing such deviation, substitution or change.  In the event that the Contract Documents do not contain submittal requirements pertaining to the Work, the Subcontractor agrees upon request to submit in a timely fashion to ECC for approval all shop drawings, samples, product data, manufacturers' literature or similar submittals as may reasonably be required by ECC.

b.      ECC and the Client are entitled to rely on the adequacy, accuracy and completeness of all professional certifications required by the Contract Documents concerning the performance criteria of systems, equipment or materials, including all relevant calculations and all governing performance requirements.

9.      **Cleanup**

a.      The Subcontractor shall at all times during its performance of the Work keep the Worksite clean and free from debris resulting from the Work.  Prior to discontinuing the Work in an area, the Subcontractor shall clean the area and remove all its rubbish and its construction equipment, tools, machinery, waste and surplus materials. Subcontractor shall make provisions to minimize and

Ver: 2014

confine dust and debris resulting from its construction activities. The Subcontractor shall not be held responsible for unclean conditions caused by others.

b.      If the Subcontractor fails to commence compliance with cleanup duties within forty-eight (48) hours after written notification from ECC of non-compliance, ECC may implement appropriate cleanup measures without further notice and the cost thereof shall be deducted from any amounts due or to become due the Subcontractor.

10.   **Permits and Standards**. Subcontractor shall obtain all permits, licenses, and provide notification and pay fees required by local, county, state, federal or foreign country agencies for each WA Scope of Work.

11.   **Warranty**

a.      Subcontractor represents and warrants: (i) that all goods and services delivered pursuant hereto will be new, unless otherwise specified, and free from defects in material and workmanship; (ii) that all goods and services will conform to applicable specifications, drawings, and standards of quality and performance, and that all items will be free from defects in design and suitable for their intended purpose; (iii) that the goods covered by this order are fit and safe for consumer use, if so intended. All representations and warranties of Subcontractor together with its service warranties and guarantees, if any, shall run to ECC and ECC's Client and customers. The foregoing warranties shall survive any delivery, inspection, acceptance, or payment by ECC.

b.      Subcontractor shall warrant and guarantee its work for a period of at least one (1) year from the date of acceptance of the Project by Client, unless the Contract Documents provide for a longer period, to be free from defects in materials and workmanship. If during the period covered by the warranty any such defect is alleged by Client or its agent, Subcontractor shall cure said defect at no cost to ECC or Client.      In the event Subcontractor fails to commence such repairs required hereunder within seven (7) calendar days, and diligently prosecute them to completion, any such repairs may be performed by others and it shall be Subcontractor's responsibility to reimburse Client and/or ECC for the costs of such repairs. Subcontractor shall execute a written "Warranty" as provided in the Contract Documents prior to receiving final payment. If not specified in the Contract Documents, Subcontractor shall execute a commercially acceptable written Warranty acceptable by ECC.

12.   **Standard of Performance**. The Subcontractor is responsible for damage to property caused by defective workmanship. The Subcontractor shall promptly segregate and remove from the premises any unsatisfactory facilities, materials, and equipment used in Agreement performance, and promptly replace them with satisfactory items. If the Subcontractor fails to proceed at once in a workmanlike manner with performance of the Work or with the correction of defective workmanship, ECC may: (a) replace the facilities, materials, and equipment or correct the

workmanship and charge the cost to the Subcontractor; and (b) terminate the Subcontractor for default. The Subcontractor and any surety shall be liable, for any damage or cost of repair or replacement.

13.   **Payment and Performance Bonds and Standby Letters of Credit.** A Subcontractor performance bond or letter of credit is mandatory for all subcontract awards exceeding $500,000 and for lesser amounts if so stated by ECC's RFP or Work Authorization (Attachment 1 – Work Authorization).

a.      Bonds shall be in the amount of one hundred percent (100%) performance bond and a one hundred percent (100%) payment bond. The cost (premiums and otherwise) of these bonds shall be included in Subcontractor's pricing for the Work. The bonding company must be admitted to transact business by the Department of Insurance in the state where the job is located and must have a rating of "A" or better. If the contract price increases, an additional amount equal to one hundred percent (100%) of the increase will be provided either through an increase in the penal amount or the furnishing of additional bonds. ECC will reimburse the actual cost of bonds, not exceeding the premium amount agreed to per Attachment 1. If the Bond Premium is a separate pay item on the Subcontractor's price schedule, once ECC has received and accepted Subcontractor's bonds, Subcontractor can request reimbursement of premiums by sending the actual invoice documents it received from the underwriter along with evidence that Subcontractor has paid the underwriter's invoices.

b. Irrevocable Standby Letters of Credit. All LOCs must meet the requirements and format provided for in Attachment 8 to this Agreement. Any and all fees and premiums due associated with LOC will be paid directly by Subcontractor and those amounts are part of the total award amount identified on the cover page of this agreement, as modified. If the LOC Premium is a separate pay item on the Subcontractor's price schedule, once ECC has received and accepted Subcontractor's LOC, Subcontractor can request reimbursement of LOC premium by sending the actual invoice documents it received from the Bank along with evidence that Subcontractor has paid said invoices from Bank.

Ver: 2014

**PART D – TRANSPORTATION AND DISPOSAL OF HAZARDOUS SUBSTANCES TERMS AND CONDITIONS**

The following additional terms and conditions shall apply when transportation and disposal of hazardous substances are included within Subcontractor's Work.

1.  <u>DEFINITIONS</u>

    (a)  "Hazardous Substance" shall mean any substance or material whether solid, semi-solid, sludge, liquid or gaseous which because of its potential effect on public health or safety or on the environment or natural resources is regulated by any federal, state or local law, rule or regulation including without limitation "Hazardous Materials" as defined in the Hazardous Material Transportation Act (HMTA) 49 USC §1801 and following; "Hazardous Waste" as defined by EPA pursuant to the Resource Conservation and Recovery Act (RCRA) 42 USC §9601 and following; "Hazardous Substance" as defined pursuant to the Comprehensive Environmental Response and Liability Act (CERCLA) 42 USC §9601 and following; any substance otherwise regulated under the Clean Water Act or the Toxic Substances Control Act.

    (b)  "Hazardous Substance Regulation" shall mean any federal, state, or local law, rule or regulation governing the transportation, packaging, handling, labeling, movement, control or any other aspect of the disposition of Hazardous Substances including, without limitation:

        i.   U.S. Department of Transportation (USDOT) hazardous material regulation 49 CFR §100-199.

        ii.  US EPA regulations issued pursuant to RCRA 40 CFR §260-272.

        iii. Any other regulation issued by the Federal Railroad Administration, the US Coast Guard or any other governing water or marine transportation, the Federal Aviation Administration, the Federal Highway Administration and the Research & Special Programs Administration.

        iv.  The Occupational Safety and Health Administration (OSHA) and any other federal, state or local regulation governing safety and health of workers dealing with Hazardous Substances.

2.  <u>WARRANTY</u>.  Subcontractor warrants that:

    (a)  Subcontractor and its employees shall, in performing Work hereunder, exercise the degree of skill, care and diligence consistent with the highest industry standards and perform Work in accordance with any and all drawings, specifications or requirements provided by ECC, and that such Work will be suitable for the purpose intended.

    (b)  It is fully licensed and possesses all required permits, insurance, bonds and any other prerequisites or conditions imposed by any law, rule or regulation including Hazardous Substance Regulations bearing on, or required to perform, the services hereunder;

    (c)  Subcontractor personnel are fully trained in accordance with but not limited to 49 CFR §172 Subpart H and 49 CFR §1910.120(g), and qualified as required by, and as may be necessary to perform in accordance with, applicable Hazardous Substance Regulations and safety, health and emergency procedures.

    (d)  Subcontractor's vehicles, vessels, aircraft and other handling devices, equipment and materials to be utilized in the hazardous substances transportation services shall be used in the manner intended by the manufacturer, are maintained in good and safe working order, and are subject to the state of the art maintenance and inspection programs.  In the event of shipment by air or water, packaging containment and shipment methods shall be adopted which are most likely to minimize the consequences of incidents in connection with such transportation.

    (e)  Subcontractor safety and safety-related equipment shall be regularly and systematically tested under full field simulated conditions to assure its readiness.

3.  <u>COMPLIANCE</u>.  Subcontractor shall take every possible precaution in the performance of the Work under the Contract Documents to protect human safety and health and the environment.  Subcontractor shall fully comply with all federal, state and local laws, ordinances, statues, rules, regulations, license and permit conditions or requirements (hereinafter "Laws"), including but not limited to all Laws pertaining to the environment, natural resources and other Laws concerning hazardous or regulated material or substance handling transportation, remediation, all Laws pertaining to employment, all Laws pertaining to health and safety, and any and all other Laws affecting Subcontractor's performance of Work hereunder.  In addition to the foregoing, Subcontractor shall comply with all ECC mandated requirements (including report requirements), provided such requirements have been made available to Subcontractor.  Subcontractor shall, if requested, furnish proof of any license or permit required in connection with the performance of Work.  All fees and changes in connection with Subcontractor's compliance with applicable Laws shall be borne by Subcontractor.  In the event of violation by Subcontractor of any applicable laws, or the failure of Subcontractor to comply with same, Subcontractor shall pay all fines, penalties and other expenses, including attorney's fees, imposed upon or incurred by Subcontractor or ECC in connection therewith.

    Subcontractor shall prepare, maintain, file and/or submit to all appropriate or cognizant authorities any and all documents, records and reports (including manifests) required by any Hazardous Substance Regulation or by the Contract Documents, including without limitation any required Material Safety Data sheets (Department of Labor Form OSHA-20).  Subcontractor assumes full responsibility in connection with, and for liability for breach of, any Hazardous Substance Regulation including without limitation any fine, penalty or expense resulting from any noncompliance.

Ver: 2014

Subcontractor shall comply with the written security plan requirement for Hazmat operations and transportation as required by 49 CFR 172 (subpart I).

4. <u>SPECIFICATIONS</u>.  Subcontractor shall comply fully with ECC's directives, specifications, and requirements concerning the conditions under which, and the methods by which, shipment weights and other parameters (including without limitation weighing methods, location, moisture content) are determined.

5. <u>ECC'S RIGHT TO RELY</u>.  ECC shall be entitled to rely without independent verification on the accuracy, currency and completeness of information supplied by Subcontractor or its approved subcontractors.

6. <u>JOBSITE CONDITIONS</u>.  Subcontractor warrants that Subcontractor and its employees are familiar with the Work, the Jobsite and its environs, the availability of and access to medical and emergency services, and physical and other conditions, including hazardous substances, materials, agent or vapors, both surface and subsurface, which may exist at the Jobsite, the previous use of Jobsite and all other matters in connection with or relevant to the safe, proper and efficient conduct of the Work to be performed under the Contract Documents and that Subcontractor had made allowance for any and all such conditions and contingencies in its pricing.

7. <u>JOBSITE REGULATIONS</u>.  Subcontractor shall comply fully with all Jobsite rules and regulations, including ECC's Health and Safety Plan, forming a part of the Contract Documents, and other required plans and directions and all changes and additions thereto, provided that such rules, regulations and direction are provided with Subcontractor. Subcontractor's vehicles, which enter any Exclusion Zone or are otherwise exposed to Hazardous Substances, shall be decontaminated at the discretion and to the satisfaction of ECC.  Subcontractor shall inspect the vehicle(s) during or immediately after the decontamination process or before exiting the Jobsite if not subject to decontamination, and assure itself of the cleanliness of the equipment.  Once the equipment is released from the Jobsite by ECC, and upon egress from the Jobsite, Subcontractor assumes all liability and responsibility arising or in connection with such decontamination or cleanliness.  Subcontractor shall not permit or suffer the introduction or use of intoxicants, narcotics or any illegal activity on the Jobsite, or on any of the grounds occupied or controlled by Subcontractor.

8. <u>INSPECTION</u>.  ECC shall have the right to inspect any Work furnished by Subcontractor and may reject and/or require performance of any Work not performed in accordance with the requirements set forth herein.  If any Work or portion thereof is determined to be unsuitable, defective or in violation of any law, rule or regulation, including any legal requirement relating to the environment or the handling of hazardous materials, Subcontractor shall bear and pay all expenses incidental to the correction of unsuitability and/or correction of such Work, including without limitation any fines or penalties.

Subcontractor shall allow ECC or an appropriately designated auditing or regulatory organization reasonable access to all maintenance, accident, spill, regulatory, compliance and other information bearing on health, safety and/or Subcontractor ability and readiness to perform the Work required by the Contract Documents.

ECC's Technical Representative will determine if analytical data provided by Subcontractor meets the criteria stated in the Contract Documents, including any specifications and/or analytical protocols provided by ECC. If Subcontractor finds there to be a question of the integrity of any analytical data based on the relevant specifications and/or analytical protocol, Subcontractor shall advise ECC immediately.  A determination will be made by ECC regarding the acceptability of the analytical data in question.  If Subcontractor's analytical data fails to meet the specified requirements, analytical protocol, or other criteria established in the Contract Documents, ECC may determine the need for re-sampling services to be performed.

Subcontractor recognizes and acknowledges that ECC will rely on the accuracy and timeliness of Subcontractor's Work in conducting its field activities, such as remediation, and in arranging for disposal of hazardous or regulated substances, and that inaccurate or untimely data can result in substantial field rework and re-disposal costs.  In addition to the foregoing, Subcontractor is also specifically but without limitation liable for all related costs of re-sampling services to achieve acceptable data, which meets the specified requirements and analytical protocol.  If the integrity of the data fails to meet the specified requirements, analytical protocol, or other criteria established in the Contract Documents, Subcontractor shall be considered to be in default under this Agreement, the balance of work remaining under the Contract Documents can be terminated by ECC, and Subcontractor shall be responsible for re-procurement costs incurred by ECC. Any re-sampling, analytical, and re-procurement costs incurred as a result of Subcontractor's unacceptable analytical data is the responsibility of the Subcontractor. These costs can include, but are not limited to, validation of data, program management time, sample crew time and expenses, insurance, disposal costs, samples, purge water, drums, personal protection equipment, decontaminated water, any other equipment and costs, including proportional share of indirect and overhead costs related to re-sampling, analysis, and procurement of analytical services.  The foregoing rights are in addition to any other rights available to ECC in law or equity or elsewhere in the Contract Documents.

9. <u>WORK PERFORMED AT SUBCONTRACTOR'S RISK</u>. Subcontractor shall perform all Work at its risk and if the Work or any portion thereof shall be damaged in any way before the final completion and acceptance of the Work, Subcontractor shall promptly repair or replace such damaged Work without expense to Client or ECC. Subcontractor shall be responsible for any loss or damage to equipment or other articles used or held for use in connection with the Work.

10. <u>DELIVERY, STORAGE AND SECURITY</u>. Subcontractor shall have full responsibility for receiving, unloading, inspecting and storing its materials and supplies to be used at the Jobsite.  Storage space will be provided by ECC if available.  Access into all secured areas and establishment of Subcontractor's staging and designated work areas shall be coordinated through ECC.  However, Subcontractor shall, at its expense, be solely responsible for protecting and maintaining security of its equipment, materials, property, employees and work at all times. Neither ECC nor Client shall assume responsibility or liability for any security measures taken by Subcontractor.

Ver: 2014

11.   ENVIRONMENTAL PROTECTION.   Unless otherwise provided for in the Contract Documents, Subcontractor shall, at no additional cost to ECC, furnish all necessary or advisable facilities, means, methods and safeguards to prevent any threat of or the actual exposure of any person or organism or the contamination of the environment.

Subcontractor shall not (a) discharge or permit the escape of any substance or material to the soil or groundwater or any other body of water which may pollute the water or in any way become harmful to fish or wildlife or the public; (b) emit or permit the escape of air contaminants, including dust or smoke, from any source whatsoever; (c) cause or allow any other contamination of the air, water, soil or any other environmental vehicle.

12.   COMPOSITION OF WASTE.   ECC shall provide Subcontractor with a description of the waste, including personal protective equipment waste and lab waste, to be serviced ("waste description").  The waste description shall be set forth in a waste profile sheet, and may include relevant supporting documents, and shall include a description of the waste stream's chemical components and the percentage composition of each such component, or the relative mix thereof.  The percentage composition may be stated in ranges (i.e., 10% to 20%).  It is understood and agreed that Subcontractor shall base its testing, evaluation and service procedure on the waste description.

13.   NONCONFORMING WASTE.   Waste described shall be considered nonconforming if it fails to meet the waste description, as defined in Section 12 "Composition Waste," above applicable thereto in any material respect.

In the event the waste is discovered to be nonconforming, Subcontractor may revoke its acceptance of the waste.  The revocation of acceptance shall be effective immediately upon receipt of notice, verbal or written, to ECC or its agent.   ECC shall have seven (7) days to direct an alternative lawful manner of disposition of the waste, unless it is necessary by reason of law or Subcontractor facility permit or operating procedure to move the nonconforming waste in less than seven (7) days or, if required, within a shorter period, Subcontractor shall return the waste to ECC.  ECC shall pay Subcontractor its reasonable expenses and charges for handling, loading, preparing, transporting, storing, and caring for nonconforming waste, plus those charges which may be assessed pursuant to the Contract Documents.

If the waste is discovered to be nonconforming, Subcontractor shall be responsible only for its employees', agents', subcontractors', or invitees' negligence with respect to such waste.

14.   TRANSPORTATION/EMERGENCY RESPONSE.   In the process of transportation of Hazardous Substances under this Agreement:

(a)   Subcontractor shall use the Safest Possible Route from the site to the ultimate destination.   The "Safest Possible Route" shall mean a route selected as the least likely to present exposure to accident, which in the event of an accident/spill, is least likely to result in harm to the public or local environs, and which is the route most likely to facilitate safe fast effective emergency response. Subcontractor shall keep ECC fully and completely apprised concerning the status of the shipment, shall report immediately to ECC and cognizant federal, state or local officials any incident potentially affecting public or worker safety or which is a violation of or is reportable to any Hazardous Substance Regulation and shall provide to ECC, at the time of filing, copies of any reports filed regarding spills and releases. Subcontractor shall report to ECC's Hotline and ECC's on-site representative within four (4) hours of any spill.

(c)   So as to minimize the chances of exposure, travel to the ultimate site shall be as continuous, direct, and short in duration as possible.  In the event that the distance, duration or other aspects of the shipment, including delays due to the disposal facility, may result in the need for interim storage, such storage shall be i) arranged in advance, and ii) at facilities which conform fully with all Hazardous Substance Regulations.

(d)   Subcontractor shall assure that fully adequate Emergency Response capability is immediately available at all points along the planned Safest Possible Route and at least one alternate route of travel.  Subcontractor will coordinate appropriately with the emergency response firm including at a minimum advance notice of the nature of the potential contamination and the approximate time of travel to ensure that adequate response is available whenever necessary.

15.   DECONTAMINATION OF PROPERTY.  With respect to any Client-furnished property, ECC-furnished property, or Subcontractor-acquired property, Subcontractor shall certify in writing that such property is returned to ECC free from contamination by any hazardous or toxic substances.

16.   PROTECTION OF PROPERTY.   Subcontractor shall not close or obstruct any utility installation, highway, road or other property.  If facilities are closed, obstructed, damaged or rendered unsafe by Subcontractor's operations, Subcontractor shall, at its sole expense, make such repairs and provide such temporary provision as necessary or required for safety as will be acceptable to ECC, governmental authorities, Client or Project or installation, highway, road or other property.

Unless expressly stated herein, Subcontractor shall not do any work that might disrupt or otherwise interfere with the operation of any pipelines, telephone or utility transmission line, ditch or structure.

Subcontractor shall keep all work areas free from rubbish, waste, excess material, equipment, including tools, and debris at all times.  If Subcontractor fails to remove such waste or equipment in a timely manner, ECC shall have the right to remove same and charge the cost therefore against monies due or to become due to Subcontractor.

Ver: 2014

# PART E – ARCHITECTURE / ENGINEER DESIGN SERVICES

The following are additional Terms and Conditions pertinent to Architecture Engineering services provided by the Subcontractor when Design / Build Services are included in the scope of work awarded to the Subcontractor (or A/E) under this Agreement.

As used herein, A/E refers to the Subcontractor.

## PART E – 1 General Terms and Conditions

### 1.0     AE  RESPONSIBILITIES

1.1     Standard of Care.

a.  The AE agrees to provide a standard of care for all design professional services ordinarily used by members of the design profession practicing under similar conditions at the same time and locality of the project.

b.   AE further warrants that all work performed pursuant to this Agreement: (a) will conform with the terms of this Agreement, the WA documents, as well as the Client's contract requirements; (b) will be performed in a good, skillful, and workmanlike manner; and (c) will be performed by the proper number of experienced, skilled, and licensed personnel, qualified by education and/or experience to perform their assigned tasks; and is free from any defects in equipment, material, or design furnished, or workmanship performed by the AE  or any Sub consultant at any tier.  AE shall, when requested by ECC, promptly remove any person considered by ECC to be incompetent, unsatisfactory or undesirable.

c.  AE shall be responsible for professional certification of any applicable drawings, specifications or schematics and have their professional design engineer or subcontracted design engineer certify and approve all design documents.

d.  AE shall assist ECC and Client in filing required documents with governmental authorities having jurisdiction over the project, in conducting inspections to determine the date of Substantial Completion of ECC's subcontractors and in obtaining permits necessary for the construction of the Project.

1.2     Lower Tier Entities (Consultants, Lower Tier AEs and Subcontractors).  AE shall not engage the services of any lower tier AE entity without first obtaining ECC's written approval which approval shall not be unreasonably withheld.  Such approval by ECC shall not be deemed to create any contractual relationship between ECC and any such Lower tier entity. AE shall bind its consultants or subcontractors in the same manner as the AE is bound to ECC under this Agreement.  The overall responsibility for all design shall remain with AE.  AE shall provide all oversight of all work and shall review and determine that all deliverables conform to standards of the Client, shall act as the lead agent for design review and Quality Assurance and Control, and will ensure that all final design documents are correctly stamped and sealed.

### 2.0     CORRECTION OF DEFECTIVE WORK

a. Errors and Omissions.  AE will be considered the A/E of record unless otherwise indicated in the individual task order. Regardless of A/E of record designation, AE will be liable to ECC for Errors and Omissions (E&O) and agrees to carry E&O insurance coverage according to the following schedule:

| Total Project Cost | Limit (per claim) |
|---|---|
| Under $25 mil | $2 million |
| $25 to $50 mil | $3 million |
| $50 to $75 mil | $4 million |
| $75 to $100 mil | $5 million |
| 100 to $125 mil | $6 million |
| Over 125 mil | Negotiated on project by project basis. |

b.  AE also understands that it is important to design within the fixed budget established by the fixed price DB contract awarded to ECC and as such shall, at its own cost, make such design revisions required for ECC to achieve that budget.  Such revisions shall be performed timely so as not to jeopardize the Design Schedule and/or Project Schedule.

c. AE shall, within seven (7) days of receipt of written notice from ECC that the Work is not in conformance with the Project requirements, take meaningful steps to commence correction of such nonconforming Work. If AE fails to commence the necessary steps within such seven (7) day period, ECC, in addition to any other remedies provided under this Agreement may

Ver: 2014

provide written notice that ECC will commence correction of such nonconforming Work with its own forces.  If ECC does perform such corrective Work, AE shall be responsible for all reasonable costs incurred by ECC in performing such correction. If the nonconforming Work creates an emergency requiring an immediate response, the seven (7) day periods identified herein shall be deemed inapplicable.  If the non-conforming work requires additional construction costs, the AE shall be responsible for those costs in accordance with the Errors and Omissions liability.

## 3.0     OWNERSHIP OF DOCUMENTS

a.   Upon the making of final payment, ECC shall receive ownership of the property rights, except for copyrights, of all documents, drawings, specifications, electronic data and information prepared, provided or procured by the AE or its lower tier entities (AEs, subcontractor, or consultants) and distributed to ECC for this Project. ("Design-Build Documents").

b.   If this Agreement is terminated, ECC shall receive ownership of the property rights, except for copyrights, of the Design-Build Documents upon payment in accordance with the termination provisions of this Agreement, at which time ECC shall have the right to use, reproduce and make derivative works of the Design-Build Documents to complete the Work.

c.   It is understood that the Client shall receive from ECC the same ownership of property rights, except for copyright, of the Design-Build Documents, as ECC receives from the AE, in accordance with the ownership of documents provisions in the agreement between the Client and ECC.  In accordance with the agreement between the Client and ECC, the Client may use, reproduce and make derivative works from the Design-Build Documents for subsequent renovation and remodeling of the Work, but shall not use, reproduce and make derivative works from the Design-Build Documents for other projects without the written authorization of ECC and AE, who shall not unreasonably withhold consent.  ECC shall not use the Design-Build Documents on other projects without the written authorization of the AE, who shall not unreasonably withhold consent.

d.       Similarly, the AE shall obtain from its lower tier entities property rights and rights of use that correspond to the rights given by the AE to ECC in this Agreement.

e.       ECC and the AE are mutually bound by the terms of this Agreement.  To the extent that the terms of the Prime Contract between the Client and ECC apply to the performance of the AE's Services, then ECC assumes toward the AE all the obligations, rights, duties, and remedies that the Client assumes toward ECC.  In an identical way, the AE assumes toward ECC all the same obligations, rights, duties, and the remedies that ECC assumes toward the Client.  In the event of an inconsistency among the documents, the specific terms of this Agreement shall govern.

## 4.0 ECC A/E DESIGN ASSISTANCE

The A/E is required to prepare all design drawings and calculations necessary for construction of the project, in accordance with the applicable codes and standards mentioned in the contract.

In the event that the A/E fails to perform any part of his duty in the timely preparation of design and submittals, ECC reserves the right to protect its interest by performing or supporting the A/E in performance of these design and submittal functions on behalf of the A/E.

This assistance may be implemented in any design related activity including survey, soil, geotechnical investigation, utility investigation, civil, structural, architectural, mechanical electrical and other plan preparation, design & analysis, calculation, review, coordination, preparation of as-built drawings, and any other related function.

ECC will charge back to the A/E and deduct from this Agreement all reasonable amounts incurred by ECC for any such assistance provided by ECC.  The typical rate for charge-back on all engineering services is $120 per hour, not to exceed the related line item price at which the A/E has been awarded by ECC under this Agreement.  Performance of any engineering function by ECC does not indemnify the A/E from his responsibility for the design or any other engineering product.

 By the same notification requirements specified by the Termination for Default Term (Part A, Term 11.1), the A/E will be notified in writing by ECC Contracting personnel prior to the implementation of any ECC- A/E Design Assistance action.

Ver: 2014

## PART E-2 – DESIGN PROTOCOL

This Section is in addition to Part E-1 and describes, in more detail, the design services and design protocol required by this Agreement. The AE functions as an integral team member with ECC in support of both pre and post award design requirements.  Technical requirements include early involvement in the project to allow for the development of the most cost-effective and technically sound solution and full support of ECC's Four Phase Design process as discussed below.  ECC will rely on AE's expertise to recognize and address problematic issues to ensure successful execution of the Project. The AE is also required to manage the project efficiently, including accurate, on-time submittals of contract deliverables and timely identification and solution of impediments to successful project execution, sharing of information and cooperation with other ECC subcontractors and Government entities.

## 1.0    DESIGN PROCESS:  FOUR PHASES

Listed below are typical services for each of the four phases of the DB process: Initiation of Project or Proposal Preparation Phase, Design Phase, Construction Phase and Project Close-out.  The RFP documents and WAs of this Agreement will specify which phases and which services are required.

**1.1    Proposal Preparation Phase:**

      a      Review of RFP and project info and provide constructive guidance
      b      Proposal development – technical and cost information
      c      Conceptual Design Documents if required (drawings, outline specs) per the DB solicitation and as needed to assist in preparation of cost estimate
      d      Assistance in Bill of Quantities (BOQ) development, value engineering
      e      Participate in meetings and teleconferences
      f      Travel to Site Visits / ECC offices
      g      No design fee for this Phase - split stipend if any (50/50) + incentive if awarded
      h.      Teaming Agreement may also be executed and made a part of the Agreement

**1.2    Design Phase (Design Services)**:  begins upon award to ECC of a Contract/TO and authorization to Proceed from the Govt.  These services include:

      a      Preparation of design documents in phases as specified in RFP and WA documents
      b.      Assistance as required by ECC in obtaining bids from subcontractors and major suppliers: includes drawings, specifications and addenda, attending pre-bid meetings, and clarifying the scope and intent of the Construction Documents.
      c.      Preparation of documents to obtain permits as required
      d.      Preparation and oversight of topographic surveys
      e.      Preparation / review of geotechnical reports as specified
      f.      Design to Budget / validation of budget with ECC and subcontractors
      g.      Updates to design schedule
      h.      Preparation of Fast Track Packages if specified
      i.      Value Engineering
      j.      Participate in all Design Charettes and Design Review Meetings with client
      k.      Incorporate / address all design review comments through resolution
      l.      Seal Final Design documents as Issued for Construction
      m.      Coordination of all design consultants and subcontractors retained by the Design/Builder

**1.3    Construction Phase (Post Construction Award Services):**

      a      Respond to design and construction issues, interpretations and clarifications  raised in the field by means of additional drawings, addenda or otherwise, as may be necessary for the proper execution and progress of the Project.  Unless otherwise specified by the WA Documents, response shall be within 5 working date of receipt of issue.
      b      Revise / correct design errors or omissions
      c      Provide design support for change requests (reimbursable)
      d.      Provide review of submittals and shop drawing – timely and according to schedule
      e.      Construction / manufacturing facility Site Visits as required
      f      Attend meetings with client / ECC as required
      g.      Support Commissioning process as required

**1.4    Project Close-out Phase:**  Provide as-built record drawings as specified.

Ver: 2014

## 2.0   APPLICABLE DOCUMENTS

It is the AE's responsibility to identify and comply with all applicable RFP/SOW requirements including all applicable statutes, instructions, manuals, handbooks, regulations, guidance, and policy letters.  These may include:  International Building Code (IBC); Unified Facility Criteria (UFC); National Fire Protection Association (NFPA); National Electrical Code (NEC) and all changes and amendments in effect on the date of issuance of the TO. Any questions regarding the specific application of these requirements will be addressed in writing to ECC.

## 3.0     MANAGEMENT, PLANNING, AND REPORTING REQUIREMENTS

The AE will be required to perform a wide range of activities as specified in the WA documents and in accordance with all applicable compliance documents.  Therefore, it is imperative that the AE implement a management system that ensures smooth execution of all design aspects of the Agreement.

### 3.1     Meeting and Conference Requirements

Unless otherwise specified in the WA documents associated with this Agreement, meeting and conference requirements will include site visits, design charrettes, design review conferences, partnering meetings, support meetings and teleconferences to discuss technical and project progress and status.  The actual number and timing for the design review conferences will be determined by the needs of the customers.  A meeting between the AE and ECC Project and Contract personnel is mandatory no later than two weeks (or other time mutually agreed upon) after award of the Agreement to discuss such issues and communication, schedules, invoicing, etc.

### 3.2     Documentation

The AE will create and maintain a Master Document List (MDL) and/or Submittal Register for each project that includes all documents, whether the documents are a deliverable or not, which are prepared during the course of performance of the Work.  This list will be due by the first meeting.  The MDL and its documents will be maintained in libraries readily available for submittal to ECC or the Client until close-out of the Agreement.  Some examples include:  BIM or another 3-D platform per client's requirements, CID packages, Renderings, Life-cycle cost analysis, LEED (design cost, USGBC LEED templates and documentation).

### 3.3     Notification Requirements

AE must coordinate all activities including site visits with ECC's POC's.

### 3.4     Reproduction and Distribution.  The AE is responsible for identifying the specific distribution requirements of the project and will provide a distribution list at the first meeting.  At minimum, two printed sets and one electronic file shall be provided to ECC PMO/Contracts.

## 4.0     DESIGN DELIVERABLES AND SCHEDULES

Design Deliverable Details are identified by the RFP documents and Attachment 1.  A schedule of all deliverables will be provided by the A/E to ECC within 7 working days of award.

The AE will provide plans, specifications, and reports as defined by the WA documents 1 in a format similar to below:

| Item |
| --- |
| Design Charrette |
| Submit Design Charrette Report |
| 35% Submittal |
| 35% Review Conference |
| 50% Submittal |
| 50% Review Conference |
| 90% Submittal |
| 90% Review Conference |
| 100% Submittal |
| As-Built Master Plan |

At each stage a report to document changes and comments will be generated.

Ver: 2014

**ATTACHMENT 1 - WORK AUTHORIZATIONS**
**STATEMENT OF WORK AND SCHEDULE**

Ver: 2014

**ATTACHMENT 3 - WAGE DETERMINATION**

**PROVIDED WITH APPLICABLE WORK AUTHORIZATIONS**

Ver: 2014

**ATTACHMENT 4 – REPRESENTATIONS AND CERTIFICATIONS**

## Representations and Certifications

The Prime Contract solicitation contains provisions requiring ECC to ascertain information relative to compliance with certain requirements. The offeror must provide full, accurate and complete information as required by this solicitation.  You are required to complete these Representations and Certifications Form and return the original to ECC's Contracting Representative to be considered responsive to the solicitation.

1.  Small Business Program Representation
(a) Representations.
(1) The offeror represents as part of its offer that it __X__ is, ___ is not a small business concern.
(2)          [Complete only if the offeror represented itself as a small business concern in paragraph (a)(1) of this provision.] The offeror represents, for general statistical purposes, that it _____ is, _____ is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.
(3) [Complete only if the offeror represented itself as a small business concern in paragraph (a)(1) of this provision.] The offeror represents as part of its offer that it _____ is, __X__ is not a women-owned small business concern.
(4) [Complete only if the offeror represented itself as a small business concern in paragraph (a)(1) of this provision.] The offeror represents as part of its offer that it _____ is, __X__ is not a veteran-owned small business concern.
(5) [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (a)(4) of this provision.] The offeror represents as part of its offer that it _____ is, __x__ not a service-disabled veteran-owned small business concern.
(6) [Complete only if the offeror represented itself as a small business concern in paragraph (a)(1) of this provision.] The offeror represents, as part of its offer, that-
(i) It _____ is, __x___ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and
(ii) It _____ is, ___X___ is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (a)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:_____.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.
(7) [Complete if offeror (Subcontractor) represented itself as Disadvantaged in paragraph (a)(2) of this provision.] The offeror shall check the category in which its ownership falls:
_____ Black American.
_____ Hispanic American.
_____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).
_____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall islands, Federated States of Micronesia, The Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).
_____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal)
_____ Individual/concern, other than one of the preceding.
(b) Definitions. As used in this provision-
"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern (i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and (ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (a) of this provision.
"Veteran-owned small business concern" means a small business concern- (1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and (2) The management and daily business operations of which are controlled by one or more veterans.
"Women-owned small business concern" means a small business concern- (1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and (2) Whose management and daily business operations are controlled by one or more women.

2. Certification Regarding Debarment, Suspension, Proposed Debarment, and Other Responsibility Matters.
(a)(1) The Offeror certifies, to the best of its knowledge and belief, that-
(i) The Offeror and/or any of its Principals-
(A) Are (x) are not (  ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
(B) Have (x) have not (  ), within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and
(C) Are (  ) are not (x) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.
(ii) The Offeror has (  ) has not (x), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management

or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to ECC if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure to furnish a certification or provide ECC with requested information, may disqualify Offeror.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, ECC may terminate the subcontract resulting from this solicitation for default.

3.  Prohibition of Segregated Facilities.
By execution of this document the Offeror certifies that it is in full compliance with the provisions set forth in FAR
52.222-21.

4. Previous Contracts and Compliance Reports.
The offeror represents that --
(a)  It _____ has __X__ has not participated in a previous contract or subcontract subject to the Equal Opportunity Clause of this solicitation;
(b) It _____ has_____ has not filed all required compliance reports; and
(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

4. Affirmative Action Compliance - FAR 52.222-22 (Feb 1999).
The offeror represents that (a) it _____has developed and has on file, _____has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it __X__has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

4. EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (SEPT 2006)
By execution of this document the Offeror certifies that it is in full compliance with the provisions set forth in FAR
52.222-35.
*Exempt if work is to be performed outside U.S. by employees who were not recruited within the U.S.*

5. AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUNE 1998)
By execution of this document the Offeror certifies that it is in full compliance with the provisions set forth in FAR 52.222-36.
* *Exempt if work is to be performed outside U.S. by employees who were not recruited within the U.S.*

6. EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (SEPT 2006)
By execution of this document the Offeror certifies that it is in full compliance with the provisions set forth in FAR 52.222-37.

7. CERTIFICATION REGARDING A DRUG-FREE WORKPLACE (MAY 2001)
By execution of this document the Offeror certifies that it is in full compliance with the provisions set forth in FAR 52.223-6.

8. CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)
(a) Executive Order 13148, of April 21, 2000, Greening the Government through Leadership in Environmental Management, requires submission of this certification as a prerequisite for contract award.
(b) By signing this offer, the Offeror certifies that-
1. As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know
Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C.
13106), the Offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical
Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or
2. None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R
filing and reporting requirements because each such facility is exempt for at least one of the following reasons:
[*Check each block that is applicable.*]

[X] (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed in 40 CFR 372.65;
[ ] (ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

[ ] (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of
EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

[ ] (iv) The facility does not fall within the following Standard Industrial Classification (SIC) codes or their
corresponding North American Industry Classification System sectors:
(A) Major group code 10 (except 1011, 1081, and 1094.
(B) Major group code 12 (except 1241).
(C) Major group codes 20 through 39.
(D) Industry code 4911, 4931, or 4939 (limited to facilities that combust coal and/or oil for the purpose of generating
power for distribution in commerce).

(E) Industry code 4953 (limited to facilities regulated under the Resource Conservation and Recovery Act, Subtitle C (42 U.S.C. 6921, *et seq.*), or 5169, or 5171, or 7389 (limited to facilities primarily engaged in solvent recovery services on a contract or fee basis); or
[ ] (v) The facility is not located in the United States or its outlying areas.

9.  Type of Business Organization.
By checking the applicable box, Offeror represents that--
    It operates as __X__ a Corporation incorporated under the laws of the State of ___Florida___, ____an individual, ____a partnership, _____a nonprofit organization, or_____ a joint venture.

10.  FAR 3.104 PROCUREMENT INTEGRITY
According to FAR 3.104-3(d), a former official acting on behalf of a federal agency may not accept compensation from
a contractor as a consultant, employee, officer, or director for a period of one year after:
· Serving as the procuring contracting officer, source selection authority, a member of a source selection evaluation board, or the chief of a financial or technical evaluation team in a procurement in which that contractor was awarded a contract in excess of $10 million
· Serving as the program manager, deputy program manager, or administrative contracting officer for a contract in excess of $10 million awarded to that contractor
· Making a decision to award a contract, subcontract, modification of a contract or subcontract, or a task order or delivery order in excess of $10 million to that contractor
· Making a decision to establish overhead or other rates applicable to a contract or contracts for that contractor that are valued in excess of $10 million
· Making a decision to approve a contract payment/payments in excess of $10 million to that contractor
· Making a decision to pay or settle a claim in excess of $10 million with that contractor. As defined by FAR 3.104-1, participating "personally and substantially" in a federal agency procurement means active and significant involvement in any of the following activities directly related to that procurement:
· Drafting, reviewing, or approving the specification or statement of work for the procurement
· Preparing or developing the solicitation
· Evaluating bids or proposals, or selecting a source
· Negotiating price or terms and conditions of the contract
· Reviewing and approving the award of the contract.

11.  Place of Performance.
 (a) The offeror, in the performance of any contract  resulting from this solicitation, ____ intends, __X__ does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.
(b) If the offeror checks "intends" in paragraph (a) above, it shall furnish in the spaces provided below the required information:
Place of Performance          (Name and address of Client
Address, City          and Operator of the Plant or
County, State, Zip          Facility if other than Code)
_____          _____
_____          _____
_____          _____
_____          _____

12.  Certificate of Independent Price Determination
(a) The offeror certifies that—
(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to—
(i) Those prices;
(ii) The intention to submit an offer; or
(iii) The methods or factors used to calculate the prices offered.
(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and
(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.
(b) Each signature on the offer is considered to be a certification by the signatory that the signatory—
(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; or
(2)(i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision ___Sean Turnage, CFO___ [insert full name and title of person(s) responsible for determining the prices offered
(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this provision have not participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; and
(iii) As an agent, has not personally participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision.
(c) If the offeror deletes or modifies paragraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

13.  Buy American Act--Balance of Payments Program Certificate
 (A) The offeror certifies that each end product, except those listed in paragraph (B) of this provision, is a domestic end product as defined in the clause of this solicitation entitled "Buy American Act--Balance of Payments Program--Supplies" and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products.
(B) Foreign End Products:
Line Item No                          Country of Origin
_____          _____
_____          _____
_____          _____

 [List as necessary]
 (C) ECC will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.

14.  Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program Certificate
(A) The offeror certifies that each end product, except those listed in paragraph (B) or (C) of this provision, is a domestic end product (as defined in the clause of this solicitation entitled "Buy American Act--

North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program") and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States.
 (B) The offeror certifies that the following supplies are NAFTA country end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program":
NAFTA Country or Israeli End Products:

Line Item No                          Country of Origin

_____          _____

_____          _____

_____          _____

 [List as necessary]
(C) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (b) of this provision) as defined in the clause of this solicitation entitled "Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.
Other Foreign End Products:

Line Item No                          Country of Origin

_____          _____

_____          _____

_____          _____

 [List as necessary]
(D) ECC will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation.
Alternate I (Feb 2000). As prescribed in 25.1101(b)(2)(ii), substitute the following paragraph (B) for paragraph (B) of the basic provision:
(B) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program":
Canadian End Products:

Line Item No.

_____

 (List as necessary)
Alternate II (Feb 2000). As prescribed in 25.1101(b)(2)(iii), substitute the following paragraph (B) for paragraph (B) of the basic provision:
(B) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act--North American Free Trade Agreement--Israeli Trade Act--Balance of Payments Program":
Canadian or Israeli End Products:

Line Item No                          Country of Origin

_____          _____

_____          _____

[List as necessary]

15.  Trade Agreements Certificate
(A) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a U.S.-made, designated country, Caribbean Basin country, or NAFTA country end product, as defined in the clause of this solicitation entitled "Trade Agreements."
(B) The offeror shall list as other end product those supplies that are not U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products.
Other End Products:

Line Item No                          Country of Origin

_____          _____

_____          _____

_____          _____

 [List as necessary]
 (C) ECC will evaluate offers in accordance with the policies and procedures of Part 25 of the Federal Acquisition Regulation

16. CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (SEPT 2007)
(a) *Definitions*. As used in this provision—"Lobbying contact" has the meaning provided at 2 U.S.C. 1602(8). The terms "agency," "influencing or attempting to influence," "officer or employee of an agency," "person," "reasonable compensation," and "regularly employed" are defined in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions" (52.203-12).

(b) *Prohibition*. The prohibition and exceptions contained in the FAR clause of this solicitation entitled "Limitation on Payments to Influence Certain Federal Transactions" (52.203-12) are hereby incorporated by reference in this provision.

(c) *Certification*. The offeror, by signing its offer, hereby certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on its behalf in connection with the awarding of this contract.

(d) *Disclosure*. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(e) *Penalty*. Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by 31 U.S.C. 1352.Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure required to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

17.  Historically Black College or University and Minority Institution Representation.  The offeror represents that it—
( ) is ( ) is not a Historically Black College or University;
( ) is ( ) is not a Minority Institution.

18.  In the event Offeror receives a subcontract from ECC which equals or exceeds $5,000,000 and has a performance period of 120 days or more, Offeror must comply with the requirements of (FAR) 52.203-13: Contractor Code of Business Ethics and Conduct.  If applicable, Offeror must check the following conditions that apply:
a) Offeror certifies that it_____ does, _____ does not have a compliant written Code of Business Ethics and Conduct.
b) Offeror certifies that it _____ does, _____ does not have compliant business ethics awareness and compliance programs;
c) Offeror certifies that it _____ does, _____ does not have compliant internal control programs.

19. COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION (OCT 2008)

[X] *This is to certify that the Offeror is a Small Business Concern and is therefore exempt from CAS. *(This notice does not apply to small businesses or foreign governments. This notice is in three parts, identified by Roman numerals I through III.)*

Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract. If the offeror is an educational institution, Part II does not apply unless the contemplated contract will be subject to full or modified CAS coverage pursuant to 48 CFR 9903.201-2(c)(5) or 9903.201-2(c)(6), respectively.

I. Disclosure Statement--Cost Accounting Practices and Certification

(a) Any contract in excess of $650,000 resulting from this solicitation will be subject to the requirements of the Cost Accounting Standards Board (48 CFR Chapter 99), except for those contracts which are exempt as specified in 48 CFR 9903.201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR Chapter 99 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR 9903.202. When required, the Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision. *Caution: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing proposals or accumulating and reporting subcontract performance cost data.*

(c) Check the appropriate box below:
[ ] (1) *Certificate of Concurrent Submission of Disclosure Statement.* The Offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows:
(i) Original and one copy to the cognizant Administrative Contracting Officer (ACO) or cognizant Federal agency official authorized to act in that capacity (Federal official), as applicable; and
(ii) One copy to the cognizant Federal auditor. (Disclosure must be on Form No. CASB DS-1 or CASB DS-2, as applicable. Forms may be obtained from the cognizant ACO or Federal official and/or from the loose-leaf version of the Federal Acquisition Regulation.)
Date of Disclosure Statement: _____
Name and Address of Cognizant ACO or Federal Official Where Filed:
_____

The Offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.
[ ] (2) *Certificate of Previously Submitted Disclosure Statement.* The Offeror hereby certifies that the required Disclosure Statement was filed as follows: Date of Disclosure Statement: _____
Name and Address of Cognizant ACO or Federal Official Where Filed:
_____

The Offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable Disclosure Statement.

[ ] (3) *Certificate of Monetary Exemption.* The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling $50 million or more in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

[ ] (4) *Certificate of Interim Exemption.* The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under paragraph (c)(1) or (c)(2) of Part I of this provision, as appropriate, to verify submission of a completed Disclosure Statement. *Caution: Offerors are currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $50 million or more in the current cost accounting period may not claim this exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period following the cost accounting period in which the monetary exemption was exceeded.*
II. Cost Accounting Standards--Eligibility for Modified Contract Coverage - If the offeror is eligible to use the modified provisions of 48 CFR 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.

[ ] The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $50 million in awards of CAS-covered prime contracts and subcontracts. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately. *Caution: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $50 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $50 million or more.*

III. Additional Cost Accounting Standards Applicable to Existing Contracts - The offeror shall indicate below whether award of the contemplated contract would, in accordance with paragraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.
[ ] yes [ ] no

*Alternate I (Apr 1996).* As prescribed in 30.201-3(b), add the following paragraph (c)(5) to Part I of the basic provision:

[ ] (5) *Certificate of Disclosure Statement Due Date by Educational Institution.*
If the Offeror is an educational institution that, under the transition provisions of 48 CFR 9903.202-1(f), is or will be required to submit a Disclosure Statement after receipt of this award, the Offeror hereby certifies that (check one and complete):
[ ] (i) A Disclosure Statement Filing Due Date of _____ has been established with the cognizant Federal agency.
[ ] (ii) The Disclosure Statement will be submitted within the 6-month period ending _____ months after receipt of this award.
Name and Address of Cognizant ACO or Federal Official Where Disclosure Statement is to be Filed: _____

20. FOREIGN CORRUPT PRACTICES ACT – (Applicable ONLY for work performed outside the United States) Subcontractor hereby represents and warrants that none of its officers, directors, agents or employees are (a) an official, employee or agent of the Govt. or any state-owned enterprise, public international organization, candidate for public office, member of a royal family, an officer, director, or employee, or an affiliate of a ECC client; and (b) as of the date below, no Govt. official, and no official of any government agency or Instrumentality of the Govt, is or will become associated with, or will own or presently owns an interest, whether direct or indirect, in Subcontractor or has or will have any legal or beneficial interest in this Agreement or the payments made by ECC to Subcontractor hereunder.

21. EXPORT CERTIFICATION
This Export Certification is required and hereby included in the representations and certifications completed for award of all Defense related subcontracts.

ECC requires that its offerors certify the following information to ensure compliance with the U.S.Govt. export laws and regulations including the U.S. International Traffic in Arms Regulations (ITAR), 22 C.F.R. §§ 120 et seq., the Export Administration Regulations (EAR), 15 C.F.R. §§ 730 et seq., and the asset control and sanctions programs administered by the Treasury Department's Office of Foreign Assets Control (OFAC), 31 C.F.R. §§ 500 et seq.

A. Offeror is ( ), is not (___) a "U.S. Person" as defined in the ITAR 22 CFR Part 120.15 and the EAR 15 CFR Part 772. *ITAR 22 CFR Part 120.15 and the EAR 15 CFR Part 772 defines a U.S. person as a person who is a lawful permanent resident as defined by 8 U.S.C. 1101(a)(2) or who is a protected individual as defined by 8 U.S.C. 1324b(a)(3). It also means any corporation, business, association, a partnership, society, trust, or any other entity, organization or group that is incorporated to do business in the United States. It also includes any governmental (federal, state or local) entity.*

B. Offeror is registered (_____), is exempt from registration ( ), is not registered (_____) with the U.S. Department of
State, Directorate of Defense Trade Controls per ITAR 22 CFR Part 122.1(a) and (b). Expiration Date of Registration (_____), if registered.

*In accordance with ITAR 22 CFR Part 122.1(a) any person who engages in the United States in the business of either manufacturing or exporting defense articles or furnishing defense services is required to register with the Directorate*

*of Defense Trade Controls (DDTC) unless exempted by one of the four conditions listed in ITAR 22 CFR Part 122.1(b). Furthermore, the offeror is responsible for the protection of any information or defense articles provided to them by ECC to assist in the manufacture of a defense article or provision of a defense service. The release of such information by the offeror to a Foreign Person employee or its transfer to another Foreign Person is defined as an export (ITAR 22 CFR parts 120.17 and 124.13 and EAR 15 CFR part 734.2(b)(2)(ii) and supplements 1 and 2 of Part 774 and subject to the licensing requirements of the ITAR and EAR as applicable.*

22. REPRESENTATION BY CORPORATIONS REGARDING AN UNPAID DELINQUENT TAX LIABILITY OR A FELONY CONVICTION UNDER ANY FEDERAL LAW (DEVIATION 2012-O0004) (JAN 2012)

(a) In accordance with sections 8124 and 8125 of Division A of the Consolidated Appropriations Act, 2012,(Pub. L. 112-74) none of the funds made available by that Act may be used to enter into a contract with any corporation that—

(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless the agency has considered suspension or debarment of the corporation and made a determination that this further action is not necessary to protect the interests of the Government.

(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless the agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

(b) The Subcontractor represents that—

(1) It is [ ] is not [ X ] a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability,

(2) It is [ ] is not [ X ] a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

23. Other Certifications - USE OF GOVERNMENT PROPERTY
Complete the following statement(s) as applicable:
A. The Offeror and/or its suppliers [ ] will, [ X ] will not use government property in performance of work under the proposed subcontract.
B. The Offeror certifies that to the best of its knowledge this proposed subcontract [ ] does, [ X ] does not involve the acquisition of Government property, the disposal of which may be restricted by patent or other rights.

ACCOUNTING SYSTEM - Has the Offer or's accounting system been reviewed and deemed adequate as to the collection of costs?
[ ] yes [ ] no   Date of review: _____
Reviewing agency: _____

GOVERNMENT PROPERTY SYSTEM - The Offeror certifies that it's
Government Property System [ ] has, [ ] has not been approved by the
Govt. in accordance with Part 45 of the FAR.  If approved, state the
approving agency's name and date of last approval.
Date of review: _____
Reviewing agency: _____

If approval has not been obtained, please explain below:

PURCHASING SYSTEM - The Offeror certifies that its Purchasing
System [ ] has, [ ] has not been approved by the Govt. in accordance
with Part 44 of the FAR. If approved, state the approving agency's name
and date of last approval.
Date of review:_____
Reviewing agency: _____

If approval has not been obtained, please explain below:

_____

** AS APPLICABLE FILL OUT ATTACHED FORM FOR
REQUIREMENTS OF FAR 52.222-27 **

24. Authorized Signature

By signing below, the offeror hereby certifies all the foregoing
representations and certifications are correct:

Islands Mechanical Contractor, Inc.
_____
Company Name   (Please Print)

3070 Blanding Blvd.
_____
Street Address

Middleburg, Florida 32068
_____
City          State          Zip Code

59-3144925
_____
Tax Identification Number

Sean Turnage, CFO
_____
Printed Name and Title

*Sean Turnage*                    May 25, 2018
_____
Signature of Authorized Representative

3/21/18
_____
Date

ATTACHMENT 5 – LIEN WAIVERS

## Interim Waiver of Lien and Release of Claims

Agreement # _____

The undersigned, _____ ("Subcontractor Name"), has been employed by or on behalf of a project for ENVIRONMENTAL CHEMICAL CORPORATION ("ECC"), to furnish labor, materials, and / or equipment for construction or improvements at ECC's Project known as _____(Site Name), located at _____(the "Property"), and which Property is owned by _____ _____ (the "Owner").

Upon receipt of the sum of $_____(*Progress Payment Invoice Amount*)  Subcontractor hereby waives and releases any and all liens or claims of lien or any right it has upon or against the Property or the Owner for the work through the date of this Interim Waiver of Lien and Release.

Furthermore, upon receipt of payment, and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, Subcontractor does hereby waive, release, and relinquish any and all rights, claims, demands, claims for relief, causes of action, and the like, whether arising at law, by statute, under contract, in tort, in equity, or otherwise, that Subcontractor now has or may have through the date of this Waiver of Lien and Release, arising out of the performance of its work or the furnishing of labor, materials, or equipment by Subcontractor or its subcontractor in connection with, arising from, or related to the Property, ECC, or the Owner, except and only to the extent as to any claims that are specifically described herein.

"ECC" and "Owner" shall be deemed to mean and refer to not only ECC and Owner, but also their officers, agents, owners, successors, representatives, employees, directors, and any and all others acting on their behalf.

This Waiver and Release of Claims is freely and voluntarily given and Subcontractor acknowledges, warrants, and represents that it has fully reviewed its terms and conditions, is fully informed with respect to the legal effect of this Waiver of Lien and Release, is the sole owner of all claims released herein, has not sold or assigned such claims to any other party, and has voluntarily chosen to make this Waiver of Lien and Release in return for and in consideration of the payment recited above.

Except as Subcontractor specifically lists herein or in an attachment affixed to this document, Subcontractor further represents that all of its obligations -- legal, equitable, or otherwise -- related to or arising out of its work have been fully paid and satisfied, including but not limited to the following obligations:

- Any fringe benefit plan or obligations;
- Obligations to employees, laborers, materialmen, and subcontractors employed by Subcontractor;
- Labor, materials, equipment, and supplies furnished by others to Subcontractor;
- Sales and use taxes, Social Security taxes, income tax withholding, unemployment insurance obligations, privilege taxes, license fees,and any other taxes and obligations imposed by governmental authorities.

Subcontractor does hereby agree to indemnify and hold ECC and Owner harmless from and against any and all claims, damages, losses, expenses, and the like, including legal expenses and attorneys' fees, incurred by reason of any claim that Subcontractor has not fully paid for all labor, materials, equipment, and expenses incurred in connection with its work.

Subcontractor further agrees that making and receipt of payment and execution of this Waiver of Lien and Release shall in no way release Subcontractor from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of Subcontractor.

IN WITNESS WHEREOF, on behalf of Subcontractor, with full authority, I have executed this instrument under seal effective this _____ day of _____, _____.

_____
[NAME OF SUBCONTRACTOR]

By:_____

Title:_____

Date:_____

Final Waiver of Lien and Release of Claims

Agreement # _____

The undersigned, _____ ("Subcontractor Name"), has been employed by or on behalf of a project for ENVIRONMENTAL CHEMICAL CORPORATION ("ECC"), to furnish labor, materials, and / or equipment for construction or improvements at ECC's Project known as _____(Site Name),  located at _____(the "Property"), and which Property is owned by _____ _____ (the "Owner").

Upon receipt of the sum of $_____,(*Total Sum to be Received under the Subcontract Agreement listed above to include the  final invoice amount which is submitted with this document*) Subcontractor hereby and forever waives and releases any and all liens or claims of lien or any right it has upon or against the Property or the Owner.

Furthermore, upon receipt of payment, and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, Subcontractor does hereby waive, release, and relinquish any and all rights, claims, demands, claims for relief, causes of action, and the like, whether arising at law, by statute, under contract, in tort, in equity, or otherwise, that Subcontractor now has or may have through the date of this Waiver of Lien and Release, arising out of the performance of its work or the furnishing of labor, materials, or equipment by Subcontractor or its subcontractor in connection with, arising from, or related to the Property, ECC, or the Owner, except and only to the extent as to any claims that are specifically described herein.

"ECC" and "Owner" shall be deemed to mean and refer to not only ECC and Owner, but also their officers, agents, owners, successors, representatives, employees, directors, and any and all others acting on their behalf.

This Waiver and Release of Claims is freely and voluntarily given and Subcontractor acknowledges, warrants, and represents that it has fully reviewed its terms and conditions, is fully informed with respect to the legal effect of this Waiver of Lien and Release, is the sole owner of all claims released herein, has not sold or assigned such claims to any other party, and has voluntarily chosen to make this Waiver of Lien and Release in return for and in consideration of the payment recited above.

Except as Subcontractor specifically lists herein or in an attachment affixed to this document, Subcontractor further represents that all of its obligations -- legal, equitable, or otherwise -- related to or arising out of its work have been fully paid and satisfied, including but not limited to the following obligations:

- Any fringe benefit plan or obligations;
- Obligations to employees, laborers, materialmen, and subcontractors employed by Subcontractor;
- Labor, materials, equipment, and supplies furnished by others to Subcontractor;
- Sales and use taxes, Social Security taxes, income tax withholding, unemployment insurance obligations, privilege taxes, license fees,and any other taxes and obligations imposed by governmental authorities.

Subcontractor does hereby agree to indemnify and hold ECC and Owner harmless from and against any and all claims, damages, losses, expenses, and the like, including legal expenses and attorneys' fees, incurred by reason of any claim that Subcontractor has not fully paid for all labor, materials, equipment, and expenses incurred in connection with its work.

Subcontractor further agrees that making and receipt of payment and execution of this Waiver of Lien and Release shall in no way release Subcontractor from its continuing obligations with respect to the completion of any work remaining undone, punch list work, warranty and guaranty work, and any other obligations of Subcontractor.

IN WITNESS WHEREOF, on behalf of Subcontractor, with full authority, I have executed this instrument under seal effective this _____ day of _____, _____.

_____
[NAME OF SUBCONTRACTOR]

By:_____

Title:_____

**ATTACHMENT 6 - SUBCONTRACTOR CERTIFICATE(S) OF INSURANCE**
(to be provided by Subcontractor)

Updated July 2017

# ATTACHMENT 7
## Environment, Safety and Quality Additional Requirements

**Subcontractor must submit the EHS ESQ Questionnaire and disclose all requested information. Failure to do so may result in disqualification.**

1. Subcontractor acknowledges and understands all OSHA, US Army Corps of Engineers (USACE), and ECC ESQ safety requirements for the scope of work, and commits to compliance with the most stringent of these requirements.

2. The costs of compliance with all safety ESQ requirements are included in Subcontractor's bid. ECC will not consider additional charges for compliance with OSHA regulations, USACE requirements or ECC Site Safety and Health and Quality Control Plans. These costs are to include all costs associated with quality control testing specified in the Contract Documents.

3. Subcontractor agrees to all activities and requirements associated with each Definable Feature of Work identified in ECC Work and Quality Control Plans. These requirements include participation in all aspects of the USACE Four Phase Control System (Preparatory Meeting, Initial Inspection, Follow-Up Inspections, and Closeout Inspection). Subcontractor also agrees to submit an Activity Hazard Analysis (AHA) for each major phase of its work to ECC at least one week prior to commencement of site operations. ECC will provide the format for the AHA.

4. Subcontractor agrees to attend the following meetings and to participate in discussions concerning environment, safety and quality issues concerning its operations:

   a. Pre-construction meeting (Management representative)

   b. Phase Preparatory Inspections/meeting(s) with ECC's client for each definable feature of work (Management representative)

   c. Weekly progress meetings (Management representative)

   d. Daily briefings and tailgate meetings (all workers and supervisors)

   e. Plan of the Day Meetings

   f. Four Phase Process Control (all workers and supervisors)

   g. Incident investigation reviews (Management representative)

   h. Safety Committee meetings (Management representative)

   i. Closeout Inspection (Management representative)

5. **Inspections.** In addition to daily inspections by the Competent Person, Subcontractor Management will conduct a weekly inspection of all of its work areas and activities, and provide documentation of findings and corrective action status to ECC. Subcontractor will offer ECC an opportunity to accompany Subcontractor on its weekly inspections. Subcontractor agrees to participate in ECC inspections, as requested.

6. **Employee Training.** Subcontractor employees will be trained in the recognition and control of hazards associated with their work. Training will include hazards of tools and machinery, chemical hazards, and biological hazards. Subcontractor will train employees in the provisions of the Activity Hazard Analyses for the work. Subcontractor employees will complete a web-based Project ESQ Orientation prior to arriving at the site for the first day of work. ECC will provide the url and access code. Subcontractor employees will also attend an ECC Site-specific Orientation Training prior to starting work on the site.

7. **Housekeeping.** Work areas will be maintained in an orderly fashion, free of debris creating a tripping or fire hazard. Waste materials will be containerized and disposed of properly.

8. **Personal Protective Equipment.** Subcontractor will provide all necessary personal protective equipment for their employees. PPE will meet applicable OSHA, NIOSH or ANSI standards. The minimum PPE required for ECC sites includes hard hats, safety-toe footwear, industrial safety glasses, shirts with sleeves and long pants. Work around mobile equipment and vehicles requires

Updated July 2017

Class 2 minimum high visibility garments. Additional equipment may be detailed in the Contract Documents, Site Safety and Health Plan, and Activity Hazard Analyses.

9. **Incident Reporting.** Subcontractor will report all incidents, no matter how minor, immediately to ECC. Subcontractor will investigate and prepare a written report on all incidents that involve: OSHA recordable injuries and illnesses; property damage greater than $500 in value; fires; environmental spills and releases including fuels and hydraulic oils; quality failures and rework resulting in cost impacts of more than $1,000; exposures to airborne contaminants or radiological sources in excess of occupational exposure limits regardless of the use of respirators; employee complaints of signs and symptoms consistent with exposure to site chemicals; and any incident, which under slightly different circumstances could have resulted in the consequences listed above.

10. **First Aid.** Subcontractor will have a trained first aid provider and first aid supplies on each shift.

11. **Hearing Protection.** Subcontractor will provide hearing protectors and require their use when occupational noise exposure exceeds 85 dBA.

12. **Exposure to Airborne Contaminants.** Subcontractor will use engineering controls to the extent feasible to maintain employee exposures to airborne contaminants to levels below the Permissible Exposure Limits.

13. **Exposure to Silica.** Subcontractor shall fully and properly implement the engineering controls, work practices, and respiratory protection specified for the task on Table 1 of 29 CFR 1926.1153. Where a task presenting the potential for silica exposure is not included in Table 1, the Subcontractor will assess employee exposure through personal exposure monitoring, and comply with the relevant portions of 1926.1153.

14. **Hazard Communication.** Safety Data Sheets for hazardous substances will be submitted to ECC prior to bringing the materials onto the site. Copies will be maintained at the site and will be available to employees using the materials.

15. **Fire Prevention and Protection.** Subcontractor will maintain its work area free of fire hazards. Suitable fire extinguishers will be provided and employees will be trained in their use. Hot Work Permits will be issued by a Competent Person for all flame and spark producing activities, including welding, cutting, and grinding operations and temporary heating devices. Copies will be submitted to ECC.

16. **Accident Prevention Signs, Tags and Barricades.** Subcontractor will provide and abide by suitable and standard accident prevention signs and tags. Work adjacent to, or in, public rights of way will be protected by signs and barricades in accordance with the latest version of the Manual of Uniform Traffic Control Devices. Other hazardous work areas, such as contaminated exclusion zones and excavations will be protected by suitable signs, barricades and access control procedures.

17. **Storage.** Subcontractor will store construction materials in a safe manner to prevent falling, rolling, collapse, tripping hazards or fire hazards.

18. **Tools.** Subcontractor will provide the proper tools, in good condition and will ensure their proper use. Guards provided by the manufacturer will be used and maintained. Utility knives will only be used with leather or cut resistant gloves.

19. **Electrical Safety.** Electrical connections, disconnections, installations and repairs will only be made by qualified electrical workers. Power tools and equipment will be properly grounded or double insulated type. Extension cords will be Extra Hard Usage duty and will be inspected daily by the users. All cord and plug equipment will be protected with Ground Fault Circuit Interrupters. GFCIs will be tested at least monthly. For work on or near energized equipment with exposed parts the contractor and all exposed personnel must follow the latest edition of NFPA 70E pertaining to establishing Arc-Flash Boundaries, implementing safe work practices, and donning the appropriated Arc-Flash Hazard Category PPE based on the AC or DC systems being worked on. All personnel shall have training as required by NFPA 70E.

20. **Ladders.** Subcontractors will use only Heavy Duty ladders of composite construction and will ensure that employees are properly trained in their use, and use them properly. Ladders will be inspected before each use and inspections must be documented.

Updated July 2017

21. **Mobile Construction Equipment.** All mobile construction equipment will be new or in like-new condition and will include reverse signal alarms; fire extinguishers; safety glass where enclosed cabs are provided; seat belts; and roll over protection structures (ROPS). Subcontractor will perform an initial inspection when the equipment is first brought onto the site. ECC and ECC's client will be given the opportunity to observe the initial inspection. Operators will conduct and record a daily inspection. Equipment with deficiencies affecting safe operations will be removed from service until repaired. Equipment used for clearing and demolition operations will have Falling/flying Object Protection Structures and metal cab shields. Equipment will be operated in a safe manner at all times, and other equipment and employees will be kept out of the working radius of mobile equipment.

22. **Concrete and Masonry.** Employees engaged in concrete pours will be provided with adequate protection against and first aid for skin exposure to wet concrete. Masonry walls under construction will be properly braced or shored.

23. **HS Personnel:** As specified in the Contract Documents, Subcontractor agrees to furnish full time or collateral duty HS personnel. Minimum requirements will include current training as necessary for HAZWOPER sites (40 Hour, Refresher, and Supervisor Training) and OSHA 10 Hour Construction training. HS personnel shall have the experience and skills specified in the Contract Documents. Subcontractor shall provide ECC with the resume(s) for the HS personnel to demonstrate that the individual(s) have appropriate experience.

24. **QC Personnel:** As specified in the Contract Documents, Subcontractor agrees to furnish full time or collateral duty QC personnel. Minimum requirements will include current USACE QCM training. QC personnel shall have experience and skills as specified in the Contract Documents. Subcontractor shall provide ECC with the resume(s) for the QC personnel to demonstrate that the individual(s) have appropriate experience.

25. **Competent Person.** Subcontractor will designate a Competent Person who is capable of identifying hazards in the workplace and has authority to direct corrective actions and to do routine inspections of Subcontractor's work areas and activities. Subcontractor will also designate a Competent Person for specific activities, as required by OSHA, e.g. fall protection, excavation, scaffolding, confined space entry, and lockout/tagout. Subcontractor will provide ECC with the documentation to demonstrate the competency for the assigned activity or task.

26. **Equipment Operators.** Operators of construction equipment will be qualified by training or experience, meet the requirements of state and local laws and regulations, and authorized by the Subcontractor. Subcontractor will submit certificates of training and competency for forklift operators. Subcontractor will submit copies of certifications of competency from the employer or third party for all crane operators.

27. **Lead Exposure.** When the Subcontractor's scope involves working with materials containing lead, or on lead-based coatings, the Subcontractor will submit a Lead Compliance Plan, written by a Competent Person, to ECC at least 30 days prior to commencement.

28. **Asbestos.** When asbestos abatement is required, Subcontractor will submit an Asbestos Abatement Plan to ECC at least 30 days prior to commencement.

29. **Hazardous Waste Operations.** When Subcontractor's scope requires work in a Hazardous Waste Operations exclusion or contamination reduction zone, certificates of OSHA required training and medical qualifications will be submitted to ECC for each employee prior to commencement.

30. **Confined Space Entry.** Subcontractor will comply with all OSHA requirements for confined space entry and provide proof of training for employees engaged in work requiring entry into confined spaces. Entry permits will be issued by a qualified Supervisor each shift and copies will be submitted to ECC.

31. **Cranes.** Mobile Cranes will be manufactured and inspected in accordance with ANSI B.30. Subcontractor will submit to ECC an annual inspection report, a pre-use inspection, and copies of daily operator inspections. Other submittals, including rope certifications may be required by ECC clients. Cranes will have anti-two block devices, and either: load moment shut offs or alarms; or load and boom angle indicators. Operators will be proficient at reading load charts. Subcontractor

Updated July 2017

will submit Critical Lift Plans to ECC whenever lifts involve: loads greater than 30,000 lbs; lifts at greater than 75% capacity in the specific configuration; blind lifts; lifts involving more than one crane; lifts involving loads containing liquids; lifts of hazardous materials; lifts involving unusual rigging; any lifts determined by the operator to need a lift plan. For all other Lifts, a Standard Lift Plan will be required.

32.   **Rigging.**  All slings and hardware used in lifting will be tagged with safe working load capacities and will be inspected on a daily basis by a Competent Person. Defective equipment will be removed from service and tagged or destroyed.

33.   **Fall Protection.**  Subcontractor will ensure its employees implement 100% fall protection when working at elevations in excess of 6 feet. Priorities for fall protection include: stable platforms with standard guardrails; fall restraint systems; personal fall arrest systems (PFAS). PFAS will be designated by a Competent Person and users will be trained. PFAS equipment will be provided by the Subcontractor.

34.   **Scaffolds.**  Scaffolds will be erected and inspected under the supervision of a Competent Person, who will tag scaffolds as safe for use. Proper access will be provided. Fall protection will be provided on all working levels.

35.   **Elevating Work Platforms.**  Operators of boom lifts and scissor lifts will be trained. Personal fall restraint systems will be used by personnel in all elevating work platforms, with lanyards attached to designated attachment points. Crane-suspended platforms will require design and testing submittals to ECC prior to use.

36.   **Steel Erection.**  Notwithstanding OSHA's Steel Erection standard, Subcontractor agrees to implement 100% fall protection above 6 feet.

37.   **Excavations.**  Subcontractor will designate a Competent Person to inspect excavations on a daily basis and after each precipitation event. Cave in protection will be provided for all excavations deeper than 5 feet. Cave in protection will be provided for excavations less than 5 feet deep unless determined safe by the Competent Person. The perimeter of excavations will be protected against traffic and pedestrians, whether public or site workers, by suitable barricades, signs and/or fall protection.

38.   **Underground Utilities.**  Subcontractor whose work includes intrusive activity such as excavation or drilling must implement procedures to protect workers, consumers and the environment from inadvertent contact with underground utilities such as electric, gas, petroleum products, telecommunications, water, and sewer. The procedures must comply with all state and local requirements and will include contacting the appropriate utility locating and marking service (e.g. DIGSAFE).

39.   **Demolition.**  Subcontractor will conduct an engineering survey prior to demolition of structures. A report will be submitted to ECC that will detail structural hazards, presence of utilities, presence of hazardous or toxic materials, and appropriate demolition methods. Mobile construction equipment used in demolition will include metal cab protectors and Falling/flying Object Protection Structures. Dust will be controlled with water sprays, and the runoff will be collected and managed to prevent environmental impacts.

40.   **Control of Hazardous Energy (Lockout/Tagout).**  Subcontractor will implement a program for protecting workers from unintentional functioning of equipment or exposure to hazardous energy. Potential sources could include electrical, mechanical, pressure (pneumatic, hydraulic, or steam), hazardous substances in closed systems.

41.   **Quality Control Testing.**  Subcontractor agrees to perform all quality control testing as specified in the Contract Documents using qualified personnel.

Updated July 2017

| Company Name: | Primary NAICS Code: |
|---|---|
| Islands Mechanical Contractor, Inc. | 236220 |
| ECC Project Name/Location/Dates (if applicable): | Purchase Order No. (if available): |

| Loss History | Current Year 2018 | Last Year 2017 | Previous Year 2016 | Previous Year 2015 |
|---|---|---|---|---|
| Experience Modification Rate (EMR) *(Attach verification letter from your workers' comp carrier)* | | 1.04 | 1.06 | .75 |
| Number of Fatalities *(Including those of subcontractors under your control)* | 0 | 0 | 0 | 0 |
| Number of OSHA Recordable Injuries/Illnesses *(Attach an OSHA 300 Form for each year listed)* | 0 | 0 | 0 | 0 |
| Number of cases with days away from work | 0 | 0 | 0 | 0 |
| Total Employee Hours Worked by Year | | 105,719 | 87,563 | 71,133 |

## Environmental Health and Safety (EHS) Compliance History

The following compliance questions relate to your company and operations over the past 5-year period.  The term company is inclusive of all operations nationwide, all companies and operating divisions, and all company names currently and previously used.

| | | |
|---|---|---|
| Has OSHA (federal or state) issued any citation(s) to your company? | ☐ Yes | ☒ No |
| Has OSHA (federal or state) issued any citation(s) to subcontractors working on projects or sites managed by your company? | ☐ Yes | ☒ No |
| Are there any past or pending environmental enforcement actions or environmental compliance violations for your company or subcontractors working on projects or sites managed by your company? | ☐ Yes | ☒ No |

*If yes to one of the above questions, attach a copy of the violation, citation, or enforcement action description, and a description of the company action taken to resolve the issue and prevent recurrence.*

## Substance Abuse Programs

| | | |
|---|---|---|
| Does your company have a substance abuse program which includes pre-employment, "for cause", and post accident employee drug and alcohol testing? | ☒ Yes | ☐ No |
| Does your company have a program in place that complies with the Federal Drug-Free Workplace Act? | ☒ Yes | ☐ No |

## Environmental Health and Safety Programs

| | | |
|---|---|---|
| Does your company have an EHS program in place that complies with OSHA, EPA, DOT, and other applicable federal, state, and local regulations? | ☒ Yes | ☐ No |

**Include a copy of the table of contents of your EHS Programs.**

## Certification and Signature

I certify and declare under penalty of law that the foregoing environmental health and safety compliance history is true and correct, and that I am a duly authorized representative of the company.

| Sean Turnage | | CFO | |
|---|---|---|---|
| | Printed Name | | Title |
| 904-406-6100 | *Sean Turnage* (ST) | | 3/21/18 |
| Phone | Signature | | Date |

# ATTACHMENT 8

# Bonds Forms & Requirements for Standby Letters of Credit

# LABOR AND MATERIAL PAYMENT BOND

KNOW ALL MEN BY THESE PRESENTS: That _____, a corporation organized under the laws of the State of _____, as principal (hereinafter called "Subcontractor"), and _____ as surety (hereinafter called "Surety"), are held and firmly bound unto **Environmental Chemical Corporation**, a corporation organized under the laws of the State of Kentucky, as Obligee (hereinafter called "ECC"), for the use and benefit of claimants as herein below defined, in the amount of _____ Dollars ($_____) for the payment whereof Subcontractor and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Subcontractor has entered into an Agreement with ECC dated _____ _____, 2008 (the "Contract"), for providing certain labor, materials, services, and work to the project known as _____ (the "Project"), all in conformance with the terms and conditions of the Contract, which Contract (and all amendments or modifications) is hereby incorporated by reference and made a part hereof; and

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if Subcontractor shall promptly make payment to all claimants as hereinafter defined for all labor and material used or reasonably required for use in the performance of the Contract, then this obligation shall be void; otherwise, it shall remain in full force and effect, subject, however, to the following conditions:

1.      A claimant is defined as (a) one having a direct contract with Subcontractor or with a subcontractor of Subcontractor for labor, material, or both, used or reasonably required for use in the performance of the Contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental of equipment directly applicable to the Contract; or (b) one having a right to file a lien against the Project; or (c) Obligee.

2.      The above named Subcontractor and Surety hereby jointly and severally agree with ECC that every claimant as herein defined who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed or materials were furnished by such claimant, may sue on this bond for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant and have execution thereon. ECC shall have no liability for the payment of any costs or expenses of any such suit.

3.      In the event that the jurisdiction of the Project permits the same, a true and correct copy of this bond may be filed as a lien discharge bond for any lien filed by a claimant. In such event, this bond shall be construed to afford at least the minimum requirements of a lien discharge bond for the jurisdiction in question.

Signed and sealed this _____ day of _____, 20_____.

PRINCIPAL:
_____     [SEAL]

By:_____

Witness _____     Title:_____

SURETY:
_____     [SEAL]

By:_____

Witness _____     Title:_____

# SUBCONTRACTOR PERFORMANCE BOND
### Bond No. _____

KNOW ALL MEN BY THESE PRESENTS, That _____, a corporation organized under the laws of the State of _____ (hereinafter called the "Principal"), as Principal, and _____ a corporation organized and existing under the laws of the State of _____ (hereinafter called the "Surety"), as Surety, are held and firmly bound unto **Environmental Chemical Corporation**, a corporation organized under the laws of the State of Kentucky (hereinafter called the "Obligee"), in the sum of_____ Dollars ($_____), for the payment of which sum well and truly to be made the said Principal and Surety bind themselves, and their respective heirs, administrators, executors, successors and assigns, jointly and severally, firmly by these presents.

      WHEREAS, the Obligee is the Prime Contractor of a Project, described as follows:

_____
_____ (the "Project"); and

      WHEREAS, the Principal has entered into an Agreement with the Obligee dated _____ _____, 2008 (the "Contract") to perform, as Subcontractor, the Work (as defined in the Contract) in connection with said Project, consisting of, among other things, providing labor, materials, work, and services in conformance with the terms and conditions of the Contract, which Contract (and all amendments or modifications) is hereby incorporated by reference, referred to and all obligations of Principal thereunder made a part hereof and of Surety's obligation hereunder.

      NOW THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the Principal and Surety shall well and truly perform all the undertakings, covenants, terms, conditions, and agreements of said Contract within the time provided therein and any extensions thereof that may be granted by the Obligee, including specifically obligations that survive or extend past the completion of the Work as defined in said Contract, and shall stand behind and perform fully any guaranty or warranty required under said Contract or by law, and shall, at all times, perform its Contract obligations as provided by law, and shall also well and truly perform all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of said Contract that may hereafter be made, and shall indemnify and save harmless said Obligee of and from any and all loss, damage, and expense, including but not limited to damages, delay damages, liquidated damages, consequential damages, costs and attorneys' fees, which the said Obligee may sustain by reason of failure so to do, and including but not limited to damages, delay damages, liquidated damages, consequential damages, costs and attorneys' fees incurred in enforcing the Contract or this Bond, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

      The said Surety agrees that no change, extension of time, alteration, addition, omission, or other modification of the terms of the said Contract or in the said work to be performed, or in the specifications, or in the plans, shall in anywise affect its obligation on this Bond, and it does hereby waive notice of any such changes, extensions of time, alternations, additions, omissions, and other modifications.

      Signed and sealed this _____ day of _____, 20____.

PRINCIPAL:
_____ [SEAL]

By:_____

Witness _____    Title:_____

SURETY:
_____ [SEAL]

By:_____

Witness _____    Title:_____

# **IRREVOCABLE STANDBY LETTERS OF CREDIT - REQUIREMENTS**

1. The instrument must be a Standby Letter of Credit (LOC) issued in favor of Environmental Chemical Corporation, 1240 Bayshore Highway, Burlingame, CA, 94010.
2. The LOC must be in the form and format shown by the attached example.
3. Bank Guarantees are NOT acceptable;
4. The LOC must state that it is issued pursuant to the ISP98.  The LOC cannot be issued pursuant to ICC Publication No. 458, which is the Uniform Rules for Demand Guarantees (URDG);
5. The LOC must be ADVISED by COMERICA BANK, CALIFORNIA, SWIFT: MNBDUS6SLAX.
6. The LOC must expire at the counters of COMERCIA BANK;
7. The LOC must allow for partial payments;
8. In cases where the financial risk profile of the issuing bank and/or country from which the LOC originates is "HIGH", the standby letter of credit must require that COMERCIA BANK, or another creditworthy international bank with branches in the United States, adds its "Confirmation".  If 'Confirmation' is required, as solely determined by ECC's Finance Dept., the issuer (Subcontractor) must pay the Confirmation fee.  It is typically 1-2% of the LOC amount.
9. The LOC must state that payments against the LOC will be made available to ECC upon its presentation of:
   a. Sight Draft(s); and
   b. Statement or Certificate of Demand (Note that the form of this statement must be drafted by ECC and COMERCIA and will be worded for the specific purpose at hand [i.e., Performance, Financial Obligation, etc.]  A draft will be provided to the applicant for their review and for the incorporation of it in the Final version of the standby letter of credit application the applicant will make with their Bank.

**If the Applicant (Subcontractor) believes that any of the Terms or Conditions noted below cannot be complied with, contact Andrew J. Doble ADoble@ecc.net, prior to the issuance of the LOC required. That will minimize unnecessary delays that will result from the processing of amendments to correct the shortcomings.**

# IRREVOCABLE STANDBY LETTER OF CREDIT FORM

TO BE ISSUED AS AN MT700 OR MT760, BUT THE GOVERNING RULE MUST BE THE ISP98

ISSUING BANK: [ISSUING BANK NAME]

ADVISING BANK: ***THIS NEEDS TO BE A UNITED STATES BANK THAT CONFIRMS THE LETTER OF CREDIT. ANY CONFIRMATION THAT IS REQUIRED (DUE TO APPLICANT SELECTION OF ISSUING BANK) IS AN EXPENSE OF THE APPLICANT.***

***SECONDARY ADVISING BANK***    COMERICA BANK (SWIFT BIC: MNBDUS6SLAX)
INTERNATIONAL TRADE SERVICES
2321 ROSECRANS AVE., 5TH FLOOR
EL SEGUNDO, CA 90245
ATTN: STANDBY LETTER OF CREDIT DEPT.

APPLICANT: [INSERT APPLICANT NAME]

BENEFICIARY:    ENVIRONMENTAL CHEMICAL CORPORATION
1240 BAYSHORE HIGHWAY
BURLINGAME, CA 94010

AMOUNT: USD [AMOUNT IN NUMBERS]

EXPIRATION DATE/PLACE: [MONTH DD, YYYY], [COUNTRY]

DOCUMENTS REQUIRED:

BENEFICIARY'S STATEMENT ON ITS LETTERHEAD DATED AND SIGNED BY THE BENEFICIARY, INDICATING NAME AND TITLE OF THE SIGNER WORDED AS FOLLOWS:

WE HEREBY DRAW ON [ISSUING BANK NAME] LETTER OF CREDIT NO. <L/C NO.> IN THE AMOUNT OF USD <AMOUNT> AS [APPLICANT NAME] HAS FAILED TO PERFORM ANY OR ALL OF THEIR CONTRACTUAL OBLIGATIONS RELATING TO THAT CERTAIN CURRENT SUBCONTRACT AGREEMENT#[SUBCONTRACT NUMBER]] DATED [DD.MM.YY] FOR THE [ECC PROJECT NAME] AND ANY CURE AND WARRANTY PERIODS PROVIDED FOR THEREIN HAS PASSED WITHOUT REMEDY.

PARTIAL DRAWINGS AND MULTIPLE PRESENTATIONS MAY BE MADE UNDER THIS IRREVOCABLE STANDBY LETTER OF CREDIT, PROVIDED, HOWEVER, THAT EACH SUCH DEMAND THAT IS PAID BY US SHALL REDUCE THE AMOUNT AVAILABLE UNDER THIS IRREVOCABLE STANDBY LETTER OF CREDIT.

ALL DOCUMENTS ARE TO BE DISPATCHED BY COURIER SERVICE TO [ISSUING BANK NAME & SPECIFIC ADDRESS>.

ALL COMMUNICATIONS TO US WITH RESPECT TO THIS IRREVOCABLE STANDBY LETTER OF CREDIT MUST BE ADDRESSED TO US IN WRITING AT OUR OFFICE ADDRESS AS INDICATED ABOVE.

EXCEPT SO FAR AS OTHERWISE EXPRESSLY STATED HEREIN, THIS STANDBY LETTER OF CREDIT IS SUBJECT TO THE "INTERNATIONAL STANDBY PRACTICES" (ISP 98) INTERNATIONAL CHAMBER OF COMMERCE (PUBLICATION NO. 590).

WE HEREBY ENGAGE WITH YOU THAT ALL DRAWING(S) MADE UNDER AND IN COMPLIANCE WITH THE TERMS OF THIS IRREVOCABLE STANDBY LETTER OF CREDIT WILL BE DULY HONORED IF DRAWN AND PRESENTED FOR PAYMENT AT OUR OFFICE LOCATED AT [ISSUING BANK NAME] <SPECIFIC ADDRESS> ON OR BEFORE THE EXPIRATION DATE OF THIS CREDIT, [MONTH DD, YYYY].

Bond No. SU60168

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 5/24/2018 | OMB Control Number: 9000-0045 Expiration Date: 7/31/2019 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL (Legal name and business address)**
ENVIRONMENTAL CHEMICAL CORPORATION
1240 Bayshore Highway
Burlingame, CA 94010

**TYPE OF ORGANIZATION ("X" one)**

☐ INDIVIDUAL    ☐ PARTNERSHIP    ☐ JOINT VENTURE

☒ CORPORATION    ☐ OTHER (Specify)

**STATE OF INCORPORATION**
CA

**SURETY(IES) (Name(s) and business address(es))**
ASPEN AMERICAN INSURANCE COMPANY
175 Capital Boulevard, Suite 300, Rocky Hill,
CT 06067

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 16 | 929 | 798 | 70 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 5/15/2018 | N6247013D6020 |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

ENVIRONMENTAL CHEMICAL CORPORATION | **PRINCIPAL** |

| | 1. | 2. | 3. |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) |
| NAME(S) & TITLE(S) (Typed) | JOE L THOMSON CFO | 2. | 3. |

| | **INDIVIDUAL SURETY(IES)** | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

| | | **CORPORATE SURETY(IES)** | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | ASPEN AMERICAN INSURANCE COMPANY 175 Capital Boulevard, Suite 300, Rocky Hill, CT 06067 | STATE OF INCORPORATION TX | LIABILITY LIMIT $ 16,929,798.70 |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. Marina Tapia. Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)